**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | International Longshore and Warehouse Union | |
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | DBA  ILWU | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 94-0577594 | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1188 Franklin Street, 4th Floor** <br> **San Francisco, CA 94109** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **San Francisco** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**    **www.ilwu.org**

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☑ Other. Specify:    **Labor Organization**

**7.**   **Describe debtor's business**    A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply*

- ☑ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

     __8139__

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply:*
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☑ No
- ☐ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in this district?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case: 23-30662   Doc# 1   Filed: 09/30/23   Entered: 09/30/23 23:17:08   Page 3 of 59

Request for Relief, Declaration, and Signatures

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**                The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
**representative of debtor**
                                 I have been authorized to file this petition on behalf of the debtor.

                                 I have examined the information in this petition and have a reasonable belief that the information is true and correct.

                                 I declare under penalty of perjury that the foregoing is true and correct.

                                 Executed on    **September 30, 2023**
                                                 MM / DD / YYYY

                                 X _Signature of authorized representative of debtor_          **William E. Adams**
                                                                                               Printed name

                                 Title   **President**


**18. Signature of attorney**   X _Signature of attorney for debtor_                           Date  **September 30, 2023**
                                                                                                     MM / DD / YYYY

                                 **Jason H. Rosell**
                                 Printed name

                                 **Pachulski Stang Ziehl & Jones LLP**
                                 Firm name

                                 **One Sansome Street, Suite 3430**
                                 **San Francisco, CA 94104**
                                 Number, Street, City, State & ZIP Code

                                 Contact phone  **415-263-7000**      Email address   **jrosell@pszjlaw.com**

                                 **269126 CA**
                                 Bar number and State

## RESOLUTIONS OF THE INTERNATIONAL EXECUTIVE BOARD OF THE INTERNATIONAL LONGSHORE AND WAREHOUSE UNION

The members of the International Executive Board of the International Longshore and Warehouse Union (the "ILWU"), a California labor organization, hereby adopt the following resolutions, as the action of the International Executive Board of the ILWU.

**WHEREAS**, the International Executive Board has considered the financial and operational aspects of the ILWU's business;

**WHEREAS**, the International Executive Board has reviewed the historical performance of the ILWU, the market for the ILWU's services, and the current and long-term liabilities of the ILWU;

**WHEREAS**, the International Executive Board has reviewed, considered, and received the recommendations of the ILWU's Titled Officers, Trustees, senior management, and the ILWU's professionals and advisors as to the filing of chapter 11 bankruptcy proceedings;

**NOW, THEREFORE, IT IS RESOLVED** that, in the judgment of the International Executive Board, it is desirable and in the best interests of the ILWU, its creditors, and other interested parties, that a voluntary petition be filed by the ILWU under the provisions of subchapter V of chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

**IT IS FURTHER RESOLVED** that the Titled Officers and, in particular, William E. Adams, President of the ILWU, in his own discretion, be, and hereby is, authorized to execute and file on behalf of the ILWU all petitions, schedules, lists, and other papers or documents and to take any and all action which he deems necessary or proper to obtain such relief, including, but not limited to, retaining general bankruptcy counsel, a financial advisor, and any other professionals required to assist the ILWU in carrying out its duties under the Bankruptcy Code;

**IT IS FURTHER RESOLVED** that the Titled Officers and, in particular, William E. Adams, President of the ILWU, in his own discretion be, and hereby is, authorized and empowered to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as it, in its discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

**IT IS FURTHER RESOLVED** that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of the International Executive Board of the ILWU, in the name and on behalf of the ILWU, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

## **CERTIFICATE AND ACKNOWLEDGEMENT**

The undersigned, William E. Adams, the International President and a member of the International Executive Board of Directors (the "Executive Board") of the International Longshore and Warehouse Union (the "ILWU"), a California labor organization, hereby certifies as follows:

1. I am the President of the ILWU and a duly qualified member of the International Executive Board and, as such, I am familiar with the facts herein certified and I am duly authorized to certify same on behalf of the ILWU.

2. Attached hereto is a true, complete, and correct copy of the resolutions of the International Executive Board, duly adopted at a properly convened meeting of the International Executive Board on August 17, 2023, by unanimous vote of the members there present.

3. Such resolutions have not been amended, altered, annulled, rescinded, or revoked and are in full force and effect as of the date hereof. There exist no other resolutions of the International Executive Board relating to the matters set forth in the resolutions attached hereto.

The undersigned, William E. Adams, in his capacity as President of the ILWU, further acknowledges and recognizes the International Executives Board's authority to approve the commencement of a bankruptcy case by the ILWU pursuant to its Constitution. Moreover, in his capacity as President of the ILWU, he concurs with the International Executive Board's authority and decision to approve the commencment of a bankruptcy case by the ILWU.

IN WITNESS WHEREOF, the undersigned has executed this certificate and

acknowledgement as of September 30, 2023.

William E. Adams

Name: William E. Adams
Title: President and Member of the
International Executive Board

# ILWU

**Balance Sheet**
**($000s)**

| | Aug-23 |
|---|---|
| **Assets** | |
| **Current Assets** | |
| Cash and Cash Equivalents | $ 9,530 |
| Certificates of Deposit | 531 |
| Accounts Receivable | 1,112 |
| Prepaid Expenses | 120 |
| Supplies Inventory | 259 |
| **Total Current Assets** | **11,552** |
| Furniture and Equipment, net | 45 |
| Deposits | 37 |
| **Total Assets** | **$ 11,634** |
| **Liabilities and Net Assets** | |
| **Current Liabilities** | |
| Accounts Payable and Accrued Expenses | $ 71 |
| Accrued Vacation and Sick Payable | 233 |
| **Total Current Liabilities** | **304** |
| Litigation Contingency | 704 |
| **Total Liabilities** | **1,008** |
| **Total Net Assets** | **10,626** |
| **Total Liabilities and Net Assets** | **$ 11,634** |

**ILWU**

**Statement of Operations**
**($000s)**

| | Aug-23 | YTD Aug-23 |
|---|---|---|
| **Revenue** | | |
| **Per Capita Assessments** | | |
| Administration | $ 760 | $ 6,045 |
| Dispatcher per Capita | - | 59 |
| **Total Per Capita** | **760** | **6,103** |
| Dispatcher Subscription and Over-Circulation | 0 | 14 |
| In-Kind Rent Donation | - | 67 |
| Interest Income | 1 | 9 |
| Book and Video Income | - | 4 |
| Royalty Income | 2 | 9 |
| Legacy Fund | - | 1 |
| Other Income | - | 21 |
| **Total Revenue** | **763** | **6,228** |
| **Expenses** | | |
| **Budgeted Expenses** | | |
| Program Services: | | |
| Dispatcher | (25) | (345) |
| Research and Education | (37) | (349) |
| Organizing and Field Services | (241) | (1,840) |
| Washington Office | (19) | (183) |
| Education | (17) | (213) |
| Convention | (9) | (22) |
| Public Relations | (27) | (126) |
| **Total Program Services** | **(375)** | **(3,077)** |
| Supporting Services: | | - |
| Administration | (297) | (2,434) |
| **Total Budgeted Expenses** | **(672)** | **(5,511)** |
| Non-Budgeted Expenses | (2) | (33) |
| **Total Expenses** | **(674)** | **(5,544)** |
| **Change in Net Assets** | **$ 90** | **$ 683** |

# ILWU

**Cash Flow Statement**
**($000s)**

| | Aug-23 | YTD Aug-23 |
|---|---|---|
| **Cash Flows from Operating Activities:** | | |
| **Change in Net Assets** | $ 90 | $ 683 |
| **Adjustments to Reconcile Change in Net Assets to Net Cash (used in) provided by Operating Activities** | | |
| Depreciation | - | 2 |
| **Changes in Operating Assets and Liabilities:** | | |
| Accounts Receivable | 23 | 544 |
| Prepaid Expenses | (3) | 191 |
| Supplies Inventory | (6) | (28) |
| Accounts Payable and Accrued Expenses | (168) | (166) |
| Accrued Vacation and Sick Payable | - | 23 |
| **Net Cash (Used in) Provided by Operating Activities** | **(65)** | **1,249** |
| **Cash Flows from Investing Activities:** | | |
| (Purchases) of Furniture and Equipment | - | (27) |
| (Purchases) Sales of Certificates of Deposit, net | - | - |
| **Net Cash (Used in) Provided by Investing Activities** | **-** | **(27)** |
| **Net Cash (Used in) Provided by Financing Activities** | **-** | **-** |
| **Net (Decrease) Increase in Cash and Cash Equivalents** | **(65)** | **1,222** |
| Cash and Cash Equivalents - Beginning of Period | 10,126 | 8,839 |
| **Cash and Cash Equivalents - End of Period** | **$ 10,061** | **$ 10,061** |

# Forms 990 / 990-EZ Return Summary

For calendar year 2021, or tax year beginning , and ending

## INTERNATIONAL LONGSHORE AND WAREHOUSE UNION

**\*\*-\*\*\*7594**

| | |
|---|---:|
| **Net Asset / Fund Balance at Beginning of Year** | 7,074,931 |

**Revenue**

| | | |
|---|---:|---:|
| Contributions | | |
| Program service revenue | 8,695,698 | |
| Investment income | 764 | |
| Capital gain / loss | | |
| Fundraising / Gaming: | | |
|    Gross revenue | | |
|    Direct expenses | | |
|    Net income | | |
| Other income | 160,599 | |
| **Total revenue** | | 8,857,061 |

**Expenses**

| | | |
|---|---:|---:|
| Program services | | |
| Management and general | | |
| Fundraising | | |
| **Total expenses** | | 7,562,328 |
| **Excess / (deficit)** | | 1,294,733 |
| Changes | | 134,198 |
| **Net Asset / Fund Balance at End of Year** | | 8,503,862 |

| **Reconciliation of Revenue** | | **Reconciliation of Expenses** | |
|---|---:|---|---:|
| Total revenue per financial statements | 8,991,259 | Total expenses per financial statements | 7,560,829 |
| Less: | | Less: | |
|   Unrealized gains | |   Donated services | |
|   Donated services | 134,198 |   Prior year adjustments | |
|   Recoveries | |   Losses | |
|   Other | |   Other | |
| Plus: | | Plus: | |
|   Investment expenses | |   Investment expenses | |
|   Other | |   Other | 1,499 |
| **Total revenue per return** | 8,857,061 | **Total expenses per return** | 7,562,328 |

### Balance Sheet

| | Beginning | Ending | Differences |
|---|---:|---:|---:|
| Assets | 9,636,485 | 9,534,737 | |
| Liabilities | 2,561,554 | 1,030,875 | |
| Net assets | 7,074,931 | 8,503,862 | 1,428,931 |

### Miscellaneous Information

| | |
|---|---|
| Amended return | |
| Return / extended due date | 11/15/22 |
| Failure to file penalty | |

Form **8879-TE**

### IRS *e-file* Signature Authorization
### for a Tax Exempt Entity

OMB No. 1545-0047

Department of the Treasury
Internal Revenue Service

For calendar year 2021, or fiscal year beginning . . . . . . . . . . . . . . . , 2021, and ending . . . . . . . . . . . , 20 . . . . . .
◆ **Do not send to the IRS. Keep for your records.**
◆ **Go to *www.irs.gov/Form8879TE* for the latest information.**

**2021**

| Name of filer | EIN or SSN |
|---|---|
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION | **-***7594 |

Name and title of officer or person subject to tax  EDWIN FERRIS
SECRETARY TREASURER

---

**Part I    Type of Return and Return Information**

Check the box for the return for which you are using this Form 8879-TE and enter the applicable amount, if any, from the return. Form 8038-CP and Form 5330 filers may enter dollars and cents. For all other forms, enter whole dollars only. If you check the box on line **1a, 2a, 3a, 4a, 5a, 6a, 7a, 8a, 9a,** or **10a** below, and the amount on that line for the return being filed with this form was blank, then leave line **1b, 2b, 3b, 4b, 5b, 6b, 7b, 8b, 9b,** or **10b,** whichever is applicable, blank (do not enter -0-). But, if you entered -0- on the return, then enter -0- on the applicable line below. **Do not** complete more than one line in Part I.

| | | | |
|---|---|---|---|
| **1a** Form **990** check here ▶ [X] | **b** **Total revenue,** if any (Form 990, Part VIII, column (A), line 12) | **1b** | 8,857,061 |
| **2a** Form **990-EZ** check here ▶ | **b** **Total revenue,** if any (Form 990-EZ, line 9) | **2b** | |
| **3a** Form **1120-POL** check here ▶ | **b** **Total tax** (Form 1120-POL, line 22) | **3b** | |
| **4a** Form **990-PF** check here ▶ | **b** **Tax based on investment income** (Form 990-PF, Part VI, line 5) | **4b** | |
| **5a** Form **8868** check here ▶ | **b** **Balance due** (Form 8868, line 3c) | **5b** | |
| **6a** Form **990-T** check here ▶ | **b** **Total tax** (Form 990-T, Part III, line 4) | **6b** | |
| **7a** Form **4720** check here ▶ | **b** **Total tax** (Form 4720, Part III, line 1) | **7b** | |
| **8a** Form **5227** check here ▶ | **b** **FMV of assets at end of tax year** (Form 5227, Item D) | **8b** | |
| **9a** Form **5330** check here ▶ | **b** **Tax due** (Form 5330, Part II, line 19) | **9b** | |
| **10a** Form **8038-CP** check here ▶ | **b** **Amount of credit payment requested** (Form 8038-CP, Part III, line 22) | **10b** | |

---

**Part II    Declaration and Signature Authorization of Officer or Person Subject to Tax**

Under penalties of perjury, I declare that [X]   I am an officer of the above entity or  ☐ I am a person subject to tax with respect to (name of entity) _____, (EIN) _____ and that I have examined a copy of the 2021 electronic return and accompanying schedules and statements, and, to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amount in Part I above is the amount shown on the copy of the electronic return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send the return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the electronic return and, if applicable, the consent to electronic funds withdrawal.

