# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re  Case No. 23-30662

**International Longshore and Warehouse Union**

_____ Debtor(s).  /

### CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of __7__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **September 30, 2023**

/s/ **Jason H. Rosell**
Signature of Debtor's Attorney or Pro Per Debtor

Alexandra Jurczak
1188 Franklin Street, 4th Floor
San Francisco, CA 94109


Angelica Ayala
1188 Franklin Street, 4th Floor
San Francisco, CA 94109


AT&T
PO Box 5075
Carol Stream, IL 60197


Bobby Olvera
1188 Franklin Street, 4th Floor
San Francisco, CA 94109


Bridget Wack
1188 Franklin Street, 4th Floor
San Francisco, CA 94109


California Advocacy
Marvin Pineda
943 Chestnut Lane
Davis, CA 95616


Carlos Cordon
1188 Franklin Street, 4th Street
San Francisco, CA 94109


Century Link
PO Box 91155
Bainbridge Island, WA 98110

Clarissa Hernando Avila
c/o Gillian Thomas
125 Broad Street
New York, NY 10004


Debra Keith
1188 Franklin Street, 4th Floor
San Francisco, CA 94109


Donna Walden
3939 Old Pali Road
Honolulu, HI 96817


Edwin Ferris
1188 Franklin Street, 4th Floor
San Francisco, CA 94109


Endanicha Bragg
c/o Gillian Thomas
125 Broad Street
New York, NY 10004


Evan McLaughlin
1188 Franklin Street, 4th Street
San Francisco, CA 94109


Hei Mitchell
1153 Orcas Avenue
Sylmar, CA 91342


Heidi Merriman
1188 Franklin Street, 4th Floor
San Francisco, CA 94109

Holiday Inn Golden Gateway
1500 Van Ness Avenue
San Francisco, CA 94109


IAM District Lodge 160
c/o David A. Rosenfeld
13755 55th Street
Emeryville, CA 94608


ICTSI Oregon, Inc.
c/o Jeffrey S. Eden
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204


ILWU-Local 5
917 SW Oak Street, Suite 206
Portland, OR 97205


International Association of Machinist
& Aerospace Workers
c/o David A. Rosenfeld
13755 55th Street
Emeryville, CA 94608


Jonathan Brier
1188 Franklin Street, 4th Floor
San Francisco, CA 94109


Kaiaunna Smith
c/o Gillian Thomas
125 Broad Street
New York, NY 10004


Koppelman & Associates
2419 Jeffreson Avenue
Berkeley, CA 94703

Leon Belaustegui
c/o Derek Anderson
1901 First Avenue, Suite 216
San Diego, CA 92101


Lindsay Nicholas
1188 Franklin Street, 4th Floor
San Francisco, CA 94109


Local Lodge 289
c/o David A. Rosenfeld
13755 55th Street
Emeryville, CA 94608


Marisol Romero
c/o Gillian Thomas
125 Broad Street
New York, NY 10004


Martin J. Walsh, Secretary of Labor
c/o Kenneth Brakehill
450 Golden Gate Ave
Box 36055
San Diego, CA 92101


Matthew Yamamoto
1188 Franklin Street, 4th Floor
San Francisco, CA 94109


Megan Russo-Kahn
c/o Gillian Thomas
125 Broad Street
New York, NY 10004


Merlita Crespin
1188 Franklin Street, 4th Floor
San Francisco, CA 94109

Nick Rous
1188 Franklin Street, 4th Floor
San Francisco, CA 94109


Northwest Technologies
222 Front Street, Suite 400
San Francisco, CA 94111


Office & Professional Employee
International Union (OPEIU), Local 29
7677 Oakport Street, Suite 480
Oakland, CA 94621


Pacific Maritime Association
555 Market Street
San Francisco, CA 94105


Pacific Media Workers Guild
CWA Local 39521
433 Natoma Street, Suite 250
San Francisco, CA 94103


Paul Sam Kreutz
1188 Franklin Street, 4th Floor
San Francisco, CA 94109


PLMA
1188 Franklin Street, 4th Floor
San Francisco, CA 94109


Rebecca Contreras
1188 Franklin Street, 4th Street
San Francisco, CA 94109

Robin Walker
1188 Franklin Street, 4th Floor
San Francisco, CA 94109


Roy San Fillippo
1188 Franklin Street, 4th Street
San Francisco, CA 94109


Royalene Awa
1188 Franklin Street, 4th Floor
San Francisco, CA 94109


Ryan Dowling
1188 Franklin Street, 4th Floor
San Francisco, CA 94109


Ryan Takas
1188 Franklin Street, 4th Street
San Francisco, CA 94109


Sentinel-XAOM
3030 Bridgeway, Suite 232
Sausalito, CA 94965


Southern California Edison
2244 Walnut Grove Avenue
Rosemead, CA 91770


The Seattle Labor Temple, Inc.
5030 1st Avenue S
Seattle, WA 98134

```
Tracy Plummer
c/o Gillian Thomas
125 Broad Street
New York, NY 10004



Vital Records Control
574 Eccles Avenue
South San Francisco, CA 94080



Westin Bayshore, Vancouver
1601 Bayshore Drive
Vancouver, British Columbia
Canada V6G3E7



Wil Chang
1188 Franklin Street, 4th Street
San Francisco, CA 94109
```