PACHULSKI STANG ZIEHL & JONES LLP
Debra I. Grassgreen (CA Bar No. 169978)
Jason H. Rosell (CA Bar No. 269126)
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
jrosell@pszjlaw.com

[Proposed] Counsel to the Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>INTERNATIONAL LONGSHORE<br>AND WAREHOUSE UNION,<br><br>        Debtor. | Case No. 23-30662-HLB<br><br>Chapter 11<br><br>**APPLICATION OF THE DEBTOR FOR ORDER APPROVING DESIGNATION OF WILLIAM E. ADAMS AS RESPONSIBLE INDIVIDUAL PURSUANT TO LOCAL RULE 4002-1**<br><br>[No Hearing Requested] |

      Pursuant to Rule 4002-1 of the Bankruptcy Local Rules for the Northern District of California (the "Local Rules"), the International Longshore and Warehouse Union ("ILWU" or "Debtor"), the debtor and debtor in possession in the above captioned chapter 11 case (the "Chapter 11 Case"), hereby applies (the "Application") for the entry of an order approving the designation of William E. Adams, the President of ILWU, as its designated responsible individual during the Chapter 11 Case. In support of this Application, the Debtor respectfully represents as follows:

      1.    On September 30, 2023, the Debtor filed a voluntary petition for relief under subchapter V of chapter 11 of Title 11 of the United States Code.

      2.    The Debtor is organized under the laws of the State of California as a labor organization.

      3.    William E. Adams, the President of ILWU, is authorized to act on behalf of the Debtor in all matters relating to the Chapter 11 Case.

4. By this Application, the Debtor seeks to approve the appointment of William E. Adams as the designated individual with primary responsibility for the duties and obligations of the Debtor.

5. Mr. Adams' contact information is:

> William E. Adams
> 1188 Franklin Street, 4th Floor
> San Francisco, CA 94109
> Telephone: (415) 775-0533
> Email: president@ilwu.org

**WHEREFORE**, the Debtor respectfully requests that this Court enter an order designating William E. Adams, the President of the ILWU, as the natural person to be responsible for the duties and obligations of the Debtor during the Chapter 11 Case. A proposed form of order is attached hereto as <u>Exhibit A</u>.

Dated: October 1, 2023  **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Debra I. Grassgreen*
Debra I. Grassgreen
Jason H. Rosell

*[Proposed] Counsel to the Debtor*

# EXHIBIT A

**Proposed Order**

```
PACHULSKI STANG ZIEHL & JONES LLP
Debra I. Grassgreen (CA Bar No. 169978)
Jason H. Rosell (CA Bar No. 269126)
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone:    (415) 263-7000
Facsimile:    (415) 263-7010
E-mail:       dgrassgreen@pszjlaw.com
              jrosell@pszjlaw.com
```

*[Proposed] Counsel to the Debtor*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>INTERNATIONAL LONGSHORE<br>AND WAREHOUSE UNION,<br><br>Debtor. | Case No. 23-30662-HLB<br><br>Chapter 11<br><br>**ORDER APPROVING DESIGNATION OF WILLIAM E. ADAMS AS RESPONSIBLE INDIVIDUAL PURSUANT TO LOCAL RULE 4002-1** |

The Court having considered the *Application of the Debtor for Order Approving Designation of William E. Adams as Responsible Individual Pursuant to Local Rule 4002-1* [Docket No. ●] (the "<u>Application</u>") and finding that good cause exists for the relief requested,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED**.

2. William E. Adams is appointed as the responsible individual for the Debtor for purposes of this Chapter 11 Case pursuant to Local Rule 4002-1.

3. Mr. Adams' contact information is:

> William E. Adams
> 1188 Franklin Street, 4th Floor
> San Francisco, CA 94109
> Telephone:    (415) 775-0533
> Email:        president@ilwu.org

**\*\* END OF ORDER \*\***