# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 10/01/2023 |
| Case: 23−30662 | Form ID: OFP | Total: 9 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

tr      Not Assigned – SF

TOTAL: 1

**Recipients of Notice of Electronic Filing:**

ust      Office of the U.S. Trustee / SF      USTPRegion17.SF.ECF@usdoj.gov
aty      Debra I. Grassgreen      dgrassgreen@pszjlaw.com
aty      Jason Rosell      jrosell@pszjlaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db      International Longshore and Warehouse Union      1188 Franklin St., 4th Fl.      San Francisco, CA 94109
smg      Chief Tax Collection Section      Employment Development Section      P.O. Box 826203      Sacramento, CA 94230
smg      IRS      P.O. Box 7346      Philadelphia, PA 19101−7346
smg      CA Employment Development Dept.      Bankruptcy Group MIC 92E      P.O. Box 826880      Sacramento, CA 94280−0001
smg      CA Franchise Tax Board      Special Procedures Bankruptcy Unit      P.O. Box 2952      Sacramento, CA 95812−2952

TOTAL: 5