

Signed and Filed: October 2, 2023

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

PACHULSKI STANG ZIEHL & JONES LLP
Debra I. Grassgreen (CA Bar No. 169978)
Jason H. Rosell (CA Bar No. 269126)
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
jrosell@pszjlaw.com

[Proposed] Counsel to the Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>Debtor. | Case No. 23-30662-HLB<br><br>Chapter 11<br><br>**ORDER APPROVING DESIGNATION OF WILLIAM E. ADAMS AS RESPONSIBLE INDIVIDUAL PURSUANT TO LOCAL RULE 4002-1** |

The Court having considered the *Application of the Debtor for Order Approving Designation of William E. Adams as Responsible Individual Pursuant to Local Rule 4002-1* [Docket No. 5] (the "Application") and finding that good cause exists for the relief requested,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED**.

2. William E. Adams is appointed as the responsible individual for the Debtor for purposes of this Chapter 11 Case pursuant to Local Rule 4002-1.

3. Mr. Adams' contact information is:

> William E. Adams
> 1188 Franklin Street, 4th Floor
> San Francisco, CA 94109
> Telephone: (415) 775-0533
> Email: president@ilwu.org

**\*\* END OF ORDER \*\***

Court Service List

Registered ECF participants.