CHRISTINA L. GOEBELSMANN (SBN 273379)
Assistant United States Trustee
JARED A. DAY (CA SBN 275687)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
450 Golden Gate Avenue, Room 05-0153
San Francisco, California 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: jared.a.day@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30662 HLB |
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, | Chapter 11 |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Federal Rule of Bankruptcy Procedure 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that all required notices be directed to:

> Office of the United States Trustee
> Attn: Jared A. Day
> C. Clifton Young Federal Building
> 300 Booth Street, Room 3009
> Reno, NV 89509
> Email: jared.a.day@usdoj.gov

Dated: October 2, 2023          TRACY HOPE DAVIS
                                UNITED STATES TRUSTEE

                                /s/ *Jared A. Day*
                                Jared A. Day
                                Trial Attorney for United States Trustee