CHRISTINA L. GOEBELSMANN (SBN 273379)
Assistant United States Trustee
United States Department of Justice
Office of the United States Trustee
450 Golden Gate Avenue, Suite 05-0153
San Francisco, CA 94102
Telephone: 415-705-3365
Facsimile: 415-705-3379
Email: Christina.Goebelsmann@usdoj.gov

Attorney for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30662 HLB |
| International Longshore and Warehouse Union, | Chapter 11 |
| Debtor. | |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

>Mark Sharf
>6080 Center Drive, Suite 600
>Los Angeles, CA 90045
>Phone: (323) 612-0202
>Email: mark@sharflaw.com

Dated: October 2, 2023          TRACY HOPE DAVIS
                                UNITED STATES TRUSTEE


                                /s/Christina L. Goebelsmann
                                Assistant United States Trustee

Notice of Appointment of Subchapter V Trustee

Mark M. Sharf
Subchapter V Trustee
6080 Center Drive, 6th Floor
Los Angeles, CA 90045
Telephone: (323)612-0202
Email: mark@sharflaw.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION<br><br>Debtor(s). | Case Number: 23-30662<br><br>Chapter 11<br><br>**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE** |

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $660 for my services, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: October 2, 2023

_____
Mark M. Sharf