# Notice Recipients

District/Off: 0971−3     User: admin     Date Created: 10/2/2023
Case: 23−30662     Form ID: 309F2     Total: 69

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | | |
|---|---|---|
| cr | International Association of Machinists | |
| cr | Machinists Local Lodge 289 | |
| cr | Machinists District Lodge 160 | |
| cr | Machinists District Lodge 190 | |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | International Longshore and Warehouse Union    1188 Franklin Street    4th Floor    San Francisco, CA 94109 | |
| ust | Office of the U.S. Trustee / SF    Phillip J. Burton Federal Building    450 Golden Gate Ave. 5th Fl., #05−0153    San Francisco, CA 94102 | |
| rspi | William E. Adams    1188 Franklin St., 4th Fl.    San Francisco, CA 94109 | |
| tr | Mark M. Sharf    6080 Center Dr., #600    Los Angeles, CA 90045 | |
| aty | Debra I. Grassgreen    Pachulski Stang Ziehl & Jones LLP    One Sansome Street    34th Floor, Suite 3430    San Francisco, CA 94104−4436 | |
| aty | Jared A. Day    Office of the U.S. Trustee    300 Booth St. #3009    Reno, NV 89509 | |
| aty | Jason Rosell    Pachulski Stang Ziehl & Jones LLP    One Sansome Street    34th Floor, Suite 3430    San Francisco, CA 94104−4436 | |
| aty | Jolene Kramer    Weinberg Roger & Rosenfeld    1375 55th Street    Emeryville, CA 94608 | |
| aty | Phillip John Shine    DOJ−Ust    280 South First St.    Suite 268    San Jose, CA 95113 | |
| smg | Chief Tax Collection Section    Employment Development Section    P.O. Box 826203    Sacramento, CA 94230 | |
| smg | IRS    P.O. Box 7346    Philadelphia, PA 19101−7346 | |
| smg | CA Employment Development Dept.    Bankruptcy Group MIC 92E    P.O. Box 826880    Sacramento, CA 94280−0001 | |
| smg | CA Franchise Tax Board    Special Procedures Bankruptcy Unit    P.O. Box 2952    Sacramento, CA 95812−2952 | |
| 15545865 | AT&T    PO Box 5075    Carol Stream, IL 60197 | |
| 15545863 | Alexandra Jurczak    1188 Franklin Street, 4th Floor    San Francisco, CA 94109 | |
| 15545864 | Angelica Ayala    1188 Franklin Street, 4th Floor    San Francisco, CA 94109 | |
| 15545866 | Bobby Olvera    1188 Franklin Street, 4th Floor    San Francisco, CA 94109 | |
| 15545867 | Bridget Wack    1188 Franklin Street, 4th Floor    San Francisco, CA 94109 | |
| 15545868 | California Advocacy    Marvin Pineda    943 Chestnut Lane    Davis, CA 95616 | |
| 15545869 | Carlos Cordon    1188 Franklin Street, 4th Street    San Francisco, CA 94109 | |
| 15545870 | Century Link    PO Box 91155    Bainbridge Island, WA 98110 | |
| 15545871 | Clarissa Hernando Avila    c/o Gillian Thomas    125 Broad Street    New York, NY 10004 | |
| 15545872 | Debra Keith    1188 Franklin Street, 4th Floor    San Francisco, CA 94109 | |
| 15545873 | Donna Walden    3939 Old Pali Road    Honolulu, HI 96817 | |
| 15545874 | Edwin Ferris    1188 Franklin Street, 4th Floor    San Francisco, CA 94109 | |
| 15545875 | Endanicha Bragg    c/o Gillian Thomas    125 Broad Street    New York, NY 10004 | |
| 15545876 | Evan McLaughlin    1188 Franklin Street, 4th Street    San Francisco, CA 94109 | |
| 15545877 | Hei Mitchell    1153 Orcas Avenue    Sylmar, CA 91342 | |
| 15545878 | Heidi Merriman    1188 Franklin Street, 4th Floor    San Francisco, CA 94109 | |
| 15545879 | Holiday Inn Golden Gateway    1500 Van Ness Avenue    San Francisco, CA 94109 | |
| 15545880 | IAM District Lodge 160    c/o David A. Rosenfeld    13755 55th Street    Emeryville, CA 94608 | |
| 15545881 | ICTSI Oregon, Inc.    c/o Jeffrey S. Eden    1211 SW 5th Avenue, Suite 1900    Portland, OR 97204 | |
| 15545900 | ILWU−Local 5    917 SW Oak Street, Suite 206    Portland, OR 97205 | |
| 15545914 | International Association of Machinist    & Aerospace Workers    c/o David A. Rosenfeld    13755 55th Street    Emeryville, CA 94608 | |
| 15545915 | Jonathan Brier    1188 Franklin Street, 4th Floor    San Francisco, CA 94109 | |
| 15545916 | Kaiaunna Smith    c/o Gillian Thomas    125 Broad Street    New York, NY 10004 | |
| 15545917 | Kaiaunna Smith    c/o Gillian Thomas    125 Broad Street    New York, NY 10004 | |
| 15545918 | Leon Belaustegui    c/o Derek Anderson    1901 First Avenue, Suite 216    San Diego, CA 92101 | |
| 15545919 | Lindsay Nicholas    1188 Franklin Street, 4th Floor    San Francisco, CA 94109 | |
| 15545920 | Local Lodge 289    c/o David A. Rosenfeld    13755 55th Street    Emeryville, CA 94608 | |
| 15546052 | Marisol Romero    c/o Gillian Thomas    125 Broad Street    New York, NY 10004 | |
| 15546053 | Martin J. Walsh, Secretary of Labor    c/o Kenneth Brakehill    450 Golden Gate Ave    Box 36055    San Diego, CA 92101 | |
| 15546073 | Matthew Yamamoto    1188 Franklin Street, 4th Floor    San Francisco, CA 94109 | |
| 15546074 | Megan Russo−Kahn    c/o Gillian Thomas    125 Broad Street    New York, NY 10004 | |
| 15546075 | Merlita Crespin    1188 Franklin Street, 4th Floor    San Francisco, CA 94109 | |
| 15546076 | Nick Rous    1188 Franklin Street, 4th Floor    San Francisco, CA 94109 | |
| 15546077 | Northwest Technologies    222 Front Street, Suite 400    San Francisco, CA 94111 | |
| 15546078 | Office & Professional Employee    International Union (OPEIU), Local 29    7677 Oakport Street, Suite 480    Oakland, CA 94621 | |
| 15546082 | PLMA    1188 Franklin Street, 4th Floor    San Francisco, CA 94109 | |
| 15546079 | Pacific Maritime Association    555 Market Street    San Francisco, CA 94105 | |

