# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 10/2/2023 |
| Case: 23−30662 | Form ID: OFRDNI | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| tr | Mark M. Sharf | mark@sharflaw.com |
| aty | Debra I. Grassgreen | dgrassgreen@pszjlaw.com |
| aty | Jared A. Day | jared.a.day@usdoj.gov |
| aty | Jason Rosell | jrosell@pszjlaw.com |
| aty | Phillip John Shine | phillip.shine@usdoj.gov |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | International Longshore and Warehouse Union | 1188 Franklin Street | 4th Floor | San Francisco, CA 94109 |

TOTAL: 1