UNITED STATES BANKRUPTCY COURT
Northern District of California San Francisco

| | |
|---|---|
| In re:<br>  International Longshore and Warehouse Union,<br>      Debtor(s). | Case No.: 23-30662<br>Chapter: 11 |

## PROOF OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 10/02/2023, as directed by Office of the U. S. Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

---

Notice of Appointment of Subchapter V Trustee and Verified Statement

---

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

10/02/2023

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

Case: 23-30662   Doc# 24   Filed: 10/02/23   Entered: 10/02/23 17:50:53   Page 1 of 2

# Exhibit A - Certificate of Service
## International Longshore and Warehouse Union 23-30662

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 11263 | Alexandra Jurczak , 1188 Franklin Street, 4th Floor, San Francisco, CA, 94109-6800 | **First Class** |
| 11263 | Angelica Ayala , 1188 Franklin Street, 4th Floor, San Francisco, CA, 94109-6800 | **First Class** |
| 11263 | AT&T , PO Box 5075, Carol Stream, IL, 60197-5075 | **First Class** |
| 11263 | Bobby Olvera , 1188 Franklin Street, 4th Floor, San Francisco, CA, 94109-6800 | **First Class** |
| 11263 | Bridget Wack , 1188 Franklin Street, 4th Floor, San Francisco, CA, 94109-6800 | **First Class** |
| 11263 | CA Franchise Tax Board, P. O. Box 942840, Sacramento , CA, 94240 | **First Class** |
| 11263 | California Advocacy , Marvin Pineda, 943 Chestnut Lane, Davis, CA, 95616-2411 | **First Class** |
| 11263 | Carlos Cordon , 1188 Franklin Street, 4th Street, San Francisco, CA, 94109 | **First Class** |
| 11263 | Century Link , PO Box 91155, Bainbridge Island, WA, 98110 | **First Class** |
| 11263 | Clarissa Hernando Avila , c/o Gillian Thomas, 125 Broad Street, New York, NY, 10004-2400 | **First Class** |
| 11263 | Debra I. Grassgreen , Pachulski Stang Ziehl & Jones LLP, One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA, 94104-4448 | **First Class** |
| 11263 | Debra Keith , 1188 Franklin Street, 4th Floor, San Francisco, CA, 94109-6800 | **First Class** |
| 11263 | Donna Walden , 3939 Old Pali Road, Honolulu, HI, 96817-1001 | **First Class** |
| 11263 | Edwin Ferris , 1188 Franklin Street, 4th Floor, San Francisco, CA, 94109-6800 | **First Class** |
| 11263 | Endanicha Bragg , c/o Gillian Thomas, 125 Broad Street, New York, NY, 10004-2400 | **First Class** |
| 11263 | Evan McLaughlin , 1188 Franklin Street, 4th Street, San Francisco, CA, 94109 | **First Class** |
| 11263 | Hei Mitchell , 1153 Orcas Avenue, Sylmar, CA, 91342 | **First Class** |
| 11263 | Heidi Merriman , 1188 Franklin Street, 4th Floor, San Francisco, CA, 94109-6800 | **First Class** |
| 11263 | Holiday Inn Golden Gateway , 1500 Van Ness Avenue, San Francisco, CA, 94109-4606 | **First Class** |
| 11263 | IAM District Lodge 160 , c/o David A. Rosenfeld, 13755 55th Street, Emeryville, CA, 94608 | **First Class** |
| 11263 | ICTSI Oregon, Inc. , c/o Jeffrey S. Eden, 1211 SW 5th Avenue, Suite 1900, Portland, OR, 97204-3719 | **First Class** |
| 11263 | ILWU-Local 5 , 917 SW Oak Street, Suite 206, Portland, OR, 97205-2805 | **First Class** |
| 11263 | International Association of Machinist , & Aerospace Workers, c/o David A. Rosenfeld, 13755 55th Street, Emeryville, CA, 94608 | **First Class** |
| 11263 | International Longshore and Warehouse Union , 1188 Franklin Street, 4th Floor, San Francisco, CA, 94109-6898 | **First Class** |
| 11263 | IRS, Central Insolvency Section, P. O. Box 7346, Philadelphia, PA, 19101 | **First Class** |
| 11263 | Jason Rosell , Pachulski Stang Ziehl & Jones LLP, One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA, 94104-4448 | **First Class** |
| 11263 | Jonathan Brier , 1188 Franklin Street, 4th Floor, San Francisco, CA, 94109-6800 | **First Class** |
| 11263 | Kaiaunna Smith , c/o Gillian Thomas, 125 Broad Street, New York, NY, 10004-2400 | **First Class** |
| 11263 | Leon Belaustegui , c/o Derek Anderson, 1901 First Avenue, Suite 216, San Diego, CA, 92101-2382 | **First Class** |
| 11263 | Lindsay Nicholas , 1188 Franklin Street, 4th Floor, San Francisco, CA, 94109-6800 | **First Class** |
| 11263 | Local Lodge 289 , c/o David A. Rosenfeld, 13755 55th Street, Emeryville, CA, 94608 | **First Class** |
| 11263 | MARK SHARF, 6080 CENTER DRIVE SUITE 600, LOS ANGELES, CA, 90045-1540, United States of America | **First Class** |
| 11263 | U.S. Bankruptcy Court, 450 Golden Gate Avenue, 18th Fl., Mail Box 36099, San Francisco, CA, 94102-3428 | **First Class** |
| 11263 | U.S. Securities and Exchange Commission, Attn: Bankruptcy Counsel, 444 So. Flower St., Suite 900, Los Angles, CA, 90071 | **First Class** |
| 11263 | William E. Adams , 1188 Franklin St., 4th Fl., San Francisco, CA, 94109-6800 | **First Class** |

Case: 23-30662   Doc# 24   Filed: 10/02/23   Entered: 10/02/23 17:50:53   Page 2 of 2