# United States Bankruptcy Court
## Northern District of California

In re **International Longshore and Warehouse Union**  
Debtor(s)

Case No. **23-30662-HLB**  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **International Longshore and Warehouse Union** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 3, 2023**  
Date

/s/ Jason H. Rosell  
**Jason H. Rosell**  
Signature of Attorney or Litigant  
Counsel for **Debtor**

**Pachulski Stang Ziehl & Jones LLP**  
**One Sansome Street, Suite 3430**  
**San Francisco, CA 94104**  
**415-263-7000 Fax:415-263-7010**  
**jrosell@pszjlaw.com**