# GLOBAL NOTES AND STATEMENT OF
## LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The International Longshore and Warehouse Union (the "Debtor") has filed its Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") with the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"). The Debtor, with the assistance of its legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

William E. Adams, in his capacity as President of the Debtor, has signed the Schedules and Statements. In reviewing and signing the Schedules and Statements, Mr. Adams has necessarily relied upon the efforts, statements, and representations of the Debtor's other personnel and professionals. Given the scale of the Debtor's business covered by the Schedules and Statements, Mr. Adams has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

In preparing the Schedules and Statements, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. Although the Debtor has made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtor hereby reserves its rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

The Debtor and its agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of, or caused in whole or in part by, the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its officers, employees, agents, attorneys, financial advisors and other professionals expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtor or its officers, employees, agents, attorneys, financial advisors or other professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its officers, employees, agents, attorneys, financial advisors or other professionals are advised of the possibility of such damages.

DOCS_LA:351354.3

Case: 23-30662   Doc# 32   Filed: 10/03/23   Entered: 10/03/23 19:10:16   Page 1 of 41

## Global Notes and Overview of Methodology

1.   **Description of Case**.  On September 30, 2023, (the "Petition Date"), the Debtor filed a voluntary petition for relief under subchapter V of chapter 11 of the Bankruptcy Code.  The Debtor is managing its property as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The information provided herein, except as otherwise noted, is reported as of the Petition Date.

2.   **Global Notes Control**.  These Global Notes pertain to and comprise an integral part of each of the Debtor's Schedules and Statements and should be referenced in connection with any review thereof.  In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

3.   **Reservations and Limitations**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The Debtor reserves all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.  Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtor's rights or an admission of any kind with respect to this chapter 11 case, including, but not limited to, any rights or claims of the Debtor against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

   a.   **No Admission**.  Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtor, any assertion made therein or herein, or a waiver of the Debtor's rights to dispute any claim or assert any cause of action or defense against any party.

   b.   **Recharacterization**.  Notwithstanding that the Debtor has made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtor thus reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

   c.   **Classifications**.  Listing (i) a claim on Schedule D as "secured" (if any), (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the Debtor, claimant or contract counterparty, or a waiver of the Debtor's rights to recharacterize or reclassify such claim or contract.

4

Case: 23-30662   Doc# 32   Filed: 10/03/23   Entered: 10/03/23 19:10:16   Page 2 of 41

d.    **Claims Description**.    Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Moreover, listing a claim does not constitute an admission of liability by the Debtor. The Debtor reserves all rights to amend its Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

e.    **Estimates and Assumptions**.  The preparation of the Schedules and Statements required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the Petition Date, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

f.    **Intellectual Property Rights**.  Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by its terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by its terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

g.    **Insiders**.  The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for the purposes of determining control of the Debtor, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtor, or whether such individual could successfully argue that he or she is not an insider under applicable law, including, without limitation, the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose.

In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtor has included information with respect to the individuals whom the Debtor believes are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.

5

Specifically, the Debtor has listed payment information of its Titled Officers who received payments from the Debtor within one year of the Petition Date.

4. **Methodology**.

   a. **Basis of Presentation**. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

   b. **Duplication**. Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtor has determined to only list such assets, liabilities, and prepetition payments once.

   c. **Net Book Value**. In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtor. Accordingly, unless otherwise indicated, the Debtor's Schedules and Statements reflect estimates of net book values as of the Petition Date. Market values may vary, at some times materially, from net book values. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain the current market values of all its property. Accordingly, the Debtor has indicated in the Schedules and Statements that the values of certain assets and liabilities are undetermined. Amounts ultimately realized may vary materially from net book value (or whatever value was ascribed). Accordingly, the Debtor reserves all rights to amend, supplement or adjust the asset values set forth herein. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.

   d. **Property and Equipment**. Unless otherwise indicated, owned property and equipment are valued at net book value. The Debtor may lease furniture, fixtures, and equipment from certain third-party lessors. To the extent possible, any such leases are listed in the Schedules and Statements. Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect thereto.

   e. **Undetermined Amounts**. The description of an amount as "unknown" is not intended to reflect upon the materiality of such amount.

   f. **Unliquidated Amounts**. Amounts that could not be fairly quantified by the Debtor are scheduled as "unliquidated" or "unknown."

DOCS_LA:351354.3

g.     **Totals**.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

h.     **Paid Claims**.  The Debtor may obtain authority to pay certain outstanding prepetition payables pursuant to bankruptcy or other court order; as such, outstanding liabilities may be reduced by any court-approved postpetition payments made on prepetition payables.  To the extent the Debtor later pays any amount of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtor reserves all rights to amend or supplement the Schedules and Statements or to take other action as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.  Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

i.     **Excluded Assets and Liabilities**.   The Debtor has excluded the following categories of assets and liabilities from the Schedules and Statements: accounts, or reserves recorded only for purposes of complying with the requirements of GAAP.  Certain immaterial assets and liabilities may also have been excluded.

j.     **Liens**.  The inventories, property and equipment listed in the Schedules and Statements are presented without consideration of any liens.

k.     **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

5.     **<u>Specific Schedules Disclosures</u>**.

a.     **Schedule E/F - Creditors Who Have Unsecured Claims.**

*Part 1 - Creditors with Priority Unsecured Claims*.  The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtor that such claim or any portion thereof is entitled to priority status.