**PIN: check one box only**

[X]  I authorize  **THE HENRY LEVY GROUP** _____   to enter my PIN   [____]   as my signature
ERO firm name

Enter five numbers, but do not enter all zeros

on the tax year 2021 electronically filed return. If I have indicated within this return that a copy of the return is being filed with a state agency(ies) regulating charities as part of the IRS Fed/State program, I also authorize the aforementioned ERO to enter my PIN on the return's disclosure consent screen.

☐  As an officer or person subject to tax with respect to the entity, I will enter my PIN as my signature on the tax year 2021 electronically filed return. If I have indicated within this return that a copy of the return is being filed with a state agency(ies) regulating charities as part of the IRS Fed/State program, I will enter my PIN on the return's disclosure consent screen.

Signature of officer or person subject to tax ▶    Date   " 11/15/22

---

**Part III    Certification and Authentication**

**ERO's EFIN/PIN.** Enter your six-digit electronic filing identification number (EFIN) followed by your five-digit self-selected PIN.

**\*\*\*\*\*\*\*\*\*\*\***
Do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2021 electronically filed return indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature  ▶  " ANTHONY BARR     Date   " 11/15/22

---

### ERO Must Retain This Form — See Instructions
### Do Not Submit This Form to the IRS Unless Requested To Do So

**For Privacy Act and Paperwork Reduction Act Notice, see back of form.**

Form **8879-TE** (2021)

DAA

| Form **990** | **Return of Organization Exempt From Income Tax** | OMB No. 1545-0047 |
|---|---|---|
| | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations) | **2021** |
| Department of the Treasury<br>Internal Revenue Service | ◆ Do not enter social security numbers on this form as it may be made public.<br>◆ Go to *www.irs.gov/Form990* for instructions and the latest information. | **Open to Public<br>Inspection** |

**A** For the 2021 calendar year, or tax year beginning _____ , and ending _____

| **B** Check if applicable: | **C** Name of organization INTERNATIONAL LONGSHORE AND<br>WAREHOUSE UNION | | **D** Employer identification number |
|---|---|---|---|
| ☐ Address change | Doing business as UNION | | **\*\*-\*\*\*7594** |
| ☐ Name change | Number and street (or P.O. box if mail is not delivered to street address) | Room/suite | **E** Telephone number |
| ☐ Initial return | 1188 FRANKLIN STREET, 4TH FLOOR | | **415-775-0533** |
| ☐ Final return/<br>terminated | City or town, state or province, country, and ZIP or foreign postal code<br>SAN FRANCISCO          CA 94109 | | |
| ☐ Amended return | | | **G** Gross receipts $    **8,857,061** |
| ☐ Application pending | **F** Name and address of principal officer:<br>EDWIN FERRIS<br>1188 FRANKLIN STREET, 4TH FLOOR<br>SAN FRANCISCO          CA 94109 | | **H(a)** Is this a group return for subordinates? ☐ Yes ☒ No<br>**H(b)** Are all subordinates included? ☐ Yes ☐ No<br>If "No," attach a list. See instructions |

**I** Tax-exempt status: ☐ 501(c)(3) ☒ 501(c) ( 5 ) ◆ (insert no.) ☐ 4947(a)(1) or ☐ 527

**J** Website ◆ N/A

**H(c)** Group exemption number ◆

**K** Form of organization: ☒ Corporation ☐ Trust ☐ Association ☐ Other ◆          **L** Year of formation 1934          **M** State of legal domicile: CA

## Part I    Summary

| | | | |
|---|---|---|---|
| 1 | Briefly describe the organization's mission or most significant activities:<br>THE ORANIZATION'S PRIMARY FUNCTION IS TO UNIONIZE WORKERS. THE DEPARTMENT<br>MAINTAINS FIVE AREA OFFICES STAFFED TO ORGANIZE AND TO RENDER ASSISTANCE TO<br>49 AREA LOCALS WHEN CALLED UPON TO DO SO. | | |
| 2 | Check this box ◆ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets. | | |
| 3 | Number of voting members of the governing body (Part VI, line 1a) | **3** | 4 |
| 4 | Number of independent voting members of the governing body (Part VI, line 1b) | **4** | 4 |
| 5 | Total number of individuals employed in calendar year 2021 (Part V, line 2a) | **5** | 31 |
| 6 | Total number of volunteers (estimate if necessary) | **6** | 0 |
| 7a | Total unrelated business revenue from Part VIII, column (C), line 12 | **7a** | 0 |
| b | Net unrelated business taxable income from Form 990-T, Part I, line 11 | **7b** | 0 |

| | | Prior Year | Current Year |
|---|---|---|---|
| 8 | Contributions and grants (Part VIII, line 1h) | | 0 |
| 9 | Program service revenue (Part VIII, line 2g) | 8,209,489 | 8,695,698 |
| 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 4,393 | 764 |
| 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 36,364 | 160,599 |
| 12 | Total revenue – add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 8,250,246 | 8,857,061 |
| 13 | Grants and similar amounts paid (Part IX, column (A), lines 1–3) | 10,697 | 35,000 |
| 14 | Benefits paid to or for members (Part IX, column (A), line 4) | | 0 |
| 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 4,679,542 | 4,407,240 |
| 16a | Professional fundraising fees (Part IX, column (A), line 11e) | | 0 |
| b | Total fundraising expenses (Part IX, column (D), line 25) ◆          0 | | |
| 17 | Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) | 2,527,896 | 3,120,088 |
| 18 | Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | 7,218,135 | 7,562,328 |
| 19 | Revenue less expenses. Subtract line 18 from line 12 | 1,032,111 | 1,294,733 |
| | | Beginning of Current Year | End of Year |
| 20 | Total assets (Part X, line 16) | 9,636,485 | 9,534,737 |
| 21 | Total liabilities (Part X, line 26) | 2,561,554 | 1,030,875 |
| 22 | Net assets or fund balances. Subtract line 21 from line 20 | 7,074,931 | 8,503,862 |

## Part II    Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign<br>Here | ▶ Signature of officer | | Date | |
|---|---|---|---|---|
| | ▶ EDWIN FERRIS                    SECRETARY TREASURER | | | |
| | Type or print name and title | | | |

| | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if | PTIN |
|---|---|---|---|---|---|
| Paid<br>Preparer<br>Use Only | ANTHONY BARR | ANTHONY BARR | 11/15/22 | self-employed | \*\*\*\*\*\*\*\*\* |
| | Firm's name    ◆   THE HENRY LEVY GROUP | | | Firm's EIN ◆ | \*\*-\*\*\*4056 |
| | Firm's address ◆   5940 COLLEGE AVE STE A<br>OAKLAND, CA 94618 | | | Phone no. | 510-652-1000 |

May the IRS discuss this return with the preparer shown above? See instructions          ☐ Yes ☐ No

For Paperwork Reduction Act Notice, see the separate instructions.                                        Form **990** (2021)
DAA

Form 990 (2021) INTERNATIONAL LONGSHORE AND         **-***7594         Page **2**

| Part III | Statement of Program Service Accomplishments |
|---|---|

Check if Schedule O contains a response or note to any line in this Part III ............................................ ☐

**1** Briefly describe the organization's mission:

THE ORANIZATION'S PRIMARY FUNCTION IS TO UNIONIZE WORKERS. THE DEPARTMENT MAINTAINS FIVE AREA OFFICES STAFFED TO ORGANIZE AND TO RENDER ASSISTANCE TO 49 AREA LOCALS WHEN CALLED UPON TO DO SO.

**2** Did the organization undertake any significant program services during the year which were not listed on the
prior Form 990 or 990-EZ? ............................................................................................................ ☐ Yes ☒ No
If "Yes," descr be these new services on Schedule O.

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program
services? ............................................................................................................................ ☐ Yes ☒ No
If "Yes," descr be these changes on Schedule O.

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and revenue, if any, for each program service reported.

**4a** (Code:     ) (Expenses $      including grants of $      ) (Revenue $      )

DISPATCHER - THE DISPATHER IS THE OFFICIAL NEWSPAPER OF THE ILWU. IT IS PUBLISHED MONTHLY AND MAILED DIRECTLY TO APPROXIMATELY 37,500 MEMBERS OF THE UNION AND OTHER SUBSCRIBERS.

**4b** (Code:     ) (Expenses $      including grants of $      ) (Revenue $      )

RESEARCH AND EDUCATION - THE RESEARCH DEPARMENT PROVIDES A VARIETY OF SERVICES IN SUPPORT OF A WIDE SPECTRUM OF UNION ACTIVITES INCLUDING, BUT NOT LIMITED TO, CONTRACT NEGOTIATIONS AND ENFORCEMENT, TRADE UNION TRAINING AND EDUCATION, LEGISLATIVE ANALYSES,AND INTERNAL UNION ADMINISTRATION.

**4c** (Code:     ) (Expenses $      including grants of $      ) (Revenue $      )

PUBLIC RELATIONS - PUBLICATION AND DISTRIBUTION OF HAWAII NEWSPAPER TO APPROXIMATELY 19,000 HAWAII MEMBERS, MAINTENANCE OF MEMBERSHIPS IN AND/OR CONTRIBUTIONS TO LOCAL AND NATIONAL ORGANIZATIONS THAT SUPPORT ILWU POSITIONS. SUPPORT FOR COMMUNITY ENDEAVORS IN AREAS WITH ILWU REPRESENTATIVES AND OF INTEREST TO ILWU MEMBERS.

**4d** Other program services (Describe on Schedule O.)
(Expenses $      including grants of $      ) (Revenue $      )
**4e** Total program service expenses ◆

Form **990** (2021)

Case: 23-30662    Doc# 1    Filed: 09/30/23    Entered: 09/30/23 23:17:08    Page 14 of 59

**Part IV**    **Checklist of Required Schedules**

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? If "Yes," complete Schedule A | **1** | | X |
| 2 | Is the organization required to complete Schedule B, Schedule of Contributors (see instructions)? | **2** | | X |
| 3 | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? If "Yes," complete Schedule C, Part I | **3** | | X |
| 4 | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? If "Yes," complete Schedule C, Part II | **4** | | |
| 5 | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Rev. Proc. 98-19? If "Yes," complete Schedule C, Part III | **5** | | X |
| 6 | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? If "Yes," complete Schedule D, Part I | **6** | | X |
| 7 | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? If "Yes," complete Schedule D, Part II | **7** | | X |
| 8 | Did the organization maintain collections of works of art, historical treasures, or other similar assets? If "Yes," complete Schedule D, Part III | **8** | | X |
| 9 | Did the organization report an amount in Part X, line 21, for escrow or custodial account liability, serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? If "Yes," complete Schedule D, Part IV | **9** | | X |
| 10 | Did the organization, directly or through a related organization, hold assets in donor-restricted endowments or in quasi endowments? If "Yes," complete Schedule D, Part V | **10** | | X |
| 11 | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X, as applicable. | | | |
| a | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? If "Yes," complete Schedule D, Part VI | **11a** | X | |
| b | Did the organization report an amount for investments—other securities in Part X, line 12, that is 5% or more of its total assets reported in Part X, line 16? If "Yes," complete Schedule D, Part VII | **11b** | | X |
| c | Did the organization report an amount for investments—program related in Part X, line 13, that is 5% or more of its total assets reported in Part X, line 16? If "Yes," complete Schedule D, Part VIII | **11c** | | X |
| d | Did the organization report an amount for other assets in Part X, line 15, that is 5% or more of its total assets reported in Part X, line 16? If "Yes," complete Schedule D, Part IX | **11d** | | X |
| e | Did the organization report an amount for other liabilities in Part X, line 25? If "Yes," complete Schedule D, Part X | **11e** | X | |
| f | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? If "Yes," complete Schedule D, Part X | **11f** | | X |
| 12a | Did the organization obtain separate, independent audited financial statements for the tax year? If "Yes," complete Schedule D, Parts XI and XII | **12a** | X | |
| b | Was the organization included in consolidated, independent audited financial statements for the tax year? If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional | **12b** | | X |
| 13 | Is the organization a school described in section 170(b)(1)(A)(ii)? If "Yes," complete Schedule E | **13** | | X |
| 14a | Did the organization maintain an office, employees, or agents outside of the United States? | **14a** | | X |
| b | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? If "Yes," complete Schedule F, Parts I and IV | **14b** | | X |
| 15 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? If "Yes," complete Schedule F, Parts II and IV | **15** | X | |
| 16 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? If "Yes," complete Schedule F, Parts III and IV | **16** | | X |
| 17 | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? If "Yes," complete Schedule G, Part I. See instructions | **17** | | X |
| 18 | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? If "Yes," complete Schedule G, Part II | **18** | | X |
| 19 | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? If "Yes," complete Schedule G, Part III | **19** | | X |
| 20a | Did the organization operate one or more hospital facilities? If "Yes," complete Schedule H | **20a** | | X |
| b | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| 21 | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? If "Yes," complete Schedule I, Parts I and II | **21** | X | |

DAA              Form **990** (2021)