| | | | | |
|---|---|---|---|---|
| 15546080 | Pacific Media Workers Guild | CWA Local 39521 | 433 Natoma Street, Suite 250 | San Francisco, CA 94103 |
| 15546081 | Paul Sam Kreutz | 1188 Franklin Street, 4th Floor | San Francisco, CA 94109 | |
| 15546083 | Rebecca Contreras | 1188 Franklin Street, 4th Street | San Francisco, CA 94109 | |
| 15546084 | Robin Walker | 1188 Franklin Street, 4th Floor | San Francisco, CA 94109 | |
| 15546085 | Roy San Fillippo | 1188 Franklin Street, 4th Street | San Francisco, CA 94109 | |
| 15546086 | Royalene Awa | 1188 Franklin Street, 4th Floor | San Francisco, CA 94109 | |
| 15546087 | Ryan Dowling | 1188 Franklin Street, 4th Floor | San Francisco, CA 94109 | |
| 15546088 | Ryan Takas | 1188 Franklin Street, 4th Street | San Francisco, CA 94109 | |
| 15546089 | Sentinel–XAOM | 3030 Bridgeway, Suite 232 | Sausalito, CA 94965 | |
| 15546090 | Southern California Edison | 2244 Walnut Grove Avenue | Rosemead, CA 91770 | |
| 15546091 | The Seattle Labor Temple, Inc. | 5030 1st Avenue S | Seattle, WA 98134 | |
| 15546092 | Tracy Plummer | c/o Gillian Thomas | 125 Broad Street | New York, NY 10004 |
| 15546093 | Vital Records Control | 574 Eccles Avenue | South San Francisco, CA 94080 | |
| 15546094 | Westin Bayshore, Vancouver | 1601 Bayshore Drive | Vancouver, British Columbia | Canada V6G3E7 |
| 15546095 | Wil Chang | 1188 Franklin Street, 4th Street | San Francisco, CA 94109 | |

TOTAL: 65