*Part 2 - Creditors with Nonpriority Unsecured Claims*.  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtor's books and records.  The Debtor made a reasonable attempt to set forth its unsecured obligations, although the actual amount of claims against the Debtor may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. The Debtor included the non-priority unsecured portion of any accrued prepetition employee liabilities in Part 1.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtor.  The amounts for these potential claims are listed as "unknown" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

As of the time of filing of the Schedules and Statements, the Debtor may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtor reserves its rights to amend Schedules D and E/F if and as they receive such invoices.

There are numerous legal actions to which the Debtor has been named as a party. The Debtor has included the entire list of legal actions on Schedule E/F Part 2 for the Debtor.

b.      **Schedule G - Executory Contracts and Unexpired Leases**. While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as supplemental agreements, amendments, and letter agreement, which documents may not be set forth in Schedule G.

Certain of the agreements listed on Schedule G may have expired or terminated pursuant to its terms, but are listed on Schedule G in an abundance of caution.

The Debtor reserves all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract. The Debtor reserves the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

8

6. **Specific Statements Disclosures**

   a.   **Statements, Part 13, Question 26 - Books, Records, and Financial Statements**. The Debtor may provide certain parties, such as banks, auditors, vendors, and financial advisors, with financial statements that may not be part of a public filing. The Debtor does not maintain complete lists or other records tracking such disclosures. Therefore, the Debtor has not provided full lists of these parties in its responses to Statement Question 26.

   b.   **Statements, Part 3, Question 7 - Legal Actions.** The Debtor is listed as a defendant in multiple legal actions, which (other than the ICTSI Litigation) are primarily equitable in nature and not reasonably capable of being reduced to monetary damages. The Debtor has included such legal actions out of an abundance of caution.

DOCS_LA:351354.3

**Fill in this information to identify the case:**

Debtor name    **International Longshore and Warehouse Union**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **23-30662-HLB**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

Part 1:    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $    0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $    9,551,991.37

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $    9,551,991.37

Part 2:    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    0.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $    191,670.68

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$    0.00

4.    **Total liabilities** ..................................................................................................
   Lines 2 + 3a + 3b      $    191,670.68

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Case: 23-30662    Doc# 32    Filed: 10/03/23    Entered: 10/03/23 19:10:16    Page 8 of 41

**Fill in this information to identify the case:**

Debtor name    **International Longshore and Warehouse Union**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **23-30662-HLB**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

### Part 1:   Summary of Assets

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*..........................................................................................    $          **0.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*.......................................................................................    $     **9,551,991.37**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*.........................................................................................    $     **9,551,991.37**

### Part 2:   Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $          **0.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $      **191,670.68**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................    +$          **0.00**

4.    **Total liabilities** ................................................................................................................
     Lines 2 + 3a + 3b          $      **191,670.68**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **International Longshore and Warehouse Union**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **23-30662-HLB**

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$200.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **United Business Bank** | **Checking** | **0034** | **$401,400.09** |
| 3.2. | **United Business Bank** | **Money Market** | **0045** | **$8,088,931.31** |
| 3.3. | **United Business Bank** | **Savings** | **4001** | **$5,196.32** |
| 3.4. | **United Business Bank** | **CD** | **5554** | **$337,613.56** |
| 3.5. | **Community Bank of the Bay** | **CD** | **3735** | **$54,478.66** |
| 3.6. | **Community Bank of the Bay** | **Savings** | **3735** | **$4,505.20** |

Debtor  **International Longshore and Warehouse Union**          Case number *(If known)*  **23-30662-HLB**
Name

| | | | |
|---|---|---|---|
| 3.7. | **United Business Bank** | **Business** | **0009** | **$134,364.82** |

**4.**  **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **N/A** | **$0.00** |

**5.**  **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| |
|---|
| **$9,026,689.96** |

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

**7.**  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **The Westin Bayshore**<br>**Convention Hotel Deposit** | **$78,005.76** |
| 7.2. | **Donna Walden**<br>**Hawaii Office Security Deposit** | **$9,000.00** |
| 7.3. | **Hyatt Regency-Convention Hotel Deposit** | **$14,599.11** |

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **See Schedule 8** | **$157,644.11** |

**9.**  **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| |
|---|
| **$259,248.98** |

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.**  **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 24,249.66 | - | 0.00 | = .... | **$24,249.66** |

Case: 23-30662   Doc# 32   Filed: 10/03/23   Entered: 10/03/23 19:10:16   Page 11 of
41

Debtor **International Longshore and Warehouse Union**          Case number *(If known)* **23-30662-HLB**
Name

| 11b. Over 90 days old: | 241,802.77 | - | 0.00 | =.... | $241,802.77 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$266,052.43