**Part IV   Checklist of Required Schedules** *(continued)*

| | | Yes | No |
|---|---|---|---|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* ..... **22** | | X |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* ..... **23** | X | |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* ..... **24a** | | X |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? ..... **24b** | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? ..... **24c** | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? ..... **24d** | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* ..... **25a** | | |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* ..... **25b** | | |
| 26 | Did the organization report any amount on Part X, line 5 or 22, for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* ..... **26** | | X |
| 27 | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L, Part III* ..... **27** | | X |
| 28 | Was the organization a party to a business transaction with one of the following parties (see the Schedule L, Part IV, instructions for applicable filing thresholds, conditions, and exceptions): | | |
| a | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* ..... **28a** | | X |
| b | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* ..... **28b** | | X |
| c | A 35% controlled entity of one or more individuals and/or organizations described in line 28a or 28b? *If "Yes," complete Schedule L, Part IV* ..... **28c** | | X |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* ..... **29** | | X |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* ..... **30** | | X |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* ..... **31** | | X |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* ..... **32** | | X |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* ..... **33** | | X |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* ..... **34** | X | |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? ..... **35a** | | X |
| b | If "Yes" to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* ..... **35b** | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* ..... **36** | | |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* ..... **37** | | X |
| 38 | Did the organization complete Schedule O and provide explanations on Schedule O for Part VI, lines 11b and 19? **Note:** All Form 990 filers are required to complete Schedule O. ..... **38** | X | |

**Part V   Statements Regarding Other IRS Filings and Tax Compliance**

Check if Schedule O contains a response or note to any line in this Part V ..... ☐

| | | | | Yes | No |
|---|---|---|---|---|---|
| 1a | Enter the number reported in box 3 of Form 1096. Enter -0- if not applicable ..... **1a** | 23 | | | |
| b | Enter the number of Forms W-2G included on line 1a. Enter -0- if not applicable ..... **1b** | 0 | | | |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? ..... **1c** | | | | |

DAA

Case: 23-30662   Doc# 1   Filed: 09/30/23   Entered: 09/30/23 23:17:08   Page 16 of 59

| Part V | Statements Regarding Other IRS Filings and Tax Compliance *(continued)* | | Yes | No |
|---|---|---|---|---|
| **2a** | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax | | | |
| | Statements, filed for the calendar year ending with or within the year covered by this return ___ **2a** `31` | | | |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? ........ | **2b** | X | |
| | **Note:** If the sum of lines 1a and 2a is greater than 250, you may be required to *e-file.* See instructions. | | | |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year? ........... | **3a** | | X |
| **b** | If "Yes," has it filed a Form 990-T for this year? *If "No" to line 3b, provide an explanation on Schedule O* ...... | **3b** | | |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, | | | |
| | a financial account in a foreign country (such as a bank account, securities account, or other financial account)? .. | **4a** | | X |
| **b** | If "Yes," enter the name of the foreign country ◆ | | | |
| | See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? ......... | **5a** | | X |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? .... | **5b** | | X |
| **c** | If "Yes" to line 5a or 5b, did the organization file Form 8886-T? | **5c** | | |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the | | | |
| | organization solicit any contributions that were not tax deductible as charitable contributions? ........... | **6a** | | X |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or | | | |
| | gifts were not tax deductible? | **6b** | | |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** | | | |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods | | | |
| | and services provided to the payor? | **7a** | | |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? ......... | **7b** | | |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was | | | |
| | required to file Form 8282? | **7c** | | |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year ___ **7d** | | | |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? .... | **7e** | | |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? ..... | **7f** | | |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? .. | **7g** | | |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? .. | **7h** | | |
| **8** | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the | | | |
| | sponsoring organization have excess business holdings at any time during the year? ............. | **8** | | |
| **9** | **Sponsoring organizations maintaining donor advised funds.** | | | |
| **a** | Did the sponsoring organization make any taxable distributions under section 4966? ............ | **9a** | | |
| **b** | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? ........ | **9b** | | |
| **10** | **Section 501(c)(7) organizations.** Enter: | | | |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 ___ **10a** | | | |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities ___ **10b** | | | |
| **11** | **Section 501(c)(12) organizations.** Enter: | | | |
| **a** | Gross income from members or shareholders ___ **11a** | | | |
| **b** | Gross income from other sources. (Do not net amounts due or paid to other sources | | | |
| | against amounts due or received from them.) ___ **11b** | | | |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? .... | **12a** | | |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year ___ **12b** | | | |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? ............ | **13a** | | |
| | **Note:** See the instructions for additional information the organization must report on Schedule O. | | | |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which | | | |
| | the organization is licensed to issue qualified health plans ___ **13b** | | | |
| **c** | Enter the amount of reserves on hand ___ **13c** | | | |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? ......... | **14a** | | X |
| **b** | If "Yes," has it filed a Form 720 to report these payments? *If "No," provide an explanation on Schedule O* ..... | **14b** | | |
| **15** | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or | | | |
| | excess parachute payment(s) during the year? | **15** | | X |
| | If "Yes," see instructions and file Form 4720, Schedule N. | | | |
| **16** | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? ... | **16** | | X |
| | If "Yes," complete Form 4720, Schedule O. | | | |
| **17** | **Section 501(c)(21) organizations.** Did the trust, any disqualified person, or mine operator engage in | | | |
| | activities that would result in the imposition of an excise tax under section 4951, 4952 or 4953? ........ | **17** | | |
| | If "Yes," complete Form 6069. | | | |

Form 990 (2021) INTERNATIONAL LONGSHORE AND \*\*-\*\*\*7594 Page **6**

**Part VI** Governance, Management, and Disclosure *For each "Yes" response to lines 2 through 7b below, and for a "No" response to line 8a, 8b, or 10b below, describe the circumstances, processes, or changes on Schedule O. See instructions.*

Check if Schedule O contains a response or note to any line in this Part VI ............................................. [X]

**Section A. Governing Body and Management**

| | | | Yes | No |
|---|---|---|---|---|
| **1a** | Enter the number of voting members of the governing body at the end of the tax year ....... **1a** \| 4 | | | |
| | If there are material differences in voting rights among members of the governing body, or | | | |
| | if the governing body delegated broad authority to an executive committee or similar | | | |
| | committee, explain on Schedule O. | | | |
| **b** | Enter the number of voting members included on line 1a, above, who are independent ....... **1b** \| 4 | | | |
| **2** | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with | | | |
| | any other officer, director, trustee, or key employee? ......................................................... | **2** | | X |
| **3** | Did the organization delegate control over management duties customarily performed by or under the direct | | | |
| | supervision of officers, directors, trustees, or key employees to a management company or other person? ....... | **3** | | X |
| **4** | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? ... | **4** | | X |
| **5** | Did the organization become aware during the year of a significant diversion of the organization's assets? ......... | **5** | | X |
| **6** | Did the organization have members or stockholders? .............................................................. | **6** | | X |
| **7a** | Did the organization have members, stockholders, or other persons who had the power to elect or appoint | | | |
| | one or more members of the governing body? .................................................................. | **7a** | X | |
| **b** | Are any governance decisions of the organization reserved to (or subject to approval by) members, | | | |
| | stockholders, or persons other than the governing body? ........................................................ | **7b** | | X |
| **8** | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | |
| **a** | The governing body? ............................................................................................ | **8a** | X | |
| **b** | Each committee with authority to act on behalf of the governing body? ........................................... | **8b** | X | |
| **9** | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at | | | |
| | the organization's mailing address? *If "Yes," provide the names and addresses on Schedule O* ................... | **9** | X | |

**Section B. Policies** *(This Section B requests information about policies not required by the Internal Revenue Code.)*

| | | | Yes | No |
|---|---|---|---|---|
| **10a** | Did the organization have local chapters, branches, or affiliates? ................................................ | **10a** | X | |
| **b** | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, | | | |
| | affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? ........ | **10b** | X | |
| **11a** | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? ... | **11a** | | X |
| **b** | Describe on Schedule O the process, if any, used by the organization to review this Form 990. | | | |
| **12a** | Did the organization have a written conflict of interest policy? *If "No," go to line 13* ........................... | **12a** | | X |
| **b** | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? ... | **12b** | | |
| **c** | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes,"* | | | |
| | *describe on Schedule O how this was done* ..................................................................... | **12c** | | |
| **13** | Did the organization have a written whistleblower policy? ........................................................ | **13** | | X |
| **14** | Did the organization have a written document retention and destruction policy? .................................... | **14** | X | |
| **15** | Did the process for determining compensation of the following persons include a review and approval by | | | |
| | independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| **a** | The organization's CEO, Executive Director, or top management official ........................................... | **15a** | X | |
| **b** | Other officers or key employees of the organization .............................................................. | **15b** | X | |
| | If "Yes" to line 15a or 15b, descr be the process on Schedule O. See instructions. | | | |
| **16a** | Did the organization invest in, contr bute assets to, or participate in a joint venture or similar arrangement | | | |
| | with a taxable entity during the year? .......................................................................... | **16a** | | X |
| **b** | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its | | | |
| | participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the | | | |
| | organization's exempt status with respect to such arrangements? .................................................. | **16b** | | |

**Section C. Disclosure**

**17** List the states with which a copy of this Form 990 is required to be filed ◆ CA

**18** Section 6104 requires an organization to make its Forms 1023 (1024 or 1024-A, if applicable), 990, and 990-T (section 501(c) (3)s only) available for public inspection. Indicate how you made these available. Check all that apply.

[ ] Own website [ ] Another's website [X] Upon request [ ] Other *(explain on Schedule O)*

**19** Describe on Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year.

**20** State the name, address, and telephone number of the person who possesses the organization's books and records ◆

REBECCA CONTRERAS      1188 FRANKLIN STREET

SAN FRANCISCO          CA 94109      415-775-0533

DAA           Form **990** (2021)

Form 990 (2021) INTERNATIONAL LONGSHORE AND      **-***7594      Page **7**

## Part VII   Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors

Check if Schedule O contains a response or note to any line in this Part VII      ☐

**Section A.**   Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

● List all of the organization's **current** key employees, if any. See instructions for definition of "key employee."

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee, or key employee) who received reportable compensation (box 5 of Form W-2, Form 1099-MISC, and/or box 1 of Form 1099-NEC) of more than $100,000 from the organization and any related organizations.

● List all of the organization's **former** officers, key employees, and highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See the instructions for the order in which to list the persons above.

☐   Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position<br>(do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC/1099-NEC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC/1099-NEC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| **(1)** WILLIAM ADAMS | 35.00 | | | | | | | | | |
| PRESIDENT | 0.00 | X | | X | | | | 215,657 | 103,575 | 0 |
| **(2)** EDWIN FERRIS | 35.00 | | | | | | | | | |
| SECRETARY TREASURER | 0.00 | X | | X | | | | 213,811 | 93,258 | 0 |
| **(3)** ROBERT OLVERA JR | 35.00 | | | | | | | | | |
| VICE PRESIDENT | 0.00 | X | | X | | | | 200,192 | 94,592 | 0 |
| **(4)** RUSSELL BARGMANN | 35.00 | | | | | | | | | |
| RESEARCH DIRECTOR | 0.00 | | | | X | | | 189,542 | 0 | 0 |
| **(5)** ROY SAN FILIPPO | 35.00 | | | | | | | | | |
| DISPATCHER EDITOR | 0.00 | | | | | X | | 149,902 | 0 | 0 |
| **(6)** REBECCA CONTRERAS | 35.00 | | | | | | | | | |
| ACCOUNTING MANAGER | 0.00 | | | | | X | | 142,837 | 0 | 0 |
| **(7)** RYAN DOWLING | 0.00 | | | | | | | | | |
| ORGANIZING DIRECTOR | 0.00 | | | | | X | | 140,699 | 0 | 0 |
| **(8)** ALEXANDRA JURCZAK | 35.00 | | | | | | | | | |
| OFFICE MANAGER | 0.00 | | | | | X | | 130,861 | 0 | 0 |
| **(9)** BRANDON WOLF | 35.00 | | | | | | | | | |
| INTERNATIONAL ORGANI | 0.00 | | | | | X | | 128,756 | 0 | 0 |
| **(10)** PAUL "SAM" KREUTZ | 35.00 | | | | | | | | | |
| VICE PRESIDENT | 0.00 | X | | X | | | | 41,844 | 15,369 | 0 |
| **(11)** MYKA DUBAY | 1.00 | | | | | | | | | |
| EXECUTIVE BOARD | 0.00 | X | | | | | | 900 | 0 | 0 |

Form **990** (2021)

DAA

Form 990 (2021) INTERNATIONAL LONGSHORE AND     **-***7594     Page **8**

**Part VII**    Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC/1099-NEC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC/1099-NEC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (12) MELVIN MACKAY<br>EXECUTIVE BOARD | 1.00<br>0.00 | X | | | | | | 400 | 0 | 0 |
| (13) ROB ASHTON<br>EXECUTIVE BOARD | 1.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| (14) RAY BENAVENTE<br>EXECUTIVE BOARD | 1.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| (15) SIERRA DELGADO<br>EXECUTIVE BOARD | 1.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| (16) RADFORD DEMOTTA<br>EXECUTIVE BOARD | 1.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| (17) DONNA DOMINGO<br>EXECUTIVE BOARD | 1.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| (18) JOHN FAGEAUX<br>EXECUTIVE BOARD | 1.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| (19) SEAN FARLEY<br>EXECUTIVE BOARD | 1.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| **1b** Subtotal | | | | | | | ◆ | 1,555,401 | 306,794 | |
| **c** Total from continuation sheets to Part VII, Section A | | | | | | | ◆ | | | |
| **d** Total (add lines 1b and 1c) | | | | | | | ◆ | 1,555,401 | 306,794 | |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ◆ **10**

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization list any **former** officer, director, trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* ... **3** | | X |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* ... **4** | X | |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* ... **5** | | X |

**Section B. Independent Contractors**

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| LEONARD CARDER LLP    1188 FRANKLIN ST., SUITE 201<br>SAN FRANCISCO    CA 94109 | LEGAL | 327,389 |
| NORTHWEST TECHNOLOGIES LLC    22 BATTERY STREET, SUITE 516<br>SAN FRANCISCO    CA 94111 | TECHNOLOGY | 221,830 |
| SPOTLIGHT PROMOTIONS    PO BOX 1366<br>RANCHO MIRAGE    CA 92270 | OFFICE | 158,593 |
| ELECTION BUDDY, INC.    SUITE 217, 8008 104 STREET<br>EDMONTON    CA | TECHNOLOGY | 105,850 |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ◆    4