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Cards, Buttons & Pins** | **9/27/2023** | **$63,291.98** | **Book Value** | **Unknown** |
| | **Safety Vests & Jackets** | **9/27/2023** | **$70,903.40** | **Book Value** | **Unknown** |
| | **Books & DVD's** | **9/27/2023** | **$126,363.50** | **Book Value** | **Unknown** |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

Unknown

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Debtor  **International Longshore and Warehouse Union**
Name

Case number *(If known)*  **23-30662-HLB**

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** See Schedule 39 | **$0.00** | | **Unknown** |
| 40. | **Office fixtures** See Schedule 39 | **$0.00** | | **Unknown** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Computer Servers | **$3,034.00** | Book Value | **Unknown** |
| | Camera | **$2,728.00** | Book Value | **Unknown** |
| | Office Furniture | **$6,074.00** | Book Value | **Unknown** |
| | Xerox Machine | **$18,606.00** | Book Value | **Unknown** |
| | Xerox Machine | **$9,768.00** | Book Value | **Unknown** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

**Unknown**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor  **International Longshore and Warehouse Union**        Case number *(If known)*  **23-30662-HLB**
_____ Name

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Office - 917 SW Oak Street, Suite 206, Portland, OR 97205** | **Month to Month Lease** | $0.00 | N/A | Unknown |
| 55.2. **Office - 1188 Franklin Street, 4th Floor, San Francisco, CA 94109** | **Month to Month Lease** | $0.00 | N/A | Unknown |
| 55.3. **Office - 3939 Old Pali Road, Honolulu, HI 96817** | **Month to Month Lease** | $0.00 | N/A | Unknown |
| 55.4. **Office - 5030 1st Avenue S., Seattle, WA 98134** | **Lease** | $0.00 | N/A | Unknown |
| 55.5. **Office - 1153 Orcas Avenue, Sylmar, CA 91342** | **Month to Month Lease** | $0.00 | N/A | Unknown |

56.   **Total of Part 9.**                                                                                      | $0.00 |
      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 10:**   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.   **Patents, copyrights, trademarks, and trade secrets**

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 5

Debtor    **International Longshore and Warehouse Union**              Case number *(If known)*  **23-30662-HLB**
          Name

|  | **ILWU Registered Service Mark (Serial #85-623,607)** | **$0.00** | **N/A** | **Unknown** |
|---|---|---|---|---|

| 61. | **Internet domain names and websites**<br>**See Schedule 61** | **$0.00** | **N/A** | **Unknown** |
|---|---|---|---|---|

| 62. | **Licenses, franchises, and royalties**<br>**AFL-CIO Credit Card Royalty** | **$0.00** | **N/A** | **Unknown** |
|---|---|---|---|---|

| 63. | **Customer lists, mailing lists, or other compilations**<br>**ILWU Dispatcher Distribution List** | **$0.00** | **N/A** | **Unknown** |
|---|---|---|---|---|

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

       Add lines 60 through 65. Copy the total to line 89.

       | **$0.00** |
       |---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

    | | **Current value of debtor's interest** |
    |---|---|

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

       **See Schedule 73**                                                                     **Unknown**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor      **International Longshore and Warehouse Union**      Case number *(If known)*  **23-30662-HLB**
            Name

**East Oakland Stadium Alliance, et al. v. Bay
Conservation & Dev. Community
Case No. 22-cv-015323**                                                                    **Unknown**

| Nature of claim | **N/A** |
|---|---|
| **Amount requested** | **$0.00** |

---

75.   **Other contingent and unliquidated claims or causes of action of
      every nature, including counterclaims of the debtor and rights to
      set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

78.   **Total of Part 11.**                                                           **$0.00**

      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

      ■ No
      ☐ Yes

Debtor  **International Longshore and Warehouse Union**          Case number *(If known)* **23-30662-HLB**
        Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,026,689.96 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $259,248.98 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $266,052.43 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,551,991.37 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $9,551,991.37 |

**Fill in this information to identify the case:**

Debtor name    **International Longshore and Warehouse Union**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   **23-30662-HLB**

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Case: 23-30662    Doc# 32    Filed: 10/03/23    Entered: 10/03/23 19:10:16    Page 18 of 41

**Fill in this information to identify the case:**

Debtor name **International Longshore and Warehouse Union**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **23-30662-HLB**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:      List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Alexandra Jurczak**<br>**1188 Franklin Street, 4th Floor**<br>**San Francisco, CA 94109** | $13,306.77 | $6,364.61 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various Dates**

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

| 2.2 | Priority creditor's name and mailing address<br>**Angelica Ayala**<br>**1188 Franklin Street, 4th Floor**<br>**San Francisco, CA 94109** | $572.51 | $572.51 |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various Dates**

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

40561

| Debtor | **International Longshore and Warehouse Union** | Case number (if known) | **23-30662-HLB** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,615.35 | $8,607.04 |
|---|---|---|---|---|

**Bobby Olvera**
**1188 Franklin Street, 4th Floor**
**San Francisco, CA 94109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various Dates**

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,773.22 | $2,885.87 |
|---|---|---|---|---|

**Bridget Wack**
**1188 Franklin Street, 4th Floor**
**San Francisco, CA 94109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various Dates**

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,150.42 | $5,201.46 |
|---|---|---|---|---|