DAA

Form **990** (2021)

**Part VIII**   **Statement of Revenue**

Check if Schedule O contains a response or note to any line in this Part VIII ............................ ☐

| | | | (A) Total revenue | (B) Related or exempt function revenue | (C) Unrelated business revenue | (D) Revenue excluded from tax under sections 512-514 |
|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | **1a** Federated campaigns | **1a** | | | | |
| | **b** Membership dues | **1b** | | | | |
| | **c** Fundraising events | **1c** | | | | |
| | **d** Related organizations | **1d** | | | | |
| | **e** Government grants (contributions) | **1e** | | | | |
| | **f** All other contributions, gifts, grants, and similar amounts not included above | **1f** | | | | |
| | **g** Noncash contributions included in lines 1a-1f | **1g** $ | | | | |
| | **h Total.** Add lines 1a–1f | ◆ | | | | |
| **Program Service Revenue** | | Business Code | | | | |
| | **2a** UNION DUES | 511110 | 8,675,706 | 8,675,706 | | |
| | **b** DISPATCHER SUBSCRIPTIONS | 561300 | 19,992 | 19,992 | | |
| | **c** | | | | | |
| | **d** | | | | | |
| | **e** | | | | | |
| | **f** All other program service revenue | | | | | |
| | **g Total.** Add lines 2a–2f | ◆ | 8,695,698 | | | |
| **Other Revenue** | **3** Investment income (including dividends, interest, and other similar amounts) | ◆ | 764 | | | 764 |
| | **4** Income from investment of tax-exempt bond proceeds | ◆ | | | | |
| | **5** Royalties | ◆ | 11,909 | 11,909 | | |
| | | (i) Real | (ii) Personal | | | |
| | **6a** Gross rents | **6a** | | | | |
| | **b** Less: rental expenses | **6b** | | | | |
| | **c** Rental inc. or (loss) | **6c** | | | | |
| | **d** Net rental income or (loss) | ◆ | | | | |
| | **7a** Gross amount from sales of assets other than inventory | **7a** (i) Securities | (ii) Other | | | |
| | **b** Less: cost or other basis and sales exps. | **7b** | | | | |
| | **c** Gain or (loss) | **7c** | | | | |
| | **d** Net gain or (loss) | ◆ | | | | |
| | **8a** Gross income from fundraising events (not including $ ............... of contributions reported on line 1c). See Part IV, line 18 | **8a** | | | | |
| | **b** Less: direct expenses | **8b** | | | | |
| | **c** Net income or (loss) from fundraising events | ◆ | | | | |
| | **9a** Gross income from gaming activities. See Part IV, line 19 | **9a** | | | | |
| | **b** Less: direct expenses | **9b** | | | | |
| | **c** Net income or (loss) from gaming activities | ◆ | | | | |
| | **10a** Gross sales of inventory, less returns and allowances | **10a** | | | | |
| | **b** Less: cost of goods sold | **10b** | | | | |
| | **c** Net income or (loss) from sales of inventory | ◆ | | | | |
| **Miscellaneous Revenue** | | Business Code | | | | |
| | **11a** PENSION ADJUSTMENT | | 94,162 | 94,162 | | |
| | **b** MISCELLANEOUS | | 54,027 | | | 54,027 |
| | **c** BOOK AND VIDEO INCOME | | 501 | 501 | | |
| | **d** All other revenue | | | | | |
| | **e Total.** Add lines 11a–11d | ◆ | 148,690 | | | |
| | **12 Total revenue.** See instructions | ◆ | 8,857,061 | 8,802,270 | 0 | 54,791 |

Form **990** (2021)

DAA

Form 990 (2021) **INTERNATIONAL LONGSHORE AND** **\*\*-\*\*\*7594** Page **10**

### Part IX  Statement of Functional Expenses

*Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).*

Check if Schedule O contains a response or note to any line in this Part IX ☐

| *Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.* | (A) Total expenses | (B) Program service expenses | (C) Management and general expenses | (D) Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 | 25,000 | | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 | | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16 | 10,000 | | | |
| **4** Benefits paid to or for members | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees | 1,003,045 | | | |
| **6** Compensation not included above to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) | 3,900 | | | |
| **7** Other salaries and wages | 1,391,152 | | | |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) | 559,999 | | | |
| **9** Other employee benefits | 1,241,824 | | | |
| **10** Payroll taxes | 207,320 | | | |
| **11** Fees for services (nonemployees): | | | | |
| **a** Management | | | | |
| **b** Legal | 296,255 | | | |
| **c** Accounting | 115,647 | | | |
| **d** Lobbying | | | | |
| **e** Professional fundraising services. See Part IV, line 17 | | | | |
| **f** Investment management fees | | | | |
| **g** Other. (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O.) | 222,853 | | | |
| **12** Advertising and promotion | 45,766 | | | |
| **13** Office expenses | 228,687 | | | |
| **14** Information technology | 158,408 | | | |
| **15** Royalties | | | | |
| **16** Occupancy | 411,857 | | | |
| **17** Travel | 397,470 | | | |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials | | | | |
| **19** Conferences, conventions, and meetings | 628,508 | | | |
| **20** Interest | 81,571 | | | |
| **21** Payments to affiliates | | | | |
| **22** Depreciation, depletion, and amortization | 1,440 | | | |
| **23** Insurance | 86,943 | | | |
| **24** Other expenses. Itemize expenses not covered above (List miscellaneous expenses on line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| **a** TELEPHONE | 139,028 | | | |
| **b** DISPATCHER PRODUCTION | 136,150 | | | |
| **c** MEETING EXPENSES | 53,842 | | | |
| **d** ORGANIZING EXPENSES | 37,879 | | | |
| **e** All other expenses | 77,784 | | | |
| **25** Total functional expenses. Add lines 1 through 24e | 7,562,328 | 0 | 0 | 0 |
| **26** **Joint costs.** Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ◆ ☐ if following SOP 98-2 (ASC 958-720) | | | | |

DAA

Form **990** (2021)

Case: 23-30662   Doc# 1   Filed: 09/30/23   Entered: 09/30/23 23:17:08   Page 22 of 59

## Part X   Balance Sheet

Check if Schedule O contains a response or note to any line in this Part X ................................ ☐

| | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|
| **Assets** | 1 Cash—non-interest-bearing | 7,652,613 | 1 | 7,379,435 |
| | 2 Savings and temporary cash investments | 517,023 | 2 | 517,785 |
| | 3 Pledges and grants receivable, net | | 3 | |
| | 4 Accounts receivable, net | 1,150,928 | 4 | 1,315,184 |
| | 5 Loans and other receivables from any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | 5 | |
| | 6 Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) | | 6 | |
| | 7 Notes and loans receivable, net | 7,501 | 7 | 48,733 |
| | 8 Inventories for sale or use | 105,296 | 8 | 103,322 |
| | 9 Prepaid expenses and deferred charges | 192,287 | 9 | 160,881 |
| | 10a Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D  10a  412,909 | | | |
| | b Less: accumulated depreciation  10b  403,512 | 10,837 | 10c | 9,397 |
| | 11 Investments—publicly traded securities | | 11 | |
| | 12 Investments—other securities. See Part IV, line 11 | | 12 | |
| | 13 Investments—program-related. See Part IV, line 11 | | 13 | |
| | 14 Intangible assets | | 14 | |
| | 15 Other assets. See Part IV, line 11 | | 15 | |
| | 16 **Total assets.** Add lines 1 through 15 (must equal line 33) | 9,636,485 | 16 | 9,534,737 |
| **Liabilities** | 17 Accounts payable and accrued expenses | 326,455 | 17 | 89,854 |
| | 18 Grants payable | | 18 | |
| | 19 Deferred revenue | | 19 | |
| | 20 Tax-exempt bond liabilities | | 20 | |
| | 21 Escrow or custodial account liability. Complete Part IV of Schedule D | | 21 | |
| | 22 Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | 22 | |
| | 23 Secured mortgages and notes payable to unrelated third parties | | 23 | |
| | 24 Unsecured notes and loans payable to unrelated third parties | | 24 | |
| | 25 Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24). Complete Part X of Schedule D | 2,235,099 | 25 | 941,021 |
| | 26 **Total liabilities.** Add lines 17 through 25 | 2,561,554 | 26 | 1,030,875 |
| **Net Assets or Fund Balances** | **Organizations that follow FASB ASC 958, check here ☒ and complete lines 27, 28, 32, and 33.** | | | |
| | 27 Net assets without donor restrictions | 7,074,931 | 27 | 8,503,862 |
| | 28 Net assets with donor restrictions | | 28 | |
| | **Organizations that do not follow FASB ASC 958, check here ◄☐ and complete lines 29 through 33.** | | | |
| | 29 Capital stock or trust principal, or current funds | | 29 | |
| | 30 Paid-in or capital surplus, or land, building, or equipment fund | | 30 | |
| | 31 Retained earnings, endowment, accumulated income, or other funds | | 31 | |
| | 32 Total net assets or fund balances | 7,074,931 | 32 | 8,503,862 |
| | 33 Total liabilities and net assets/fund balances | 9,636,485 | 33 | 9,534,737 |

Form **990** (2021)

DAA

## Part XI    Reconciliation of Net Assets

Check if Schedule O contains a response or note to any line in this Part XI ................................................. ☐

| | | |
|---|---|---:|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) | **1** | 8,857,061 |
| 2 | Total expenses (must equal Part IX, column (A), line 25) | **2** | 7,562,328 |
| 3 | Revenue less expenses. Subtract line 2 from line 1 | **3** | 1,294,733 |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) | **4** | 7,074,931 |
| 5 | Net unrealized gains (losses) on investments | **5** | |
| 6 | Donated services and use of facilities | **6** | 134,198 |
| 7 | Investment expenses | **7** | |
| 8 | Prior period adjustments | **8** | |
| 9 | Other changes in net assets or fund balances (explain on Schedule O) | **9** | |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) | **10** | 8,503,862 |

## Part XII    Financial Statements and Reporting

Check if Schedule O contains a response or note to any line in this Part XII ................................................. ☐

| | | Yes | No |
|---|---|:---:|:---:|
| 1 | Accounting method used to prepare the Form 990: ☐ Cash ☒ Accrual ☐ Other _____ | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain on Schedule O. | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? | **2a** | X |
| | If "Yes," check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: | | |
| | ☐ Separate basis ☐ Consolidated basis ☐ Both consolidated and separate basis | | |
| b | Were the organization's financial statements audited by an independent accountant? | **2b** | X |
| | If "Yes," check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: | | |
| | ☒ Separate basis ☐ Consolidated basis ☐ Both consolidated and separate basis | | |
| c | If "Yes" to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | **2c** | X |
| | If the organization changed either its oversight process or selection process during the tax year, explain on Schedule O. | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? | **3a** | |
| b | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why on Schedule O and describe any steps taken to undergo such audits | **3b** | |

Form **990** (2021)

DAA

Form 990 (2021) **INTERNATIONAL LONGSHORE AND**      **\*\*-\*\*\*7594**      Page **8**

**Part VII**    **Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees** *(continued)*

| (A)<br>Name and title | (B)<br>Average<br>hours<br>per week<br>(list any<br>hours for<br>related<br>organizations<br>below<br>dotted line) | (C)<br>Position<br>(do not check more than one<br>box, unless person is both an<br>officer and a director/trustee) | | | | | | (D)<br>Reportable<br>compensation<br>from the<br>organization (W-2/<br>1099-MISC/<br>1099-NEC) | (E)<br>Reportable<br>compensation<br>from related<br>organizations (W-2/<br>1099-MISC/<br>1099-NEC) | (F)<br>Estimated amount<br>of other<br>compensation<br>from the<br>organization and<br>related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (20) MATT FINDLEY<br>             1.00<br>EXECUTIVE BOARD 0.00 | | X | | | | | | 0 | 0 | 0 |
| (21) JASON FORD<br>             1.00<br>EXECUTIVE BOARD 0.00 | | X | | | | | | 0 | 0 | 0 |
| (22) LUISA GRATZ<br>             1.00<br>EXECUTIVE BOARD 0.00 | | X | | | | | | 0 | 0 | 0 |
| (23) JESSE GROOM<br>             1.00<br>EXECUTIVE BOARD 0.00 | | X | | | | | | 0 | 0 | 0 |
| (24) DAX KOHO<br>             1.00<br>EXECUTIVE BOARD 0.00 | | X | | | | | | 0 | 0 | 0 |
| (25) KEVIN MARTZ<br>             1.00<br>EXECUTIVE BOARD 0.00 | | X | | | | | | 0 | 0 | 0 |
| (26) DEAN MCGRATH<br>             1.00<br>EXECUTIVE BOARD 0.00 | | X | | | | | | 0 | 0 | 0 |
| (27) DAN MCKISSON<br>             0.00<br>EXECUTIVE BOARD 0.00 | | X | | | | | | 0 | 0 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| **1b Subtotal** ............................................... ◆ | | | | | |
| **c Total from continuation sheets to Part VII, Section A** ...... ◆ | | | | | |
| **d Total (add lines 1b and 1c)** ................................. ◆ | | | | | |

**2**   Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ◆

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization list any *former* officer, director, trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* ....................... | **3** | | |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* ................................. | **4** | | |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* ................... | **5** | | |

**Section B. Independent Contractors**

**1**   Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**2**   Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ◆

DAA                                                          Form **990** (2021)

Case: 23-30662    Doc# 1    Filed: 09/30/23    Entered: 09/30/23 23:17:08    Page 25 of 59