**Carlos Cordon**
**1188 Franklin Street, 4th Street**
**San Francisco, CA 94109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various Dates**

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,871.45 | $2,442.70 |
|---|---|---|---|---|

**Debra Keith**
**1188 Franklin Street, 4th Floor**
**San Francisco, CA 94109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various Dates**

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

Case: 23-30662    Doc# 32    Filed: 10/03/23    Entered: 10/03/23 19:10:16    Page 20 of 41

| Debtor | International Longshore and Warehouse Union | Case number (if known) | 23-30662-HLB |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,893.60 | $2,893.60 |
|---|---|---|---|---|

**Edwin Ferris**
**1188 Franklin Street, 4th Floor**
**San Francisco, CA 94109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various Dates**

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,143.56 | $1,626.56 |
|---|---|---|---|---|

**Evan McLaughlin**
**1188 Franklin Street, 4th Street**
**San Francisco, CA 94109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various Dates**

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,664.86 | $2,664.86 |
|---|---|---|---|---|

**Heidi Merriman**
**1188 Franklin Street, 4th Floor**
**San Francisco, CA 94109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various Dates**

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,156.96 | $4,787.63 |
|---|---|---|---|---|

**Jonathan Brier**
**1188 Franklin Street, 4th Floor**
**San Francisco, CA 94109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various Dates**

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **International Longshore and Warehouse Union** | Case number (if known) | **23-30662-HLB** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,394.11 | $9,234.53 |

**Lindsay Nicholas**
**1188 Franklin Street, 4th Floor**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various Dates**

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>5</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,858.61 | $3,839.99 |
|---|---|---|---|

**Matthew Yamamoto**
**1188 Franklin Street, 4th Floor**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various Dates**

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>5</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,389.91 | $2,425.37 |
|---|---|---|---|

**Merlita Crespin**
**1188 Franklin Street, 4th Floor**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various Dates**

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>5</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,675.82 | $1,429.82 |
|---|---|---|---|

**Nick Rous**
**1188 Franklin Street, 4th Floor**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various Dates**

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>5</u>)

Is the claim subject to offset?
■ No
☐ Yes

Case: 23-30662   Doc# 32   Filed: 10/03/23   Entered: 10/03/23 19:10:16   Page 22 of 41

| Debtor | **International Longshore and Warehouse Union** | Case number (if known) | **23-30662-HLB** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,365.83 | $8,607.04 |
|---|---|---|---|---|

**Paul Sam Kreutz**
**1188 Franklin Street, 4th Floor**
**San Francisco, CA 94109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various Dates**

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $517.68 | $517.68 |
|---|---|---|---|---|

**Rebecca Contreras**
**1188 Franklin Street, 4th Street**
**San Francisco, CA 94109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various Dates**

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,710.45 | $3,852.84 |
|---|---|---|---|---|

**Robin Walker**
**1188 Franklin Street, 4th Floor**
**San Francisco, CA 94109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various Dates**

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,948.83 | $5,405.22 |
|---|---|---|---|---|

**Roy San Fillippo**
**1188 Franklin Street, 4th Street**
**San Francisco, CA 94109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various Dates**

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

Case: 23-30662    Doc# 32    Filed: 10/03/23    Entered: 10/03/23 19:10:16    Page 23 of 41

| Debtor | **International Longshore and Warehouse Union** | Case number (if known) | **23-30662-HLB** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,822.19** | **$1,429.28** |
|---|---|---|---|---|

**Royalene Awa**
**1188 Franklin Street, 4th Floor**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Q3/2023**

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,935.71** | **$5,149.59** |
|---|---|---|---|---|

**Ryan Dowling**
**1188 Franklin Street, 4th Floor**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various Dates**

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,239.91** | **$3,125.16** |
|---|---|---|---|---|

**Ryan Takas**
**1188 Franklin Street, 4th Street**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various Dates**

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,662.93** | **$2,943.93** |
|---|---|---|---|---|

**Wil Chang**
**1188 Franklin Street, 4th Street**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various Dates**

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor  **International Longshore and Warehouse Union**　　Case number (if known)　**23-30662-HLB**
　　　　Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Clarissa Hernando Avila
c/o Gillian Thomas
125 Broad Street
New York, NY 10004

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **Complaint 10-07-2019**

Basis for the claim:  **Pending Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Endanicha Bragg
c/o Gillian Thomas
125 Broad Street
New York, NY 10004

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **Complaint 10-07-2019**

Basis for the claim:  **Pending Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

IAM District Lodge 160
c/o David A. Rosenfeld
13755 55th Street
Emeryville, CA 94608

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **Complaint 10-07-2019**

Basis for the claim:  **Pending Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

ICTSI Oregon, Inc.
c/o Jeffrey S. Eden
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **Complaint 6-13-2012**

Basis for the claim:  **Pending Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

International Association of Machinist
& Aerospace Workers
c/o David A. Rosenfeld
13755 55th Street
Emeryville, CA 94608

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **Complaint 2-23-2021**

Basis for the claim:  **Pending Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Kaiaunna Smith
c/o Gillian Thomas
125 Broad Street
New York, NY 10004