**Part VII**   Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC/1099-NEC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC/1099-NEC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (28) JOSE A. NUÑEZ | 1.00 | | | | | | | | | |
| EXECUTIVE BOARD | 0.00 | X | | | | | | 0 | 0 | 0 |
| (29) D KEHAU OYAMONT-MAEHA | 1.00 | | | | | | | | | |
| EXECUTIVE BOARD | 0.00 | X | | | | | | 0 | 0 | 0 |
| (30) MICHAEL PODUE | 1.00 | | | | | | | | | |
| EXECUTIVE BOARD | 0.00 | X | | | | | | 0 | 0 | 0 |
| (31) LOURDES R. RIVERA | 1.00 | | | | | | | | | |
| EXECUTIVE BOARD | 0.00 | X | | | | | | 0 | 0 | 0 |
| (32) RICARDO DE LA TORRE, SR. | 1.00 | | | | | | | | | |
| EXECUTIVE BOARD | 0.00 | X | | | | | | 0 | 0 | 0 |
| (33) JAY UBELHART | 1.00 | | | | | | | | | |
| EXECUTIVE BOARD | 0.00 | X | | | | | | 0 | 0 | 0 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **1b** Subtotal .................................................. ◆ | | | | | | | | | | |
| **c** Total from continuation sheets to Part VII, Section A ....... ◆ | | | | | | | | | | |
| **d** Total (add lines 1b and 1c) ............................ ◆ | | | | | | | | | | |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ◆

| | | Yes | No |
|---|---|---|---|
| **3** Did the organization list any **former** officer, director, trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* | **3** | | |
| **4** For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* | **4** | | |
| **5** Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* | **5** | | |

**Section B. Independent Contractors**

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ◆

Case: 23-30662   Doc# 1   Filed: 09/30/23   Entered: 09/30/23 23:17:08   Page 26 of 59

**SCHEDULE D**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Supplemental Financial Statements

◆ Complete if the organization answered "Yes" on Form 990,
Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.
◆ Attach to Form 990.
◆ Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

# 2021

**Open to Public Inspection**

Name of the organization
**INTERNATIONAL LONGSHORE AND WAREHOUSE UNION**

Employer identification number
**\*\*-\*\*\*7594**

## Part I — Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.
Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

| | | (a) Donor advised funds | (b) Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year | | |
| 2 | Aggregate value of contributions to (during year) | | |
| 3 | Aggregate value of grants from (during year) | | |
| 4 | Aggregate value at end of year | | |

5 Did the organization inform all donors and donor advisors in writing that the assets held in donor advised
funds are the organization's property, subject to the organization's exclusive legal control? ......... ☐ Yes ☐ No

6 Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used
only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose
conferring impermissible private benefit? .......... ☐ Yes ☐ No

## Part II — Conservation Easements.
Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

1 Purpose(s) of conservation easements held by the organization (check all that apply).
☐ Preservation of land for public use (for example, recreation or education)   ☐ Preservation of a historically important land area
☐ Protection of natural habitat   ☐ Preservation of a certified historic structure
☐ Preservation of open space

2 Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation
easement on the last day of the tax year.

| | | | Held at the End of the Tax Year |
|---|---|---|---|
| a | Total number of conservation easements | 2a | |
| b | Total acreage restricted by conservation easements | 2b | |
| c | Number of conservation easements on a certified historic structure included in (a) | 2c | |
| d | Number of conservation easements included in (c) acquired after 7/25/06, and not on a historic structure listed in the National Register | 2d | |

3 Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the
tax year ◆

4 Number of states where property subject to conservation easement is located ◆

5 Does the organization have a written policy regarding the periodic monitoring, inspection, handling of
violations, and enforcement of the conservation easements it holds? .......... ☐ Yes ☐ No

6 Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
◆

7 Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
◆ $

8 Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i)
and section 170(h)(4)(B)(ii)? .......... ☐ Yes ☐ No

9 In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement and
balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the
organization's accounting for conservation easements.

## Part III — Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.
Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

1a If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works
of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public
service, provide in Part XIII the text of the footnote to its financial statements that describes these items.

b If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of
art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service,
provide the following amounts relating to these items:

(i) Revenue included on Form 990, Part VIII, line 1 .......... ◆ $

(ii) Assets included in Form 990, Part X .......... ◆ $

2 If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the
following amounts required to be reported under FASB ASC 958 relating to these items:

a Revenue included on Form 990, Part VIII, line 1 .......... ◆ $

b Assets included in Form 990, Part X .......... ◆ $

For Paperwork Reduction Act Notice, see the Instructions for Form 990.
DAA

Schedule D (Form 990) 2021

## Part III    Organizations Maintaining Collections of Art, Historical Treasures, or Similar Assets *(continued)*

**3**   Using the organization's acquisition, accession, and other records, check any of the following that make significant use of its collection items (check all that apply):

**a** ☐ Public exhibition                **d** ☐ Loan or exchange program

**b** ☐ Scholarly research             **e** ☐ Other ............................................................

**c** ☐ Preservation for future generations

**4**   Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5**   During the year, did the organization solicit or receive donations of art, historical treasures, or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection? ............ ☐ Yes ☐ No

## Part IV    Escrow and Custodial Arrangements.
        Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a** Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X? .................................................................................... ☐ Yes ☐ No

**b** If "Yes," explain the arrangement in Part XIII and complete the following table:

| | | Amount |
|---|---|---|
| **c** Beginning balance | **1c** | |
| **d** Additions during the year | **1d** | |
| **e** Distributions during the year | **1e** | |
| **f** Ending balance | **1f** | |

**2a** Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? ............ ☐ Yes ☐ No

**b** If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided on Part XIII ............ ☐

## Part V    Endowment Funds.
        Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

| | (a) Current year | (b) Prior year | (c) Two years back | (d) Three years back | (e) Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance | | | | | |
| **b** Contributions | | | | | |
| **c** Net investment earnings, gains, and losses | | | | | |
| **d** Grants or scholarships | | | | | |
| **e** Other expenditures for facilities and programs | | | | | |
| **f** Administrative expenses | | | | | |
| **g** End of year balance | | | | | |

**2**   Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a** Board designated or quasi-endowment ◆ ............ %

**b** Permanent endowment ◆ ............ %

**c** Term endowment ◆ ............ %

The percentages on lines 2a, 2b, and 2c should equal 100%.

| | | Yes | No |
|---|---|---|---|
| **3a** Are there endowment funds not in the possession of the organization that are held and administered for the organization by: | | | |
|      **(i)** Unrelated organizations | **3a(i)** | | |
|      **(ii)** Related organizations | **3a(ii)** | | |
|      **b** If "Yes" on line 3a(ii), are the related organizations listed as required on Schedule R? | **3b** | | |

**4**   Describe in Part XIII the intended uses of the organization's endowment funds.

## Part VI    Land, Buildings, and Equipment.
        Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | (a) Cost or other basis (investment) | (b) Cost or other basis (other) | (c) Accumulated depreciation | (d) Book value |
|---|---|---|---|---|
| **1a** Land | | | | |
| **b** Buildings | | | | |
| **c** Leasehold improvements | | | | |
| **d** Equipment | | 358,781 | 351,427 | 7,354 |
| **e** Other | | 54,128 | 52,085 | 2,043 |
| **Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10c.)* ............ ◆ | | | | 9,397 |

DAA

Schedule D (Form 990) 2021  **INTERNATIONAL LONGSHORE AND**  **\*\*-\*\*\*7594**  Page **3**

### Part VII    Investments – Other Securities.
Complete if the organization answered "Yes" on Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| **(1)** Financial derivatives | | |
| **(2)** Closely held equity interests | | |
| **(3)** Other | | |
| (A) | | |
| (B) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col. (B) line 12.)*  ◆ | | |

### Part VIII    Investments – Program Related.
Complete if the organization answered "Yes" on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| **(1)** | | |
| **(2)** | | |
| **(3)** | | |
| **(4)** | | |
| **(5)** | | |
| **(6)** | | |
| **(7)** | | |
| **(8)** | | |
| **(9)** | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col. (B) line 13.)*  ◆ | | |

### Part IX    Other Assets.
Complete if the organization answered "Yes" on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| **(1)** | |
| **(2)** | |
| **(3)** | |
| **(4)** | |
| **(5)** | |
| **(6)** | |
| **(7)** | |
| **(8)** | |
| **(9)** | |
| **Total.** *(Column (b) must equal Form 990, Part X, col. (B) line 15.)*  ◆ | |

### Part X    Other Liabilities.
Complete if the organization answered "Yes" on Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25.

| **1.** (a) Description of liability | (b) Book value |
|---|---|
| (1) Federal income taxes | |
| (2) LITIGATION CONTINGENCY | 704,245 |
| (3) ACCRUED VACATION | 230,012 |
| (4) DUE TO HAWAII ILWU – ADMINISTRATION | 6,142 |
| (5) DISASTER RELIEF FUNDS | 622 |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| **Total.** *(Column (b) must equal Form 990, Part X, col. (B) line 25.)*  ◆ | 941,021 |

**2.** Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FASB ASC 740. Check here if the text of the footnote has been provided in Part XIII ............ ☐

DAA

Schedule D (Form 990) 2021

**Part XI**   **Reconciliation of Revenue per Audited Financial Statements With Revenue per Return.**
      Complete if the organization answered "Yes" on Form 990, Part IV, line 12a.

| | | | |
|---|---|---|---:|
| 1 | Total revenue, gains, and other support per audited financial statements | **1** | 8,991,259 |
| 2 | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | |
| a | Net unrealized gains (losses) on investments **2a** | | |
| b | Donated services and use of facilities **2b** 134,198 | | |
| c | Recoveries of prior year grants **2c** | | |
| d | Other (Describe in Part XIII.) **2d** | | |
| e | Add lines **2a** through **2d** | **2e** | 134,198 |
| 3 | Subtract line **2e** from line **1** | **3** | 8,857,061 |
| 4 | Amounts included on Form 990, Part VIII, line 12, but not on line 1: | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b **4a** | | |
| b | Other (Describe in Part XIII.) **4b** | | |
| c | Add lines **4a** and **4b** | **4c** | |
| 5 | Total revenue. Add lines **3** and **4c.** *(This must equal Form 990, Part I, line 12.)* | **5** | 8,857,061 |

**Part XII**   **Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.**
      Complete if the organization answered "Yes" on Form 990, Part IV, line 12a.

| | | | |
|---|---|---|---:|
| 1 | Total expenses and losses per audited financial statements | **1** | 7,560,829 |
| 2 | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | |
| a | Donated services and use of facilities **2a** | | |
| b | Prior year adjustments **2b** | | |
| c | Other losses **2c** | | |
| d | Other (Describe in Part XIII.) **2d** | | |
| e | Add lines **2a** through **2d** | **2e** | |
| 3 | Subtract line **2e** from line **1** | **3** | 7,560,829 |
| 4 | Amounts included on Form 990, Part IX, line 25, but not on line 1: | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b **4a** | | |
| b | Other (Describe in Part XIII.) **4b** 1,499 | | |
| c | Add lines **4a** and **4b** | **4c** | 1,499 |
| 5 | Total expenses. Add lines **3** and **4c.** *(This must equal Form 990, Part I, line 18.)* | **5** | 7,562,328 |

**Part XIII**   **Supplemental Information.**

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

PART XII, LINE 4B - EXPENSE AMOUNTS INCLUDED ON RETURN - OTHER

BOOK/TAX DEPRECIATION                       $        1,499

DAA

Case: 23-30662   Doc# 1   Filed: 09/30/23   Entered: 09/30/23 23:17:08   Page 30 of 59

**Part XIII** **Supplemental Information** *(continued)*

DAA

| SCHEDULE F (Form 990) | **Statement of Activities Outside the United States** | OMB No. 1545-0047 |
|---|---|---|

**SCHEDULE F (Form 990)**

Department of the Treasury
Internal Revenue Service

**Statement of Activities Outside the United States**

◆ Complete if the organization answered "Yes" on Form 990, Part IV, line 14b, 15, or 16.
◆ Attach to Form 990.
◆ Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

**2021**

Open to Public
Inspection

| Name of the organization | Employer identification number |
|---|---|
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION | **\*\*-\*\*\*7594** |

**Part I** **General Information on Activities Outside the United States.** Complete if the organization answered "Yes" on Form 990, Part IV, line 14b.

1   **For grantmakers.** Does the organization maintain records to substantiate the amount of its grants and other assistance, the grantees' eligibility for the grants or assistance, and the selection criteria used to award the grants or assistance? .................................................................................... ☐ Yes ☐ No

2   **For grantmakers.** Describe in Part V the organization's procedures for monitoring the use of its grants and other assistance outside the United States.