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **Complaint 10-07-2019**

Basis for the claim:  **Pending Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Leon Belaustegui
c/o Derek Anderson
1901 First Avenue, Suite 216
San Diego, CA 92101

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **Complaint 2-25-2014**

Basis for the claim:  **Pending Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor **International Longshore and Warehouse Union**
Name

Case number (if known) **23-30662-HLB**

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Local Lodge 289**
**c/o David A. Rosenfeld**
**13755 55th Street**
**Emeryville, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Complaint 2-23-2021**

Basis for the claim: **Pending Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marisol Romero**
**c/o Gillian Thomas**
**125 Broad Street**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Complaint 10-07-2019**

Basis for the claim: **Pending Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Martin J. Walsh, Secretary of Labor**
**c/o Kenneth Brakehill**
**450 Golden Gate Ave**
**Box 36055**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Complaint 8-30-2019**

Basis for the claim: **Pending Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Megan Russo-Kahn**
**c/o Gillian Thomas**
**125 Broad Street**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Complaint 10-07-2019**

Basis for the claim: **Pending Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tracy Plummer**
**c/o Gillian Thomas**
**125 Broad Street**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Complaint 10-07-2019**

Basis for the claim: **Pending Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 191,670.68 |
| 5b. Total claims from Part 2 | 5b. + $ | 0.00 |

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 8 of 9

Debtor   **International Longshore and Warehouse Union**        Case number (if known)   **23-30662-HLB**
         _____
         Name

**5c. Total of Parts 1 and 2**                                    5c.   $ _____ **191,670.68**
   Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name    **International Longshore and Warehouse Union**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    23-30662-HLB

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **See Schedule G** | |
|      State the term remaining | |
|      List the contract number of any government contract | |

Case: 23-30662    Doc# 32    Filed: 10/03/23    Entered: 10/03/23 19:10:16    Page 28 of 41

| Company | Description and Date of Contract | Remaining Term |
|---|---|---|
| AT&T<br>P.O. Box 5075<br>Carol Stream, IL  60197 | Telecommunications Services (date unknown) | Monthly |
| Office & Professional Employees International Union, Local 29<br>7677 Oakport Street, Suite 480<br>Oakland, CA  94621 | Collective Bargaining Agreement (Clerical Employees) dated as of 11/1/2015 | 10/31/2023 |
| Pacific Media Workers Guild, CWA Local 39521<br>433 Natoma Street, Suite 250<br>San Francisco, CA  94103 | Collective Bargaining Agreement (Organizing Employees) dated as of 11/1/2020 | 10/31/2025 |
| Pacific Media Workers Guild, CWA Local 39521<br>433 Natoma Street, Suite 250<br>San Francisco, CA  94103 | Collective Bargaining Agreement (Professional Staff) dated as  of 11/1/2020 | 10/31/2025 |
| Koppelman & Associates<br>2419 Jefferson Avenue,<br>Berkeley, CA  94703 | Video Production Services dated as if 7/25/2023 | 4/1/2024 |
| Holiday Inn Golden Gateway<br>1500 Van Ness Avenue,<br>San Francisco, CA  94109 | Venue Space for Women's Conference (October 20-22, 2023) dated as of 8/23/2023 | 10/22/2023 |
| Westin Bayshore<br>1601 Bayshore Drive,<br>Vancouver, British Columbia  V6G 3E7 | Venue Space for International Convention (June 2024) dated as of 11/5/2021 | 6/30/2024 |
| Donna Walden<br>3939 Old Pali Road,<br>Honolulu, HI  96817 | Hawaii Office Lease dated as of 9/14/1998 | Monthly |
| The Seattle Labor Temple, Inc.<br>5030 1st Avenue S,<br>Seattle, WA  98134 | Washington Office Lease dated as of 3/17/2021 | 3/17/2025 |
| Hei Mitchell<br>1153 Orcas Avenue,<br>Sylmar, CA  91342 | Southern California Office Lease dated as of 6/1/2009 | Monthly |
| Northwest Technologies<br>222 Front Street, Suite 400<br>San Francisco, CA  94111 | Information Technology Services dated as of 12/14/2016 | Monthly |
| Sentinel-XAOM<br>3030 Bridgeway, Suite 232<br>Sausalito, CA  94965 | Copier Lease dated as of 4/3/2023 | Monthly |
| California Advocacy, Marvin Pineda<br>943 Chestnut Lane,<br>Davis, CA  95616 | Lobbying Services dated as of 2/20/2019 | Monthly |