3   Activities per Region. (The following Part I, line 3 table can be duplicated if additional space is needed.)

| (a) Region | (b) Number of offices in the region | (c) Number of employees, agents, and independent contractors in the region | (d) Activities conducted in the region (by type) (such as, fundraising, program services, investments, grants to recipients located in the region) | (e) If activity listed in (d) is a program service, describe specific type of service(s) in the region | (f) Total expenditures for and investments in the region |
|---|---|---|---|---|---|
| **(1)** | | | | | |
| **(2)** | | | | | |
| **(3)** | | | | | |
| **(4)** | | | | | |
| **(5)** | | | | | |
| **(6)** | | | | | |
| **(7)** | | | | | |
| **(8)** | | | | | |
| **(9)** | | | | | |
| **(10)** | | | | | |
| **(11)** | | | | | |
| **(12)** | | | | | |
| **(13)** | | | | | |
| **(14)** | | | | | |
| **(15)** | | | | | |
| **(16)** | | | | | |
| **(17)** | | | | | |
| **3a** Subtotal | | | | | |
| **b** Total from continuation sheets to Part I | | | | | |
| **c Totals** (add lines 3a and 3b) | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990.          Schedule F (Form 990) 2021

DAA

Schedule F (Form 990) 2021   INTERNATIONAL LONGSHORE AND   **-***7594   Page **2**

**Part II** **Grants and Other Assistance to Organizations or Entities Outside the United States.** Complete if the organization answered "Yes" on Form 990, Part IV, line 15, for any recipient who received more than $5,000. Part II can be duplicated if additional space is needed.

| 1 | (a) Name of organization | (b) IRS code section and EIN (if applicable) | (c) Region | (d) Purpose of grant | (e) Amount of cash grant | (f) Manner of cash disbursement | (g) Amount of noncash assistance | (h) Description of noncash assistance | (i) Method of valuation (book, FMV, appraisal, other) |
|---|---|---|---|---|---|---|---|---|---|
| (1) | | | | WORKER SUPPORT | 10,000 | | | | FMV |
| (2) | | | | | | | | | |
| (3) | | | | | | | | | |
| (4) | | | | | | | | | |
| (5) | | | | | | | | | |
| (6) | | | | | | | | | |
| (7) | | | | | | | | | |
| (8) | | | | | | | | | |
| (9) | | | | | | | | | |
| (10) | | | | | | | | | |
| (11) | | | | | | | | | |
| (12) | | | | | | | | | |
| (13) | | | | | | | | | |
| (14) | | | | | | | | | |
| (15) | | | | | | | | | |
| (16) | | | | | | | | | |

**2** Enter total number of recipient organizations listed above that are recognized as charities by the foreign country, recognized as a tax exempt 501(c)(3) organization by the IRS, or for which the grantee or counsel has provided a section 501(c)(3) equivalency letter .......................... ◆

**3** Enter total number of other organizations or entities .......................... ◆ 1

Schedule F (Form 990) 2021

DAA

Schedule F (Form 990) 2021    INTERNATIONAL LONGSHORE AND    **-***7594    Page **3**

**Part III**   Grants and Other Assistance to Individuals Outside the United States. Complete if the organization answered "Yes" on Form 990, Part IV, line 16.
Part III can be duplicated if additional space is needed.

| (a) Type of grant or assistance | (b) Region | (c) Number of recipients | (d) Amount of cash grant | (e) Manner of cash disbursement | (f) Amount of noncash assistance | (g) Description of noncash assistance | (h) Method of valuation (book, FMV, appraisal, other) |
|---|---|---|---|---|---|---|---|
| (1) | | | | | | | |
| (2) | | | | | | | |
| (3) | | | | | | | |
| (4) | | | | | | | |
| (5) | | | | | | | |
| (6) | | | | | | | |
| (7) | | | | | | | |
| (8) | | | | | | | |
| (9) | | | | | | | |
| (10) | | | | | | | |
| (11) | | | | | | | |
| (12) | | | | | | | |
| (13) | | | | | | | |
| (14) | | | | | | | |
| (15) | | | | | | | |
| (16) | | | | | | | |
| (17) | | | | | | | |
| (18) | | | | | | | |

Schedule F (Form 990) 2021

DAA

**Part IV**      **Foreign Forms**

**1**   Was the organization a U.S. transferor of property to a foreign corporation during the tax year? *If "Yes,"*
*the organization may be required to file Form 926, Return by a U.S. Transferor of Property to a Foreign*
*Corporation (see Instructions for Form 926)* ................................................................ ☐ Yes  ☒ No

**2**   Did the organization have an interest in a foreign trust during the tax year? *If "Yes," the organization may*
*be required to separately file Form 3520, Annual Return To Report Transactions With Foreign Trusts and*
*Receipt of Certain Foreign Gifts, and/or Form 3520-A, Annual Information Return of Foreign Trust With a*
*U.S. Owner (see Instructions for Forms 3520 and 3520-A; don't file with Form 990)* ...................... ☐ Yes  ☒ No

**3**   Did the organization have an ownership interest in a foreign corporation during the tax year? *If "Yes,"*
*the organization may be required to file Form 5471, Information Return of U.S. Persons With Respect to*
*Certain Foreign Corporations (see Instructions for Form 5471)* ............................................. ☐ Yes  ☒ No

**4**   Was the organization a direct or indirect shareholder of a passive foreign investment company or a
qualified electing fund during the tax year? *If "Yes," the organization may be required to file Form 8621,*
*Information Return by a Shareholder of a Passive Foreign Investment Company or Qualified Electing*
*Fund (see Instructions for Form 8621)* .................................................................... ☐ Yes  ☒ No

**5**   Did the organization have an ownership interest in a foreign partnership during the tax year? *If "Yes,"*
*the organization may be required to file Form 8865, Return of U.S. Persons With Respect to Certain*
*Foreign Partnerships (see Instructions for Form 8865)* .................................................... ☐ Yes  ☒ No

**6**   Did the organization have any operations in or related to any boycotting countries during the tax year? *If*
*"Yes," the organization may be required to separately file Form 5713, International Boycott Report (see*
*Instructions for Form 5713; don't file with Form 990)* ..................................................... ☐ Yes  ☒ No

**Schedule F (Form 990) 2021**

DAA

**Part V**   **Supplemental Information**

Provide the information required by Part I, line 2 (monitoring of funds); Part I, line 3, column (f) (accounting method; amounts of investments vs. expenditures per region); Part II, line 1 (accounting method); Part III (accounting method); and Part III, column (c) (estimated number of recipients), as applicable. Also complete this part to provide any additional information. See instructions.

# SCHEDULE I
## (Form 990)

Department of the Treasury
Internal Revenue Service

# Grants and Other Assistance to Organizations, Governments, and Individuals in the United States
Complete if the organization answered "Yes" on Form 990, Part IV, line 21 or 22.
◆ Attach to Form 990.
◆ Go to *www.irs.gov/Form990* for the latest information.

OMB No. 1545-0047

## 2021

Open to Public Inspection

Name of the organization
INTERNATIONAL LONGSHORE AND WAREHOUSE UNION

Employer identification number
**-***7594

## Part I    General Information on Grants and Assistance

1   Does the organization maintain records to substantiate the amount of the grants or assistance, the grantees' eligibility for the grants or assistance, and the selection criteria used to award the grants or assistance?   ☒ Yes   ☐ No

2   Describe in Part IV the organization's procedures for monitoring the use of grant funds in the United States.

## Part II   Grants and Other Assistance to Domestic Organizations and Domestic Governments. Complete if the organization answered "Yes" on Form 990, Part IV, line 21, for any recipient that received more than $5,000. Part II can be duplicated if additional space is needed.

| 1   (a) Name and address of organization or government | (b) EIN | (c) IRC section (if applicable) | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of noncash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| (1) ILWU LOCAL 6 <br> 99 HEGENBERGER RD. <br> OAKLAND          CA  94621 | | 501C5 | 10,000 | | CASH | | UNION SUPPORT |
| (2) GLOBAL HEALTH PARTNERS <br> 39 BROADWAY, SUITE 1540 <br> NEW YORK         NY  10006 | | 501C3 | 10,000 | | CASH | | PROGRAM SUPPORT |
| (3) | | | | | | | |
| (4) | | | | | | | |
| (5) | | | | | | | |
| (6) | | | | | | | |
| (7) | | | | | | | |
| (8) | | | | | | | |
| (9) | | | | | | | |

2   Enter total number of section 501(c)(3) and government organizations listed in the line 1 table . . . . . . . . . . . . . . . . . . . . . . . . . . . . ◆ 1

3   Enter total number of other organizations listed in the line 1 table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ◆ 3

For Paperwork Reduction Act Notice, see the Instructions for Form 990.                    Schedule I (Form 990) (2021)
DAA

Schedule I (Form 990) (2021) INTERNATIONAL LONGSHORE AND **-***7594 Page **2**

**Part III** Grants and Other Assistance to Domestic Individuals. Complete if the organization answered "Yes" on Form 990, Part IV, line 22.
Part III can be duplicated if additional space is needed.

| (a) Type of grant or assistance | (b) Number of recipients | (c) Amount of cash grant | (d) Amount of noncash assistance | (e) Method of valuation (book, FMV, appraisal, other) | (f) Description of noncash assistance |
|---|---|---|---|---|---|
| **1** | | | | | |
| **2** | | | | | |
| **3** | | | | | |
| **4** | | | | | |
| **5** | | | | | |
| **6** | | | | | |
| **7** | | | | | |

**Part IV** Supplemental Information. Provide the information required in Part I, line 2; Part III, column (b); and any other additional information.

..............................................................................................................................................................................

..............................................................................................................................................................................

..............................................................................................................................................................................

..............................................................................................................................................................................

..............................................................................................................................................................................

..............................................................................................................................................................................

..............................................................................................................................................................................

..............................................................................................................................................................................

..............................................................................................................................................................................

..............................................................................................................................................................................

..............................................................................................................................................................................

..............................................................................................................................................................................

DAA

Case: 23-30662  Doc# 1  Filed: 09/30/23  Entered: 09/30/23 23:17:08  Page 38 of 59

| SCHEDULE J<br>(Form 990)<br><br>Department of the Treasury<br>Internal Revenue Service | **Compensation Information**<br>For certain Officers, Directors, Trustees, Key Employees, and Highest<br>Compensated Employees<br>◆ Complete if the organization answered "Yes" on Form 990, Part IV, line 23.<br>◆ Attach to Form 990.<br>◆Go to *www.irs.gov/Form990* for instructions and the latest information. | OMB No. 1545-0047<br>**2021**<br>Open to Public<br>Inspection |
|---|---|---|

| Name of the organization | Employer identification number |
|---|---|
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION | **-***7594 |

## Part I    Questions Regarding Compensation

|  |  | Yes | No |
|---|---|---|---|
| **1a** Check the appropriate box(es) if the organization provided any of the following to or for a person listed on Form 990, Part VII, Section A, line 1a. Complete Part III to provide any relevant information regarding these items. | | | |

☐ First-class or charter travel ☐ Housing allowance or residence for personal use
☐ Travel for companions ☐ Payments for business use of personal residence
☐ Tax indemnification and gross-up payments ☐ Health or social club dues or initiation fees
☐ Discretionary spending account ☐ Personal services (such as maid, chauffeur, chef)

|  | | Yes | No |
|---|---|---|---|
| **b** If any of the boxes on line 1a are checked, did the organization follow a written policy regarding payment or reimbursement or provision of all of the expenses described above? If "No," complete Part III to explain | **1b** | | |
| **2** Did the organization require substantiation prior to reimbursing or allowing expenses incurred by all directors, trustees, and officers, including the CEO/Executive Director, regarding the items checked on line 1a? | **2** | | |
| **3** Indicate which, if any, of the following the organization used to establish the compensation of the organization's CEO/Executive Director. Check all that apply. Do not check any boxes for methods used by a related organization to establish compensation of the CEO/Executive Director, but explain in Part III. | | | |

☐ Compensation committee ☐ Written employment contract
☐ Independent compensation consultant ☐ Compensation survey or study
☐ Form 990 of other organizations ☐ Approval by the board or compensation committee

|  | | Yes | No |
|---|---|---|---|
| **4** During the year, did any person listed on Form 990, Part VII, Section A, line 1a, with respect to the filing organization or a related organization: | | | |
| **a** Receive a severance payment or change-of-control payment? | **4a** | | X |
| **b** Participate in or receive payment from a supplemental nonqualified retirement plan? | **4b** | | X |
| **c** Participate in or receive payment from an equity-based compensation arrangement? | **4c** | | X |
| If "Yes" to any of lines 4a–c, list the persons and provide the applicable amounts for each item in Part III. | | | |
| **Only section 501(c)(3), 501(c)(4), and 501(c)(29) organizations must complete lines 5–9.** | | | |
| **5** For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the revenues of: | | | |
| **a** The organization? | **5a** | | |
| **b** Any related organization? | **5b** | | |
| If "Yes" on line 5a or 5b, descr be in Part III. | | | |
| **6** For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the net earnings of: | | | |
| **a** The organization? | **6a** | | |
| **b** Any related organization? | **6b** | | |
| If "Yes" on line 6a or 6b, descr be in Part III. | | | |
| **7** For persons listed on Form 990, Part VII, Section A, line 1a, did the organization provide any nonfixed payments not described on lines 5 and 6? If "Yes," describe in Part III | **7** | | |
| **8** Were any amounts reported on Form 990, Part VII, paid or accrued pursuant to a contract that was subject to the initial contract exception described in Regulations section 53.4958-4(a)(3)? If "Yes," descr be in Part III | **8** | | |
| **9** If "Yes" on line 8, did the organization also follow the rebuttable presumption procedure described in Regulations section 53.4958-6(c)? | **9** | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**

DAA

Schedule J (Form 990) 2021

Case: 23-30662    Doc# 1    Filed: 09/30/23    Entered: 09/30/23 23:17:08    Page 39 of 59

Schedule J (Form 990) 2021      INTERNATIONAL LONGSHORE AND      **-***7594      Page **2**

| Part II | Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees. Use duplicate copies if additional space is needed. |
|---|---|

For each individual whose compensation must be reported on Schedule J, report compensation from the organization on row (i) and from related organizations, described in the instructions, on row (ii). Do not list any individuals that aren't listed on Form 990, Part VII.