| Company | Description and Date of Contract | Remaining Term |
|---|---|---|
| CenturyLink<br>PO Box 91155,<br>Seattle, WA 98111 | Telecommunications Services (date unknown) | Monthly |
| Southern California Edison<br>2244 Walnut Grove Avenue,<br>Rosemead, CA 91770 | Electricity Agreement (date unknown) | Monthly |
| Vital Records Control<br>574 Eccles Avenue,<br>South San Francisco, CA 94080 | Records Management Services dated as of 11/30/2016 | Monthly |
| Pacific Maritime Association<br>555 Market Street,<br>San Francisco , CA 94105 | Collective Bargaining Agreement dated as of 7/1/2022 | 7/1/2028 |
| Internatiional Longshore and Warehouse Union Local 5<br>917 SW Oak St Ste. 206,<br>Portland, OR 97205 | Portland Office Lease dated as of 5/1/2022 | Monthly |
| Pacific Longshoremen's Memorial Association, Inc.<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 | Headquarter Office Lease dated as of 1/1/2000 | Monthly |
| ILWU Local 04<br>1205 Ingalls St,<br>Vancouver, WA 98660 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local 05<br>917 SW Oak St. Suite 206,<br>Portland, OR 97205 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local 06<br>99 Hegenberger Rd,<br>Oakland, CA 94621 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local 07<br>807 North State St,<br>Bellingham, WA 98225 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local 08<br>P.O. Box 98926,<br>Des Moines, WA 98198 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local 09<br>P.O. Box 98926,<br>Des Moines, WA 98198 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local 10<br>400 North Point Street,<br>San Francisco, CA 94133 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local 12<br>2064 Sheridan Ave,<br>North Bend, OR 97420 | International Longshore and Warehouse Union Charter | Perpetual / At Will |

| Company | Description and Date of Contract | Remaining Term |
|---|---|---|
| ILWU Local  13<br>630 S Centre St,<br>San Pedro, CA  90731 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  14<br>1126 5th St,<br>Eureka, CA  95501 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  18<br>P.O. Box 980068,<br>W. Sacramento, CA  95798 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  19<br>3440 E Marginal Way South,<br>Seattle, WA  98134 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  20<br>300 Falcon St,<br>Wilmington, CA  90744 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  21<br>617 14th Ave, Suite B,<br>Longview, WA  98632 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  22<br>P.O. Box 1652,<br>Tacoma, WA  98401 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  23<br>1306 Alexander Ave East,<br>Fife, WA  98424 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  24<br>3105 John Stevens Way,<br>Hoquiam, WA  98550 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  25<br>P.O. Box 157,<br>Anacortes, WA  98221 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  26<br>5625 So Figueroa St,<br>Los Angeles, CA  90037 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  27<br>608 Marine Dr,<br>Port Angeles, WA  98363 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  28<br>2435 NW Front Ave,<br>Portland, OR  97209 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  29<br>1000 Bay Marina Dr, Suite 102,<br>National City, CA  91950 | International Longshore and Warehouse Union Charter | Perpetual / At Will |

| Company | Description and Date of Contract | Remaining Term |
|---|---|---|
| ILWU Local  30<br>24001 Chaparral Ave,<br>Boron, CA  93516 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  32<br>1016 Hewitt Ave,<br>Everett, WA  98201 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  34<br>4 Berry St,<br>San Francisco, CA  94107 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  40<br>2401 NW 23rd Ave,<br>Portland, OR  97210 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  46<br>P.O. Box 100,<br>Port Hueneme, CA  93041 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  47<br>P.O. Box 355,<br>Olympia, WA  98507 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  50<br>491 Industry St,<br>Astoria, OR  97103 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  51<br>P.O. Box 125,<br>Port Gamble, WA  98364 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  52<br>2414 SW Andover St, Suite E-110,<br>Seattle, WA  98106 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  53<br>606 SW 13th St,<br>Newport, OR  97365 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  54<br>22 North Union St,<br>Stockton, CA  95205 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  56<br>316 W 7th St,<br>San Pedro, CA  90731 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  63<br>350 W 5th St, Suite 200,<br>San Pedro, CA  90731 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  63 OCU<br>6615 E Pacific Coast Hwy, Suite 250,<br>Long Beach, CA  90803 | International Longshore and Warehouse Union Charter | Perpetual / At Will |

| Company | Description and Date of Contract | Remaining Term |
|---|---|---|
| ILWU Local  65<br>28364 S Western Ave., #451,<br>Rancho Palos Verdes, CA  90275 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  68<br>P.O. Box 1485,<br>San Pedro, CA  90733 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  75<br>14 Embarcadero Cove,<br>Oakland, CA  94606 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  91<br>1851 Embarcadero Rd,<br>Oakland, CA  94606 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  92<br>215 W 12th St, Suite 200,<br>Vancouver, WA  98660 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  94<br>180 E. Ocean Blvd., Ste. 1020,<br>Long Beach, CA  90802 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  98<br>22613 Pacific Hwy S, Suite 302,<br>Des Moines, WA  98198 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  100<br>451 Atkinson Dr.,<br>Honolulu, HI  96814 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  142<br>451 Atkinson Dr<br>Honolulu, HI  96814 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local 160<br>P.O. Box 17387,<br>Honolulu, HI  96817 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local  200<br>P.O. Box 240674,<br>Douglas, AK  99824 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local 1000<br>99-079 Kauhale Street,<br>Aiea, HI  96701 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local 1222<br>P.O. Box 33074,<br>Juneau, AK  99803 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| Alaska Longshore Division<br>P.O. Box 241054,<br>Douglas, AK  99824-1054 | International Longshore and Warehouse Union Charter | Perpetual / At Will |