**Note:** The sum of columns (B)(i)–(iii) for each listed individual must equal the total amount of Form 990, Part VII, Section A, line 1a, applicable column (D) and (E) amounts for that individual.

| (A) Name and Title | | (B) Breakdown of W-2 and/or 1099-MISC and/or 1099-NEC compensation | | | (C) Retirement and other deferred compensation | (D) Nontaxable benefits | (E) Total of columns (B)(i)–(D) | (F) Compensation in column (B) reported as deferred on prior Form 990 |
|---|---|---|---|---|---|---|---|---|
| | | (i) Base compensation | (ii) Bonus & incentive compensation | (iii) Other reportable compensation | | | | |
| 1 WILLIAM ADAMS PRESIDENT | (i) | 215,657 | 0 | 0 | 0 | 0 | 215,657 | 0 |
| | (ii) | 103,575 | 0 | 0 | 0 | 0 | 103,575 | 0 |
| 2 EDWIN FERRIS SECRETARY TREASURER | (i) | 213,811 | 0 | 0 | 0 | 0 | 213,811 | 0 |
| | (ii) | 93,258 | 0 | 0 | 0 | 0 | 93,258 | 0 |
| 3 ROBERT OLVERA JR VICE PRESIDENT | (i) | 200,192 | 0 | 0 | 0 | 0 | 200,192 | 0 |
| | (ii) | 94,592 | 0 | 0 | 0 | 0 | 94,592 | 0 |
| 4 RUSSELL BARGMANN RESEARCH DIRECTOR | (i) | 189,542 | 0 | 0 | 0 | 0 | 189,542 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 6 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 7 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 8 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 9 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 10 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 11 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 12 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 13 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 14 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 15 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 16 | (i) | | | | | | | |
| | (ii) | | | | | | | |

Schedule J (Form 990) 2021

DAA

Schedule J (Form 990) 2021  INTERNATIONAL LONGSHORE AND        **-***7594                    Page 3

**Part III      Supplemental Information**

Provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 3, 4a, 4b, 4c, 5a, 5b, 6a, 6b, 7, and 8, and for Part II. Also complete this part
for any additional information.

Case: 23-30662    Doc# 1    Filed: 09/30/23    Entered: 09/30/23 23:17:08    Page 41 of 59

| SCHEDULE O | Supplemental Information to Form 990 or 990-EZ | OMB No. 1545-0047 |
|---|---|---|
| (Form 990) | Complete to provide information for responses to specific questions on Form 990 or 990-EZ or to provide any additional information. | **2021** |
| Department of the Treasury Internal Revenue Service | ◆ Attach to Form 990 or Form 990-EZ. ◆ Go to *www.irs.gov/Form990* for the latest information. | Open to Public Inspection |

| Name of the organization | Employer identification number |
|---|---|
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION | **-***7594 |

FORM 990, PART VI, LINE 7A - ELECTION OF MEMBERS AND THEIR RIGHTS

THE MEMBERS OF THE ORGANIZATION ELECT THE GOVERNING BODY.


FORM 990, PART VI, LINE 9 - OFFICERS WHO CANNOT BE REACHED

EDWIN FERRIS

1188 FRANKLIN STREET, 4TH FLOOR

SAN FRANCISCO, CA 94109


FORM 990, PART VI, LINE 11B - ORGANIZATION'S PROCESS TO REVIEW FORM 990

FORM 990 WAS PROVIDED TO ORGANIZING BODY TO REVIEW PRIOR TO FILING.


FORM 990, PART VI, LINE 15A - COMPENSATION PROCESS FOR TOP OFFICIAL

ILWU HAS A COMPENSATION POLICY FOR TOP MANAGEMENT OFFICIAL COMPENSATION.


FORM 990, PART VI, LINE 15B - COMPENSATION PROCESS FOR OFFICERS

ILWU HAS AN OFFICER/KEY EMPLOYEE COMPENSATION PROCESS.


FORM 990, PART VI, LINE 19 - GOVERNING DOCUMENTS DISCLOSURE EXPLANATION

ALL GOVERNING DOCUMENTS AND POLICIES AS WELL AS ALL FILINGS ARE AVAILABLE

BY REQUEST.

# SCHEDULE R
## (Form 990)

Department of the Treasury
Internal Revenue Service

# Related Organizations and Unrelated Partnerships

◆ Complete if the organization answered "Yes" on Form 990, Part IV, line 33, 34, 35b, 36, or 37.

◆ Attach to Form 990.

◆ Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

## 2021

Open to Public
Inspection

Name of the organization
INTERNATIONAL LONGSHORE AND
WAREHOUSE UNION

Employer identification number
**-***7594

## Part I — Identification of Disregarded Entities. Complete if the organization answered "Yes" on Form 990, Part IV, line 33.

| (a) Name, address, and EIN (if applicable) of disregarded entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Total income | (e) End-of-year assets | (f) Direct controlling entity |
|---|---|---|---|---|---|
| (1) | | | | | |
| (2) | | | | | |
| (3) | | | | | |
| (4) | | | | | |
| (5) | | | | | |

## Part II — Identification of Related Tax-Exempt Organizations. Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related tax-exempt organizations during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Exempt Code section | (e) Public charity status (if section 501(c)(3)) | (f) Direct controlling entity | (g) Section 512(b)(13) controlled entity? Yes | No |
|---|---|---|---|---|---|---|---|
| (1) INTERNATIONAL LONGSHORE & WAREHOUSE 1188 FRANKLIN ST **-***9881 SAN FRANCISCO CA 94109 | POLITICAL | CA | 527 | | N/A | | X |
| (2) PACIFIC LONGSHOREMEN'S MEMORIAL ASS 1188 FRANKLIN ST **-***3639 SAN FRANCISCO CA 94109 | RENTAL | CA | 501C2 | | N/A | | X |
| (3) COAST LONGSHORE DIVISION 1188 FRANKLIN ST **-***0134 SAN FRANCISCO CA 94109 | UNION | CA | 501C5 | | N/A | | X |
| (4) | | | | | | | |
| (5) | | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990.

DAA

Schedule R (Form 990) 2021

Schedule R (Form 990) 2021    INTERNATIONAL LONGSHORE AND    **-***7594    Page **2**

## Part III   Identification of Related Organizations Taxable as a Partnership. Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related organizations treated as a partnership during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Predominant income (related, unrelated, excluded from tax under sections 512-514) | (f) Share of total income | (g) Share of end-of-year assets | (h) Dispro-portionate alloc.? | | (i) Code V—UBI amount in box 20 of Schedule K-1 (Form 1065) | (j) General or managing partner? | | (k) Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Yes | No | | Yes | No | |
| (1) | | | | | | | | | | | | |
| (2) | | | | | | | | | | | | |
| (3) | | | | | | | | | | | | |
| (4) | | | | | | | | | | | | |

## Part IV   Identification of Related Organizations Taxable as a Corporation or Trust. Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related organizations treated as a corporation or trust during the tax year.

| (a) Name, address, and E N of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Type of entity (C corp, S corp, or trust) | (f) Share of total income | (g) Share of end-of-year assets | (h) Percentage ownership | (i) Section 512(b)(13) controlled entity? | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Yes | No |
| (1) | | | | | | | | | |
| (2) | | | | | | | | | |
| (3) | | | | | | | | | |
| (4) | | | | | | | | | |

DAA                                           Schedule R (Form 990) 2021

Schedule R (Form 990) 2021  INTERNATIONAL LONGSHORE AND        **-***7594                                  Page 3

## Part V  Transactions With Related Organizations. Complete if the organization answered "Yes" on Form 990, Part IV, line 34, 35b, or 36.

**Note:** Complete line 1 if any entity is listed in Parts II, III, or IV of this schedule.

| | | Yes | No |
|---|---|---|---|
| 1 During the tax year, did the organization engage in any of the following transactions with one or more related organizations listed in Parts II–IV? | | | |
| a Receipt of (i) interest, (ii) annuities, (iii) royalties, or (iv) rent from a controlled entity | 1a | | X |
| b Gift, grant, or capital contribution to related organization(s) | 1b | | X |
| c Gift, grant, or capital contribution from related organization(s) | 1c | | X |
| d Loans or loan guarantees to or for related organization(s) | 1d | | X |
| e Loans or loan guarantees by related organization(s) | 1e | | X |
| | | | |
| f Dividends from related organization(s) | 1f | | X |
| g Sale of assets to related organization(s) | 1g | | X |
| h Purchase of assets from related organization(s) | 1h | | X |
| i Exchange of assets with related organization(s) | 1i | | X |
| j Lease of facilities, equipment, or other assets to related organization(s) | 1j | | X |
| | | | |
| k Lease of facilities, equipment, or other assets from related organization(s) | 1k | X | |
| l Performance of services or membership or fundraising solicitations for related organization(s) | 1l | X | |
| m Performance of services or membership or fundraising solicitations by related organization(s) | 1m | | X |
| n Sharing of facilities, equipment, mailing lists, or other assets with related organization(s) | 1n | | X |
| o Sharing of paid employees with related organization(s) | 1o | | X |
| | | | |
| p Reimbursement paid to related organization(s) for expenses | 1p | | X |
| q Reimbursement paid by related organization(s) for expenses | 1q | | X |
| | | | |
| r Other transfer of cash or property to related organization(s) | 1r | | X |
| s Other transfer of cash or property from related organization(s) | 1s | | X |

2 If the answer to any of the above is "Yes," see the instructions for information on who must complete this line, including covered relationships and transaction thresholds.

| | (a)<br>Name of related organization | (b)<br>Transaction type (a–s) | (c)<br>Amount involved | (d)<br>Method of determining amount involved |
|---|---|---|---|---|
| (1) | PACIFIC LONGSHOREMEN'S MEMORIAL ASS | K | 139,950 | |
| (2) | PACIFIC LONGSHOREMEN'S MEMORIAL ASS | L | 220,681 | |
| (3) | COAST LONGSHORE DIVISION | L | 26,143 | |
| (4) | | | | |
| (5) | | | | |
| (6) | | | | |

DAA                                                                                  Schedule R (Form 990) 2021

## Part VI    Unrelated Organizations Taxable as a Partnership. Complete if the organization answered "Yes" on Form 990, Part IV, line 37.

Provide the following information for each entity taxed as a partnership through which the organization conducted more than five percent of its activities (measured by total assets or gross revenue) that was not a related organization. See instructions regarding exclusion for certain investment partnerships.

| (a) Name, address, and EIN of entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Predominant income (related, unrelated, excluded from tax under sections 512-514) | (e) Are all partners section 501(c)(3) organizations? | | (f) Share of total income | (g) Share of end-of-year assets | (h) Disproportionate allocations? | | (i) Code V—UBI amount in box 20 of Schedule K-1 (Form 1065) | (j) General or managing partner? | | (k) Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Yes | No | | | Yes | No | | Yes | No | |
| (1) | | | | | | | | | | | | | |
| (2) | | | | | | | | | | | | | |
| (3) | | | | | | | | | | | | | |
| (4) | | | | | | | | | | | | | |
| (5) | | | | | | | | | | | | | |
| (6) | | | | | | | | | | | | | |
| (7) | | | | | | | | | | | | | |
| (8) | | | | | | | | | | | | | |
| (9) | | | | | | | | | | | | | |
| (10) | | | | | | | | | | | | | |
| (11) | | | | | | | | | | | | | |

Schedule R (Form 990) 2021  INTERNATIONAL LONGSHORE AND          **-***7594          Page 5

| Part VII | Supplemental Information. |
| --- | --- |
| | Provide additional information for responses to questions on Schedule R. See instructions. |

DAA

Form **4562**

Department of the Treasury
Internal Revenue Service (99)

**Depreciation and Amortization**
**(Including Information on Listed Property)**
◆ Attach to your tax return.
◆ Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2021**

Attachment
Sequence No. **179**

Name(s) shown on return  INTERNATIONAL LONGSHORE AND WAREHOUSE UNION

Identifying number **\*\*-\*\*\*7594**

Business or activity to which this form relates  INDIRECT DEPRECIATION

| Part I | Election To Expense Certain Property Under Section 179 |
|---|---|

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 1,050,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | 2,620,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2020 Form 4562 | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | **12** | |
| 13 | Carryover of disallowed deduction to 2022. Add lines 9 and 10, less line 12 ▶ | **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

| Part II | Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.) |
|---|---|

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

| Part III | MACRS Depreciation (Don't include listed property. See instructions.) |
|---|---|

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2021 | **17** | 1,440 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ◆ ☐ | | |

**Section B—Assets Placed in Service During 2021 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2021 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | | | 30 yrs. | MM | S/L | |
| d 40-year | | | 40 yrs. | MM | S/L | |

| Part IV | Summary (See instructions.) |
|---|---|

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** | 1,440 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

For Paperwork Reduction Act Notice, see separate instructions.
DAA

THERE ARE NO AMOUNTS FOR PAGE 2

Form **4562** (2021)

# Federal Asset Report
## Form 990, Page 1

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Prior MACRS:** | | | | | | | | | | | | |
| 1 | Furniture and Equipment | 1/01/06 | 358,781 | | | | 358,781 | 5 | HY | S/L | 351,427 | 0 |
| 2 | Furniture and Equipment | 3/16/13 | 12,815 | | | X | 6,407 | 7 | HY | 200DB | 12,815 | 0 |
| 3 | Furniture and Equipment | 7/01/14 | 18,141 | | | X | 9,070 | 7 | HY | 200DB | 17,736 | 405 |
| 4 | Furniture & Equipment | 7/01/16 | 12,135 | | | X | 6,067 | 7 | HY | 200DB | 10,781 | 542 |
| 5 | Furniture & Equipment | 7/01/17 | 11,037 | | | X | 5,518 | 7 | HY | 200DB | 9,313 | 493 |
| | | | 412,909 | | | | 385,843 | | | | 402,072 | 1,440 |
| | **Grand Totals** | | 412,909 | | | | 385,843 | | | | 402,072 | 1,440 |
| | Less: Dispositions and Transfers | | 0 | | | | 0 | | | | 0 | 0 |
| | Less: Start-up/Org Expense | | 0 | | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 412,909 | | | | 385,843 | | | | 402,072 | 1,440 |

Case: 23-30662   Doc# 1   Filed: 09/30/23   Entered: 09/30/23 23:17:08   Page 49 of 59