| Company | Description and Date of Contract | Remaining Term |
|---|---|---|
| American Radio Association<br>1400 Chapel Street #43,<br>Santa Clara, UT 84765 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local 400<br>120-111 Victoria Dr,<br>Vancouver, B.C. V5L 4C4 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local 500<br>100-111 Victoria Dr,<br>Vancouver, B.C. V5L 4C4 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local 502<br>11828 Tannery Rd,<br>Surrey, B.C. V3V 3W7 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local 505<br>P.O. Box 505,<br>Prince Rupert, B.C. V8J 3R2 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local 508<br>PO BOX 179,<br>Chemainus, B.C. V0R 1K0 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local 514<br>4045 First Ave,<br>Burnaby, B.C. V5C 3W5 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local 517<br>P.O. Box 28164, RPO West Pender,<br>Vancouver, B.C. V6C 3T7 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local 519<br>P.O. Box 213,<br>Stewart, B.C. V0T 1W0 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local 520<br>1000-1130 West Pender,<br>Vancouver, B.C. V6E 4A4 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local 522<br>180-111 Victoria Dr,<br>Vancouver, B.C. V5L 4C4 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| ILWU Local 523<br>PO BOX 523,<br>Prince Rupert, B.C. V8J 2Y4 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| Grain Workers Union Local 333<br>103-3989 Henning Dr,<br>Burnaby, B.C. V5C 6P8 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| Inlandboatmen's Union of the Pacific<br>5215 Ballard Ave. NW, Suite 5,<br>Seattle, WA 98107 | International Longshore and Warehouse Union Charter | Perpetual / At Will |

| Company | Description and Date of Contract | Remaining Term |
|---|---|---|
| Federated Auxiliaries Northern California Area<br>1306 Alexander Ave East,<br>Fife, WA 98424 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| Federated Auxiliaries Southern California Area<br>P.O. Box 6391,<br>San Pedro, CA 90734 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| Federated Auxiliaries Oregon Area<br>94831 Haynes Way Ln,<br>North Bend, OR 97459 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| Federated Auxiliaries Washington Area<br>1306 Alexander Ave East,<br>Fife, WA 98424 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| Federated Auxiliaries 01<br>2064 Sheridan Ave,<br>North Bend, OR 97459 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| Federated Auxiliaries 02<br>2120 Herbig Ave,<br>Aberdeen, WA 98520 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| Federated Auxiliaries 03<br>1021 32nd St NW,<br>Puyallup, WA 98371 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| Federated Auxiliaries 04<br>3922 Autumn Way,<br>Mt. Vernon, WA 98273-9155 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| Federated Auxiliaries 05<br>2435 NW Front Ave,<br>Portland, OR 97209 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| Federated Auxiliaries 08<br>P.O. Box 1044,<br>Wilmington, CA 90748 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| Federated Auxiliaries 14<br>617 14th Ave,<br>Longview, WA 98632 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| Federated Auxiliaries 17<br>1523 Kirkwood Ave,<br>San Francisco, CA 94124 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| Federated Auxiliaries 35<br>1306 Alexander Avener, E,<br>Fife, WA 98424 | International Longshore and Warehouse Union Charter | Perpetual / At Will |

| Company | Description and Date of Contract | Remaining Term |
|---|---|---|
| Federated Auxiliaries 38<br>1706 Alder St SE,<br>Olympia, WA  98503 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| Federated Auxiliaries 41<br>P.O. Box 87,<br>Wofford Heights, CA  93285 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| Washington Area District Council<br>3440 Marginal Way S,<br>Seattle, WA  98134 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| Oregon Area District Council<br>2435 NW Front Ave,<br>Portland, OR  97209 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| Northern California District Council<br>1188 Franklin St, Suite 400,<br>San Francisco, CA  94109 | International Longshore and Warehouse Union Charter | Perpetual / At Will |
| Southern California District Council<br>350 W 5th St, Suite 208,<br>San Pedro, CA  90731 | International Longshore and Warehouse Union Charter | Perpetual / At Will |

**Fill in this information to identify the case:**

Debtor name  **International Longshore and Warehouse Union**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  **23-30662-HLB**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City   State   Zip Code | | |
| 2.2 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City   State   Zip Code | | |
| 2.3 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City   State   Zip Code | | |
| 2.4 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City   State   Zip Code | | |

Schedule A/B:  Part 2, Question 8 - Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Name of Holder of the Prepayment | Description of the Prepayment | Current Value of Debtor's Interest |
|---|---|---|
| Seattle Labor Temple, Inc. | Prepaid Rent - Puget Sound Office | $ 771.00 |
| ILWU-PMA WFP | October Health & Welfare Costs | $ 104,433.10 |
| Archer Travel | Prepaid Travel | $ 12,322.26 |
| Zurich N.A | Crime Bond | $ 333.32 |
| Liberty Mutual | Umbrella Insurance | $ 1,820.67 |
| Liberty Mutual | Business Insurance | $ 557.83 |
| Liberty Mutual | Liability Insurance | $ 601.33 |
| Liberty Mutual | LM Property RM Select | $ 821.33 |
| Noguchi & Associates | Workers Comp -Local 142 | $ 3,949.00 |
| Andreini & Co | Cyber Liability Insurance | $ 6,664.53 |
| Andreini & Co | PAF Dishonesty Coverage | $ 2,505.00 |
| Andreini & Co | Labor Bond | $ 1,872.76 |
| Milliman | Blanket Accident Insurance Policy | $ 267.09 |
| Donna Walden | Prepaid October Rent - Hawaii Office | $ 10,390.05 |
| San Francisco Tax Collector | Prepaid October Property Tax | $ 234.84 |
| Hei Mitchel | Prepaid October Rent -  Southern CA Office | $ 1,100.00 |