# CA Asset Report
## Form 990, Page 1

| Asset | Description | Date In Service | Cost | Basis for Depr | CA Prior | CA Current | Federal Current | Difference Fed - CA |
|---|---|---|---|---|---|---|---|---|
| **Prior MACRS:** | | | | | | | | |
| 1 | Furniture and Equipment | 1/01/06 | 358,781 | 358,781 | 351,427 | 0 | 0 | 0 |
| 2 | Furniture and Equipment | 3/16/13 | 12,815 | 12,815 | 12,815 | 0 | 0 | 0 |
| 3 | Furniture and Equipment | 7/01/14 | 18,141 | 18,141 | 17,331 | 810 | 405 | -405 |
| 4 | Furniture & Equipment | 7/01/16 | 12,135 | 12,135 | 9,427 | 1,083 | 542 | -541 |
| 5 | Furniture & Equipment | 7/01/17 | 11,037 | 11,037 | 7,589 | 985 | 493 | -492 |
| | | | 412,909 | 412,909 | 398,589 | 2,878 | 1,440 | -1,438 |
| | **Grand Totals** | | 412,909 | 412,909 | 398,589 | 2,878 | 1,440 | -1,438 |
| | **Less: Dispositions** | | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Less: Start-up/Org Expense** | | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Net Grand Totals** | | 412,909 | 412,909 | 398,589 | 2,878 | 1,440 | -1,438 |

# AMT Asset Report
## Form 990, Page 1

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Prior MACRS:** | | | | | | | | | | | | |
| 1 | Furniture and Equipment | 1/01/06 | 358,781 | | | | 358,781 | 5 | HY | S/L | 351,427 | 0 |
| 2 | Furniture and Equipment | 3/16/13 | 12,815 | | | X | 6,407 | 7 | HY | 200DB | 12,815 | 0 |
| 3 | Furniture and Equipment | 7/01/14 | 18,141 | | | X | 9,070 | 7 | HY | 200DB | 17,736 | 405 |
| 4 | Furniture & Equipment | 7/01/16 | 12,135 | | | X | 6,067 | 7 | HY | 200DB | 10,781 | 542 |
| 5 | Furniture & Equipment | 7/01/17 | 11,037 | | | X | 5,518 | 7 | HY | 200DB | 9,313 | 493 |
| | | | 412,909 | | | | 385,843 | | | | 402,072 | 1,440 |
| | **Grand Totals** | | 412,909 | | | | 385,843 | | | | 402,072 | 1,440 |
| | **Less: Dispositions and Transfers** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 412,909 | | | | 385,843 | | | | 402,072 | 1,440 |

# Bonus Depreciation Report
## Form 990, Page 1

| Asset | Property Description | Date In Service | Tax Cost | Bus Pct | Tax Sec 179 Exp | Current Bonus | Prior Bonus | Tax - Basis for Depr |
|---|---|---|---|---|---|---|---|---|
| 2 | Furniture and Equipment | 3/16/13 | 12,815 | | 0 | 0 | 6,408 | 6,407 |
| 3 | Furniture and Equipment | 7/01/14 | 18,141 | | 0 | 0 | 9,071 | 9,070 |
| 4 | Furniture & Equipment | 7/01/16 | 12,135 | | 0 | 0 | 6,068 | 6,067 |
| 5 | Furniture & Equipment | 7/01/17 | 11,037 | | 0 | 0 | 5,519 | 5,518 |
| | **Grand Total** | | 54,128 | | 0 | 0 | 27,066 | 27,062 |

# Depreciation Adjustment Report
## All Business Activities

11/15/2022  3:49 PM

| Form | Unit | Asset | Description | Tax | AMT | AMT Adjustments/ Preferences |
|------|------|-------|-------------|-----|-----|------------------------------|
| **MACRS Adjustments:** | | | | | | |
| Page 1 | 1 | 1 | Furniture and Equipment | 0 | 0 | 0 |
| Page 1 | 1 | 2 | Furniture and Equipment | 0 | 0 | 0 |
| Page 1 | 1 | 3 | Furniture and Equipment | 405 | 405 | 0 |
| Page 1 | 1 | 4 | Furniture & Equipment | 542 | 542 | 0 |
| Page 1 | 1 | 5 | Furniture & Equipment | 493 | 493 | 0 |
| | | | | 1,440 | 1,440 | 0 |

ILWU International Longshore and           11/15/2022   3:49 PM
**-***7594     **Future Depreciation Report**    **FYE: 12/31/22**
FYE: 12/31/2021            **Form 990, Page 1**

| Asset | Description | Date In Service | Cost | Tax | AMT |
|---|---|---|---|---|---|
| **Prior MACRS:** | | | | | |
| 1 | Furniture and Equipment | 1/01/06 | 358,781 | 0 | 0 |
| 2 | Furniture and Equipment | 3/16/13 | 12,815 | 0 | 0 |
| 3 | Furniture and Equipment | 7/01/14 | 18,141 | 0 | 0 |
| 4 | Furniture & Equipment | 7/01/16 | 12,135 | 541 | 541 |
| 5 | Furniture & Equipment | 7/01/17 | 11,037 | 492 | 492 |
| | | | 412,909 | 1,033 | 1,033 |
| | **Grand Totals** | | 412,909 | 1,033 | 1,033 |

| Asset | Description | Date In Service | Cost | CA |
|---|---|---|---|---|
| **Prior MACRS:** | | | | |
| 1 | Furniture and Equipment | 1/01/06 | 358,781 | 0 |
| 2 | Furniture and Equipment | 3/16/13 | 12,815 | 0 |
| 3 | Furniture and Equipment | 7/01/14 | 18,141 | 0 |
| 4 | Furniture & Equipment | 7/01/16 | 12,135 | 1,083 |
| 5 | Furniture & Equipment | 7/01/17 | 11,037 | 985 |
| | | | 412,909 | 2,068 |
| | **Grand Totals** | | 412,909 | 2,068 |

| Form **990** | **Two Year Comparison Report** | **2020 & 2021** |
|---|---|---|
| | For calendar year 2021, or tax year beginning , ending | |

Name
**INTERNATIONAL LONGSHORE AND
WAREHOUSE UNION**

Taxpayer Identification Number
**\*\*-\*\*\*7594**

| | | | 2020 | 2021 | Differences |
|---|---|---|---|---|---|
| **Revenue** | 1. Contributions, gifts, grants | 1. | | | |
| | 2. Membership dues and assessments | 2. | | | |
| | 3. Government contributions and grants | 3. | | | |
| | 4. Program service revenue | 4. | 8,209,489 | 8,695,698 | 486,209 |
| | 5. Investment income | 5. | 4,393 | 764 | -3,629 |
| | 6. Proceeds from tax exempt bonds | 6. | | | |
| | 7. Net gain or (loss) from sale of assets other than inventory | 7. | | | |
| | 8. Net income or (loss) from fundraising events | 8. | | | |
| | 9. Net income or (loss) from gaming | 9. | | | |
| | 10. Net gain or (loss) on sales of inventory | 10. | | | |
| | 11. Other revenue | 11. | 36,364 | 160,599 | 124,235 |
| | 12. **Total revenue.** Add lines 1 through 11 | 12. | 8,250,246 | 8,857,061 | 606,815 |
| **Expenses** | 13. Grants and similar amounts paid | 13. | 10,697 | 35,000 | 24,303 |
| | 14. Benefits paid to or for members | 14. | | | |
| | 15. Compensation of officers, directors, trustees, etc. | 15. | 1,343,347 | 1,003,045 | -340,302 |
| | 16. Salaries, other compensation, and employee benefits | 16. | 3,336,195 | 3,404,195 | 68,000 |
| | 17. Professional fundraising fees | 17. | | | |
| | 18. Other professional fees | 18. | 958,494 | 634,755 | -323,739 |
| | 19. Occupancy, rent, utilities, and maintenance | 19. | 521,755 | 411,857 | -109,898 |
| | 20. Depreciation and Depletion | 20. | 2,325 | 1,440 | -885 |
| | 21. Other expenses | 21. | 1,045,322 | 2,072,036 | 1,026,714 |
| | 22. **Total expenses.** Add lines 13 through 21 | 22. | 7,218,135 | 7,562,328 | 344,193 |
| | 23. **Excess or (Deficit).** Subtract line 22 from line 12 | 23. | 1,032,111 | 1,294,733 | 262,622 |
| **Other Information** | 24. Total exempt revenue | 24. | 8,250,246 | 8,857,061 | 606,815 |
| | 25. Total unrelated revenue | 25. | | | |
| | 26. Total excludable revenue | 26. | 8,250,246 | 8,857,061 | 606,815 |
| | 27. Total assets | 27. | 9,636,485 | 9,534,737 | -101,748 |
| | 28. Total liabilities | 28. | 2,561,554 | 1,030,875 | -1,530,679 |
| | 29. Retained earnings | 29. | 7,074,931 | 8,503,862 | 1,428,931 |
| | 30. Number of voting members of governing body | 30. | 25 | 4 | |
| | 31. Number of independent voting members of governing body | 31. | 21 | 4 | |
| | 32. Number of employees | 32. | 35 | 31 | |
| | 33. Number of volunteers | 33. | | | |

Tax Return History

2021

| Name | INTERNATIONAL LONGSHORE AND WAREHOUSE UNION | | | | | Employer Identification Number **-***7594 |
|---|---|---|---|---|---|---|
| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Contributions, gifts, grants | | | | | | |
| Membership dues | | | | | | |
| Program service revenue | 7,762,937 | 8,065,099 | 8,525,650 | 8,209,489 | 8,695,698 | |
| Capital gain or loss | | | | | | |
| Investment income | 803 | 3,551 | 7,400 | 4,393 | 764 | |
| Fundraising revenue (income/loss) | | | | | | |
| Gaming revenue (income/loss) | | | | | | |
| Other revenue | 38,884 | 97,334 | 13,615 | 36,364 | 160,599 | |
| Total revenue | 7,802,624 | 8,165,984 | 8,546,665 | 8,250,246 | 8,857,061 | |
| Grants and similar amounts paid | 15,000 | 5,000 | 40,000 | 10,697 | 35,000 | |
| Benefits paid to or for members | | | | | | |
| Compensation of officers, etc. | 848,205 | 1,001,783 | 1,470,747 | 1,343,347 | 1,003,045 | |
| Other compensation | 4,953,105 | 3,664,519 | 3,273,639 | 3,336,195 | 3,404,195 | |
| Professional fees | 914,101 | 557,301 | 1,075,873 | 958,494 | 634,755 | |
| Occupancy costs | 400,517 | 419,497 | 404,290 | 521,755 | 411,857 | |
| Depreciation and depletion | 9,499 | 3,794 | 3,106 | 2,325 | 1,440 | |
| Other expenses | 2,006,646 | 2,502,689 | 2,738,554 | 1,045,322 | 2,072,036 | |
| Total expenses | 9,147,073 | 8,154,583 | 9,006,209 | 7,218,135 | 7,562,328 | |
| Excess or (Deficit) | -1,344,449 | 11,401 | -459,544 | 1,032,111 | 1,294,733 | |
| Total exempt revenue | 7,802,624 | 8,165,984 | 8,546,665 | 8,250,246 | 8,857,061 | |
| Total unrelated revenue | | | | | | |
| Total excludable revenue | 7,802,624 | 8,165,984 | 8,546,665 | 8,250,246 | 8,857,061 | |
| Total Assets | 8,164,004 | 8,098,901 | 8,403,773 | 9,636,485 | 9,534,737 | |
| Total Liabilities | 2,074,711 | 1,864,931 | 2,495,151 | 2,561,554 | 1,030,875 | |
| Net Fund Balances | 6,089,293 | 6,233,970 | 5,908,622 | 7,074,931 | 8,503,862 | |

ILWU International Longshore and
**-***7594
FYE: 12/31/2021

**Federal Statements**

11/15/2022  3:49 PM

### Taxable Interest on Investments

| Description | Amount | Unrelated Business | Exclusion Code | Postal Code | Acquired after 6/30/75 | US Obs ($ or %) |
|---|---|---|---|---|---|---|
| INTEREST INCOME | $ 764 | | 1 | | | |
| TOTAL | $ 764 | | | | | |

### Form 990, Part IX, Line 11g - Other Fees for Service (Non-employee)

| Description | Total Expenses | Program Service | Management & General | Fund Raising |
|---|---|---|---|---|
| CONSULTING | $ 91,714 | $ 91,714 | $ | $ |
| OTHER | 184 | 184 | | |
| COMPUTER CONSULTING | 130,955 | 130,955 | | |
| TOTAL | $ 222,853 | $ 222,853 | $ 0 | $ 0 |

### Form 990, Part IX, Line 24e - All Other Expenses

| Description | Total Expenses | Program Service | Management & General | Fund Raising |
|---|---|---|---|---|
| VOICE SUBSIDY | $ 27,588 | $ 27,588 | $ | $ |
| CORPORATE RESEARCH | 15,896 | 15,896 | | |
| EXECUTIVE BOARD EXPENSES | 9,652 | 9,652 | | |
| INTL. SOLIDARITY FUND EXP | 6,508 | 6,506 | | |
| MERCHANT FEES | 3,711 | 3,711 | | |
| PENALTIES | 3,242 | 3,242 | | |
| MISCELLANEOUS | 3,162 | 3,162 | | |
| AFFILIATION EXPENSE | 3,059 | 3,059 | | |
| EDUCATION | 2,772 | 2,772 | | |
| MOVING EXPENSES | 1,897 | 1,897 | | |
| CAMPAIGN RESEARDH | 247 | 247 | | |
| BOOK PURCHASE | 50 | 50 | | |
| TOTAL | $ 77,784 | $ 77,784 | $ 0 | $ 0 |