In re International Longshore and Warehouse Union

Schedule 39

Schedule A/B: Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description | Net Book Value | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Misc. Furniture & Improvements | $0.00 | Book Value | Unknown |
| Misc. Computer Equipment | $0.00 | Book Value | Unknown |
| Computer Servers | $3,034.00 | Book Value | Unknown |
| Camera | $2,728.00 | Book Value | Unknown |
| Office Furniture | $6,074.00 | Book Value | Unknown |
| Xerox Machine | $18,606.00 | Book Value | Unknown |
| Xerox Machine | $9,768.00 | Book Value | Unknown |

In re International Longshore and Warehouse Union
Schedule 61
Schedule A/B: Part 10, Questions 60-65 - Intangibles and intellectual property

| General Description | Net Book Value of Debtor's Interest | Current Value of Debtor's Interest |
|---|---|---|
| archive.ilwu.org | $0.00 | Unknown |
| media.ilwu.org | $0.00 | Unknown |
| ilwu.org | $0.00 | Unknown |
| ilwu.xyz | $0.00 | Unknown |
| ilwu.site | $0.00 | Unknown |
| ilwu.info | $0.00 | Unknown |
| ilwu.us.com | $0.00 | Unknown |
| ilwu.tel | $0.00 | Unknown |
| ilwu.tv | $0.00 | Unknown |
| ilwu.net | $0.00 | Unknown |
| ilwu.cc | $0.00 | Unknown |
| ilwu.bz | $0.00 | Unknown |
| ilwu.mobi | $0.00 | Unknown |
| ilwu.us | $0.00 | Unknown |
| ilwu.asia | $0.00 | Unknown |
| ilwu.cn | $0.00 | Unknown |
| ilwu.com.tj | $0.00 | Unknown |
| ilwu.company | $0.00 | Unknown |
| ilwu.enterprises | $0.00 | Unknown |
| ilwu.hk | $0.00 | Unknown |
| ilwu.in | $0.00 | Unknown |
| ilwu.jp | $0.00 | Unknown |
| ilwu.ml | $0.00 | Unknown |
| ilwu.net.cn | $0.00 | Unknown |
| ilwu.org.cn | $0.00 | Unknown |
| ilwu.tw | $0.00 | Unknown |
| ilwuridethecoast.com | $0.00 | Unknown |
| ilwuridethecoast.net | $0.00 | Unknown |
| ilwuridethecoast.org | $0.00 | Unknown |
| ilwuridethecoastforalex.com | $0.00 | Unknown |
| ilwuridethecoastforalex.net | $0.00 | Unknown |
| ilwuridethecoastforalex.org | $0.00 | Unknown |
| ilwuwalkthecoast.biz | $0.00 | Unknown |
| ilwuwalkthecoast.co | $0.00 | Unknown |
| ilwuwalkthecoast.com | $0.00 | Unknown |
| ilwuwalkthecoast.info | $0.00 | Unknown |
| ilwuwalkthecoast.me | $0.00 | Unknown |
| ilwuwalkthecoast.mobi | $0.00 | Unknown |
| ilwuwalkthecoast.net | $0.00 | Unknown |
| ilwuwalkthecoast.org | $0.00 | Unknown |
| ilwuwalkthecoast.us | $0.00 | Unknown |
| ilwuwalktheus.biz | $0.00 | Unknown |
| ilwuwalktheus.co | $0.00 | Unknown |
| ilwuwalktheus.com | $0.00 | Unknown |
| ilwuwalktheus.info | $0.00 | Unknown |
| ilwuwalktheus.me | $0.00 | Unknown |
| ilwuwalktheus.mobi | $0.00 | Unknown |
| ilwuwalktheus.net | $0.00 | Unknown |
| ilwuwalktheus.org | $0.00 | Unknown |
| ilwuwalktheus.us | $0.00 | Unknown |

In re International Longshore and Warehouse Union
Schedule 73
Schedule A/B: Part 11, Question 73 - Interests in insurance policies or annuities

| Description | Current Value of Debtor's Interest |
|---|---|
| ILWU Labor Bond | Unknown |
| ILWU 401k Savings Plan Bond | Unknown |
| ILWU Political Action Fund Bond | Unknown |
| ILWU Commercial General Liability Policy | Unknown |
| ILWU Commercial Liability - Umbrella | Unknown |
| ILWU Business Auto Insurance Policy | Unknown |
| ILWU Commercial Package Property Insurance | Unknown |
| ILWU Blanket Accident Insurance Policy | Unknown |
| Cyber Security Insurance Policy | Unknown |