# GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The International Longshore and Warehouse Union (the "Debtor") has filed its Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") with the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"). The Debtor, with the assistance of its legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

William E. Adams, in his capacity as President of the Debtor, has signed the Schedules and Statements. In reviewing and signing the Schedules and Statements, Mr. Adams has necessarily relied upon the efforts, statements, and representations of the Debtor's other personnel and professionals. Given the scale of the Debtor's business covered by the Schedules and Statements, Mr. Adams has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

In preparing the Schedules and Statements, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. Although the Debtor has made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtor hereby reserves its rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

The Debtor and its agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of, or caused in whole or in part by, the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its officers, employees, agents, attorneys, financial advisors and other professionals expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtor or its officers, employees, agents, attorneys, financial advisors or other professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its officers, employees, agents, attorneys, financial advisors or other professionals are advised of the possibility of such damages.

Case: 23-30662   Doc# 34   Filed: 10/03/23   Entered: 10/03/23 19:39:14   Page 1 of 29

## **Global Notes and Overview of Methodology**

1.    **Description of Case**.  On September 30, 2023, (the "Petition Date"), the Debtor filed a voluntary petition for relief under subchapter V of chapter 11 of the Bankruptcy Code.  The Debtor is managing its property as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The information provided herein, except as otherwise noted, is reported as of the Petition Date.

2.    **Global Notes Control**.  These Global Notes pertain to and comprise an integral part of each of the Debtor's Schedules and Statements and should be referenced in connection with any review thereof.  In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

3.    **Reservations and Limitations**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The Debtor reserves all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.  Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtor's rights or an admission of any kind with respect to this chapter 11 case, including, but not limited to, any rights or claims of the Debtor against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

    a.    **No Admission**.  Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtor, any assertion made therein or herein, or a waiver of the Debtor's rights to dispute any claim or assert any cause of action or defense against any party.

    b.    **Recharacterization**.  Notwithstanding that the Debtor has made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtor thus reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

    c.    **Classifications**.  Listing (i) a claim on Schedule D as "secured" (if any), (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the Debtor, claimant or contract counterparty, or a waiver of the Debtor's rights to recharacterize or reclassify such claim or contract.

DOCS_LA:351354.3

d.     **Claims Description**.   Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Moreover, listing a claim does not constitute an admission of liability by the Debtor. The Debtor reserves all rights to amend its Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

e.     **Estimates and Assumptions**. The preparation of the Schedules and Statements required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the Petition Date, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

f.     **Intellectual Property Rights**. Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by its terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by its terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

g.     **Insiders**. The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for the purposes of determining control of the Debtor, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtor, or whether such individual could successfully argue that he or she is not an insider under applicable law, including, without limitation, the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose.

In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtor has included information with respect to the individuals whom the Debtor believes are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.

DOCS_LA:351354.3

Specifically, the Debtor has listed payment information of its Titled Officers who received payments from the Debtor within one year of the Petition Date.

4. **Methodology**.

    a.    **Basis of Presentation**. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

    b.    **Duplication**. Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtor has determined to only list such assets, liabilities, and prepetition payments once.

    c.    **Net Book Value**. In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtor. Accordingly, unless otherwise indicated, the Debtor's Schedules and Statements reflect estimates of net book values as of the Petition Date. Market values may vary, at some times materially, from net book values. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain the current market values of all its property. Accordingly, the Debtor has indicated in the Schedules and Statements that the values of certain assets and liabilities are undetermined. Amounts ultimately realized may vary materially from net book value (or whatever value was ascribed). Accordingly, the Debtor reserves all rights to amend, supplement or adjust the asset values set forth herein. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.

    d.    **Property and Equipment**. Unless otherwise indicated, owned property and equipment are valued at net book value. The Debtor may lease furniture, fixtures, and equipment from certain third-party lessors. To the extent possible, any such leases are listed in the Schedules and Statements. Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect thereto.

    e.    **Undetermined Amounts**. The description of an amount as "unknown" is not intended to reflect upon the materiality of such amount.

    f.    **Unliquidated Amounts**. Amounts that could not be fairly quantified by the Debtor are scheduled as "unliquidated" or "unknown."

DOCS_LA:351354.3

Case: 23-30662   Doc# 34   Filed: 10/03/23   Entered: 10/03/23 19:39:14   Page 4 of 29

g. **Totals**. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

h. **Paid Claims**. The Debtor may obtain authority to pay certain outstanding prepetition payables pursuant to bankruptcy or other court order; as such, outstanding liabilities may be reduced by any court-approved postpetition payments made on prepetition payables. To the extent the Debtor later pays any amount of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtor reserves all rights to amend or supplement the Schedules and Statements or to take other action as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities. Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

i. **Excluded Assets and Liabilities**. The Debtor has excluded the following categories of assets and liabilities from the Schedules and Statements: accounts, or reserves recorded only for purposes of complying with the requirements of GAAP. Certain immaterial assets and liabilities may also have been excluded.

j. **Liens**. The inventories, property and equipment listed in the Schedules and Statements are presented without consideration of any liens.

k. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

5. **Specific Schedules Disclosures**.

a. **Schedule E/F - Creditors Who Have Unsecured Claims.**

*Part 1 - Creditors with Priority Unsecured Claims*. The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtor that such claim or any portion thereof is entitled to priority status.

*Part 2 - Creditors with Nonpriority Unsecured Claims*. The liabilities identified in Schedule E/F, Part 2, are derived from the Debtor's books and records. The Debtor made a reasonable attempt to set forth its unsecured obligations, although the actual amount of claims against the Debtor may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. The Debtor included the non-priority unsecured portion of any accrued prepetition employee liabilities in Part 1.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtor. The amounts for these potential claims are listed as "unknown" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

As of the time of filing of the Schedules and Statements, the Debtor may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtor reserves its rights to amend Schedules D and E/F if and as they receive such invoices.

There are numerous legal actions to which the Debtor has been named as a party. The Debtor has included the entire list of legal actions on Schedule E/F Part 2 for the Debtor.

b. **Schedule G - Executory Contracts and Unexpired Leases**. While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as supplemental agreements, amendments, and letter agreement, which documents may not be set forth in Schedule G.

Certain of the agreements listed on Schedule G may have expired or terminated pursuant to its terms, but are listed on Schedule G in an abundance of caution.

The Debtor reserves all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract. The Debtor reserves the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

8

6. **Specific Statements Disclosures**

   a.  **Statements, Part 13, Question 26 - Books, Records, and Financial Statements**. The Debtor may provide certain parties, such as banks, auditors, vendors, and financial advisors, with financial statements that may not be part of a public filing. The Debtor does not maintain complete lists or other records tracking such disclosures. Therefore, the Debtor has not provided full lists of these parties in its responses to Statement Question 26.

   b.  **Statements, Part 3, Question 7 - Legal Actions.** The Debtor is listed as a defendant in multiple legal actions, which (other than the ICTSI Litigation) are primarily equitable in nature and not reasonably capable of being reduced to monetary damages. The Debtor has included such legal actions out of an abundance of caution.

DOCS_LA:351354.3

**Fill in this information to identify the case:**

Debtor name    **International Longshore and Warehouse Union**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **23-30662-HLB**

☐ Check if this is an amended filing

<u>Official Form 207</u>
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other | **$5,852,000.00** |
| **For prior year: 2022**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$9,526,443.00** |
| **For year before that: 2021**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | **$8,990,494.00** |
| **For the fiscal year: 2020**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | **$8,380,051.00** |

**2. Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | **Interest Income** | **$9,315.77** |
| **For prior year: 2022**<br>From **1/01/2022** to **12/31/2022** | **Interest Income** | **$3,866.00** |

Debtor    **International Longshore and Warehouse Union**    Case number *(if known)*  **23-30662-HLB**

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For year before that: 2021**<br>From **1/01/2021** to **12/31/2021** | Interest Income | $763.00 |
| **For the fiscal year: 2020**<br>From **1/01/2020** to **12/31/2020** | Interest Income | $4,393.00 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|
   | 3.1.    **See Attached Schedule 3** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|
   | 4.1.    **See Attached Schedule 4** | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

Case: 23-30662    Doc# 34    Filed: 10/03/23    Entered: 10/03/23 19:39:14    Page 9 of 29

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **See Attached Schedule 7** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**  **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.  **See Attached Schedule 9** | | | $0.00 |
| **Recipients relationship to debtor** | | | |

**Part 5:**  **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**  **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Case: 23-30662   Doc# 34   Filed: 10/03/23   Entered: 10/03/23 19:39:14   Page 10 of 29

Debtor    **International Longshore and Warehouse Union**    Case number *(if known)* **23-30662-HLB**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Pachulski Stang Ziehl & Jones LLP**<br>**One Sansome Street**<br>**Suite 3430 34th Floor**<br>**San Francisco, CA 94104** | | **9-06-2023**<br>**$200,000.00**<br>**9-20-2023**<br>**$85,183.66**<br>**9-29-2023**<br>**$212,444.40** | |
| | Email or website address<br>**www.pszjlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Paladin Management**<br>**633 W. 5th Street**<br>**San Francisco, CA 94104** | | **9-12-2023**<br>**$100,000.00**<br>**9-27-2023**<br>**$150,000.00** | **$250,000.00** |
| | Email or website address<br>**wwwpaladinmgmt.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **451 Atkinson Drive**<br>**Honolulu, HI 96814** | **Unknown-2020** |
| 14.2. | **2800 1st Street**<br>**Seattle, WA 98121** | **Unknown-2021** |

Case: 23-30662    Doc# 34    Filed: 10/03/23    Entered: 10/03/23 19:39:14    Page 11 of 29

Debtor   International Longshore and Warehouse Union          Case number *(if known)*  **23-30662-HLB**

| Address | Dates of occupancy From-To |
|---|---|
| 14.3.  **1025 Connective Ave NW** **Washington, DC 20036** | **Unknown-2020** |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Pension Plan for the Officers and Professional Staff of the International Longshore and Warehouse Union** | EIN:  **94-0577594** |

    Has the plan been terminated?
    ☑ No
    ☐ Yes

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **ILWU 401(k) Savings Plan** | EIN:  **94-0577594** |

    Has the plan been terminated?
    ☑ No
    ☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Case: 23-30662   Doc# 34   Filed: 10/03/23   Entered: 10/03/23 19:39:14   Page 13 of 29

Debtor  **International Longshore and Warehouse Union**            Case number *(if known)* **23-30662-HLB**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Rebecca M. Contreras**<br>**1188 Franklin Street 4th Floor**<br>**San Francisco, CA 94109** | **9/2007-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Haile Girma & Company**<br>**4900 Shattuck Avenue, #22720**<br>**Oakland, CA 94609** | **2021-Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Rebecca M. Contreras**<br>**1188 Franklin Street 4th Floor**<br>**San Francisco, CA 94109** | |
| 26c.2.  **Heidi A. Merriman**<br>**1188 Franklin Street 4th Floor**<br>**San Francisco, CA 94109** | |

Debtor    **International Longshore and Warehouse Union**          Case number *(if known)*  **23-30662-HLB**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.3.  **Lindsay R. Nicholas**<br>**1188 Franklin Street 4th Floor**<br>**San Francisco, CA 94109** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Rebecca M. Contreras** | **9/27/2023** | **$260,000.00 - Cost** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Rebecca M. Contreras**<br>**1188 Franklin Street 4th Floor**<br>**San Francisco, CA 94109** |

| | | Date of inventory | |
|---|---|---|---|
| 27.2. | **Rebecca M. Contreras** | **6/30/2023** | **$254,000.00 - Cost** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Rebecca M. Contreras**<br>**1188 Franklin Street 4th Floor**<br>**San Francisco, CA 94109** |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rob Ashton** | **1188 Franklin Street 4th Floor**<br>**San Francisco, CA 94109** | **IEB Member** | **N/A** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ray Benavente** | **1188 Franklin Street**<br>**San Francisco, CA 94109** | **IEB Member** | **N/A** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ricardo De La Torre Sr.** | **1188 Franklin Street 4th Floor**<br>**Half Moon Bay, CA 94019** | **IEB Member and Trustee** | **N/A** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sierra Delgado** | **1188 Franklin Street 4th Floor**<br>**San Francisco, CA 94109** | **IEB Member** | **N/A** |

Debtor  **International Longshore and Warehouse Union**   Case number *(if known)* **23-30662-HLB**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Radford DeMotta | 1188 Franklin Street 4th Floor San Francisco, CA 94109 | IEB Member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Myka Dubay | 1188 Franklin Street 4th Floor San Francisco, CA 94109 | IEB Member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John L Fageaux Jr | 1188 Franklin Street 4th Floor San Francisco, CA 94109 | IEB Member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sean Farley | 1188 Franklin Street 4th Floor San Francisco, CA 94109-1000 | IEB Member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Matt Findley | 1188 Franklin Street 4th Floor San Francisco, CA 94109 | IEB Member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jason Ford | 1188 Franklin Street 4th Floor San Francisco, CA 94109 | IEB Member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Luisa Gratz | 1188 Franklin Street 4th Floor San Francisco, CA 94109 | IEB Member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jesse Groom | 1188 Franklin Street 4th Floor San Francisco, CA 94109 | IEB Member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dax Koho | 1188 Franklin Street 4th Floor San Francisco, CA 94109 | IEB Member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Melvin Mackay | 1188 Franklin Street 4th Floor San Francisco, CA 94109 | IEB Member and Trustee | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kevin Martz | 1188 Franklin Street 4th Floor San Francisco, CA 94109 | IEB Member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dean McGrath | 1188 Franklin Street 4th Floor San Francisco, CA 94109 | IEB Member | N/A |

Case: 23-30662    Doc# 34    Filed: 10/03/23    Entered: 10/03/23 19:39:14    Page 16 of 29

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dan McKisson | 1188 Franklin Street 4th Floor San Francisco, CA 94109 | IEB Member and Trustee | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jose A. Nunez | 1188 Franklin Street 4th Floor San Francisco, CA 94109 | IEB Member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Donna Lee Kehau Oyamot Maeha | 1188 Franklin Street 4th Floor San Francisco, CA 94109 | IEB Member and Trustee | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael A. Podue | 1188 Franklin Street 4th Floor San Francisco, CA 94109 | IEB Member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lourdes R. Rivera | 1188 Franklin Street 4th Floor San Francisco, CA 94109 | IEB Member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jay Ubelhart | 1188 Franklin Street 4th Floor San Francisco, CA 94109 | IEB Member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Chris West | 1188 Franklin Street 4th Floor San Francisco, CA 94109 | IEB Member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| William E. Adams | 1188 Franklin Street 4th Floor San Francisco, CA 94109 | ILWU President | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bobby Olvera Jr. | 1188 Franklin Street San Francisco, CA 94109 | ILWU Vice President, Mainland | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Paul Sam Kreutz | 1188 Franklin Street 4th Floor San Francisco, CA 94109 | ILWU Vice President, Hawaii | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ed Ferris | 1188 Franklin Street 4th Floor San Francisco, CA 94109 | ILWU, Secretary and Treasurer | N/A |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

10/03/23 1:55PM

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **See Attached Schedule 4** | | | |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Name of the parent corporation

Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Pension Plan for the Officers and Professional Staff of the ILWU | EIN: **94-0577594** |
| **ILWU-PMA Pension Plan** | EIN: **94-6068576** |

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  3, 2023**

Signature of individual signing on behalf of the debtor       **William E. Adams**
Printed name

Position or relationship to debtor    **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ Yes

In re International Longshore and Warehouse Union
Schedule 3
SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

|  | Reasons for payment or transfer | Dates of Payments | Total Amount |
|---|---|---|---|
| A T & T (019) | Utility | 8/22/2023 | $1,402.29 |
| A T & T (019) | Utility | 8/29/2023 | $66.06 |
| A T & T (019) | Utility | 9/4/2023 | $40.28 |
| A T & T (019) | Utility | 9/29/2023 | $1,402.75 |
| A T & T (019) | Utility | 9/29/2023 | $66.25 |
| A T & T Long Distance | Utility | 9/15/2023 | $50.71 |
| Aquilini Properties Limited Partnership | Lodging Fees | 8/21/2023 | $16,932.05 |
| Archer Travel Arrangements | Travel Arrangements | 7/12/2023 | $677.80 |
| Archer Travel Arrangements | Travel Arrangements | 7/31/2023 | $148.54 |
| Archer Travel Arrangements | Travel Arrangements | 7/31/2023 | $408.73 |
| Archer Travel Arrangements | Travel Arrangements | 7/31/2023 | $5,127.26 |
| Archer Travel Arrangements | Travel Arrangements | 7/31/2023 | $2,155.60 |
| Archer Travel Arrangements | Travel Arrangements | 7/31/2023 | $2,992.39 |
| Archer Travel Arrangements | Travel Arrangements | 8/14/2023 | $1,814.00 |
| Archer Travel Arrangements | Travel Arrangements | 8/15/2023 | $3,032.80 |
| Archer Travel Arrangements | Travel Arrangements | 8/22/2023 | $933.78 |
| Archer Travel Arrangements | Travel Arrangements | 8/22/2023 | $7,464.05 |
| Archer Travel Arrangements | Travel Arrangements | 8/29/2023 | $2,387.80 |
| Archer Travel Arrangements | Travel Arrangements | 9/4/2023 | $2,407.80 |
| Archer Travel Arrangements | Travel Arrangements | 9/5/2023 | $765.53 |
| Archer Travel Arrangements | Travel Arrangements | 9/22/2023 | $313.40 |
| Archer Travel Arrangements | Travel Arrangements | 9/27/2023 | $3,367.80 |
| Archer Travel Arrangements | Travel Arrangements | 9/27/2023 | $304.96 |
| Archer Travel Arrangements | Travel Arrangements | 9/27/2023 | $1,268.54 |
| AT&T | Utilities | 7/7/2023 | $67.25 |
| AT&T | Utilities | 7/10/2023 | $52.65 |
| AT&T | Utilities | 8/1/2023 | $52.74 |
| AT&T | Utilities | 8/1/2023 | $44.86 |
| AT&T | Utilities | 8/1/2023 | $52.29 |
| AT&T | Utilities | 8/1/2023 | $44.86 |
| AT&T | Utilities | 8/1/2023 | $44.79 |
| AT&T | Utilities | 8/1/2023 | $261.54 |
| AT&T | Utilities | 8/1/2023 | $9.09 |
| AT&T | Utilities | 8/1/2023 | $52.29 |
| AT&T | Utilities | 8/1/2023 | $1,105.10 |
| AT&T | Utilities | 8/2/2023 | $1,404.02 |
| AT&T | Utilities | 8/2/2023 | $1,868.42 |
| AT&T | Utilities | 8/2/2023 | $50.65 |
| AT&T | Utilities | 8/2/2023 | $40.99 |
| AT&T | Utilities | 8/3/2023 | $66.06 |
| AT&T (075) | Utilities | 8/14/2023 | $44.86 |
| AT&T (075) | Utilities | 8/15/2023 | $52.29 |
| AT&T (075) | Utilities | 8/22/2023 | $44.86 |
| AT&T (075) | Utilities | 8/22/2023 | $52.29 |
| AT&T (075) | Utilities | 8/22/2023 | $44.86 |
| AT&T (075) | Utilities | 8/22/2023 | $50.49 |
| AT&T (075) | Utilities | 8/29/2023 | $46.95 |
| AT&T (075) | Utilities | 9/15/2023 | $44.86 |
| AT&T (075) | Utilities | 9/15/2023 | $52.29 |
| AT&T (075) | Utilities | 9/18/2023 | $44.86 |
| AT&T (075) | Utilities | 9/18/2023 | $52.29 |
| AT&T (075) | Utilities | 9/29/2023 | $44.86 |
| AT&T (075) | Utilities | 9/29/2023 | $68.77 |

In re International Longshore and Warehouse Union
Schedule 3
SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| | Reasons for payment or transfer | Dates of Payments | Total Amount |
|---|---|---|---|
| AT&T (075) | Utilities | 9/29/2023 | $44.86 |
| AT&T (094) | Utilities | 9/15/2023 | $18.18 |
| AT&T Mobility (6463) | Utilities | 8/14/2023 | $264.77 |
| AT&T Mobility (6463) | Utilities | 8/24/2023 | $1,743.90 |
| AT&T Mobility (6463) | Utilities | 9/15/2023 | $261.54 |
| AT&T Mobility (6463) | Utilities | 9/20/2023 | $1,840.41 |
| Bay City Ex, Inc. | Utilities | 9/29/2023 | $100.74 |
| California Advocacy LLC | Consulting | 8/7/2023 | $5,000.00 |
| California Advocacy LLC | Consulting | 9/7/2023 | $5,000.00 |
| Chase Credit Card | Credit Card Charges | 9/4/2023 | $38,816.43 |
| Chase Credit Card | Credit Card Charges | 9/19/2023 | $42,621.89 |
| Chase Credit Card | Credit Card Charges | 9/11/2023 | $3,466.75 |
| Chase Credit Card | Credit Card Charges | 9/27/2023 | $6,054.00 |
| Chase Credit Card | Credit Card Charges | 7/5/2023 | $15,200.47 |
| Chase Credit Card | Credit Card Charges | 8/1/2023 | $21,690.10 |
| Chase Credit Card | Credit Card Charges | 8/14/2023 | $38,237.41 |
| Chase Credit Card | Credit Card Charges | 7/10/2023 | $1,517.37 |
| Chase Credit Card | Credit Card Charges | 8/8/2023 | $4,599.44 |
| Chase Credit Card | Credit Card Charges | 9/29/2023 | $10,068.66 |
| Chase Credit Card | Credit Card Charges | 9/29/2023 | $330.48 |
| Chase Credit Card | Credit Card Charges | 9/29/2023 | $299.78 |
| Chase Credit Card | Credit Card Charges | 9/29/2023 | $1,940.12 |
| Chicago Distribution Center | Inventory Purchase | 8/22/2023 | $4,557.03 |
| Chicago Distribution Center | Inventory Purchase | 8/24/2023 | $13,291.36 |
| Coast Coal Harbour | IEB Meeting | 7/31/2023 | $53,582.47 |
| Coast Coal Harbour Hotel | Lodging Fees | 8/23/2023 | $8,650.68 |
| Coast Longshore Division | Professional Services | 8/22/2023 | $18,000.00 |
| Coast Longshore Division | Professional Services | 9/19/2023 | $18,000.00 |
| Coast Longshore Division | Reimburse - Donation | 9/19/2023 | $5,000.00 |
| Commerce Printing | Printing Services | 8/22/2023 | $13,961.69 |
| Commerce Printing | Printing Services | 9/26/2023 | $27,523.57 |
| Consejo Internacional De Estibado | Membership Dues | 9/18/2023 | $20,000.00 |
| Donna Walden | Rent | 7/5/2023 | $10,390.05 |
| Donna Walden | Rent | 8/2/2023 | $10,390.05 |
| Donna Walden | Rent | 8/22/2023 | $10,390.05 |
| Donna Walden | Rent | 9/28/2023 | $10,390.05 |
| EDD | Payroll Taxes | 8/16/2023 | $6,248.91 |
| EDD | Payroll Taxes | 8/31/2023 | $6,492.19 |
| EDD | Payroll Taxes | 9/15/2023 | $5,147.05 |
| EDD | Payroll Taxes | 9/29/2023 | $5,911.07 |
| Employment Development | Payroll Taxes | 7/3/2023 | $5,657.32 |
| Employment Development | Payroll Taxes | 7/17/2023 | $4,858.61 |
| Employment Development | Payroll Taxes | 7/31/2023 | $5,638.70 |
| Fidelity | Benefits | 7/6/2023 | $151.50 |
| Fidelity | Benefits | 7/7/2023 | $133.83 |
| Fidelity | Benefits | 7/24/2023 | $6,221.79 |
| Fidelity | Benefits | 7/31/2023 | $11,894.82 |
| Fidelity Investments | Benefits | 8/15/2023 | $5,475.84 |
| Fidelity Investments | Benefits | 8/15/2023 | $745.95 |
| Fidelity Investments | Benefits | 8/25/2023 | $625.00 |
| Fidelity Investments | Benefits | 8/31/2023 | $5,475.84 |
| Fidelity Investments | Benefits | 8/31/2023 | $745.95 |
| Fidelity Investments | Benefits | 8/31/2023 | $869.25 |

In re International Longshore and Warehouse Union
Schedule 3
SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| | Reasons for payment or transfer | Dates of Payments | Total Amount |
|---|---|---|---|
| Fidelity Investments | Benefits | 8/31/2023 | $3,441.16 |
| Fidelity Investments | Benefits | 8/31/2023 | $1,580.00 |
| Fidelity Investments | Benefits | 9/15/2023 | $5,475.84 |
| Fidelity Investments | Benefits | 9/15/2023 | $745.95 |
| Fidelity Investments | Benefits | 9/21/2023 | $5,475.84 |
| Fidelity Investments | Benefits | 9/21/2023 | $745.95 |
| Fidelity Investments | Benefits | 9/22/2023 | $815.75 |
| Fidelity Investments | Benefits | 9/22/2023 | $3,303.79 |
| Fidelity Investments | Benefits | 9/22/2023 | $1,580.00 |
| Haile Girma & Co. | Audit & Professional Services | 8/31/2023 | $7,500.00 |
| Haile Girma & Co. | Audit & Professional Services | 9/20/2023 | $14,800.00 |
| Haile Girma & Co. | Audit & Professional Services | 9/22/2023 | $4,800.00 |
| Haile Girma & Co. | Audit & Professional Services | 9/27/2023 | $9,000.00 |
| Hawaii Medical Service Association | Health & Welfare Benefits | 7/6/2023 | $7,655.52 |
| Hawaii Medical Service Association | Health & Welfare Benefits | 8/2/2023 | $7,655.52 |
| Hawaii Medical Service Association | Health & Welfare Benefits | 8/24/2023 | $7,655.52 |
| Hawaii Medical Service Association | Health & Welfare Benefits | 9/28/2023 | $7,655.52 |
| Hawaii State Tax Collector | Taxes | 9/22/2023 | $11,093.63 |
| Hawaii State Tax Collector | Taxes | 9/22/2023 | $912.33 |
| Hawaii Tax Department | Taxes | 7/3/2023 | $10,086.94 |
| Holiday Inn Golden Gateway | Convention Deposit | 9/22/2023 | $17,371.00 |
| Holiday Inn Golden Gateway | Convention Deposit | 9/25/2023 | $1,260.84 |
| ILWU-PMA 401(K) Plan | 401K | 8/16/2023 | $2,041.67 |
| ILWU-PMA 401(K) Plan | 401K | 8/31/2023 | $2,041.67 |
| ILWU-PMA 401(K) Plan | 401K | 9/15/2023 | $2,041.67 |
| ILWU-PMA 401(K) Plan | 401K | 9/21/2023 | $2,041.67 |
| ILWU-PMA Welfare Plans | Welfare Plans | 7/27/2023 | $102,052.88 |
| ILWU-PMA Welfare Plans | Welfare Plans | 9/4/2023 | $104,648.85 |
| Internal Revenue Service (Ogden) | Payroll Taxes | 8/16/2023 | $40,616.66 |
| Internal Revenue Service (Ogden) | Payroll Taxes | 8/31/2023 | $51,858.08 |
| Internal Revenue Service (Ogden) | Payroll Taxes | 9/15/2023 | $38,107.10 |
| Internal Revenue Service (Ogden) | Payroll Taxes | 9/29/2023 | $42,728.66 |
| Intuit Payroll | Payroll & Related Services | 7/5/2023 | $6,249.47 |
| Intuit Payroll | Payroll & Related Services | 7/5/2023 | $2,425.03 |
| Intuit Payroll | Payroll & Related Services | 7/5/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 7/10/2023 | $885.77 |
| Intuit Payroll | Payroll & Related Services | 7/10/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 7/11/2023 | $17,900.00 |
| Intuit Payroll | Payroll & Related Services | 7/11/2023 | $3,322.70 |
| Intuit Payroll | Payroll & Related Services | 7/11/2023 | $2,757.54 |
| Intuit Payroll | Payroll & Related Services | 7/11/2023 | $527.96 |
| Intuit Payroll | Payroll & Related Services | 7/11/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 7/11/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 7/11/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 7/11/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 7/12/2023 | $64,616.29 |
| Intuit Payroll | Payroll & Related Services | 7/13/2023 | $3,431.05 |
| Intuit Payroll | Payroll & Related Services | 7/13/2023 | $2,027.50 |
| Intuit Payroll | Payroll & Related Services | 7/13/2023 | $987.50 |
| Intuit Payroll | Payroll & Related Services | 7/13/2023 | $150.00 |
| Intuit Payroll | Payroll & Related Services | 7/13/2023 | $5.25 |
| Intuit Payroll | Payroll & Related Services | 7/17/2023 | $300.04 |
| Intuit Payroll | Payroll & Related Services | 7/17/2023 | $44.62 |

In re International Longshore and Warehouse Union
Schedule 3
SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| | Reasons for payment or transfer | Dates of Payments | Total Amount |
|---|---|---|---|
| Intuit Payroll | Payroll & Related Services | 7/17/2023 | $3.50 |
| Intuit Payroll | Payroll & Related Services | 7/18/2023 | $864.33 |
| Intuit Payroll | Payroll & Related Services | 7/20/2023 | $233.38 |
| Intuit Payroll | Payroll & Related Services | 7/21/2023 | $14,000.00 |
| Intuit Payroll | Payroll & Related Services | 7/21/2023 | $5,025.00 |
| Intuit Payroll | Payroll & Related Services | 7/21/2023 | $4,179.03 |
| Intuit Payroll | Payroll & Related Services | 7/21/2023 | $1,685.24 |
| Intuit Payroll | Payroll & Related Services | 7/21/2023 | $421.71 |
| Intuit Payroll | Payroll & Related Services | 7/21/2023 | $174.15 |
| Intuit Payroll | Payroll & Related Services | 7/21/2023 | $99.57 |
| Intuit Payroll | Payroll & Related Services | 7/21/2023 | $15.03 |
| Intuit Payroll | Payroll & Related Services | 7/21/2023 | $14.00 |
| Intuit Payroll | Payroll & Related Services | 7/25/2023 | $437.81 |
| Intuit Payroll | Payroll & Related Services | 7/25/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 7/26/2023 | $76,453.03 |
| Intuit Payroll | Payroll & Related Services | 7/27/2023 | $2,027.50 |
| Intuit Payroll | Payroll & Related Services | 7/27/2023 | $987.50 |
| Intuit Payroll | Payroll & Related Services | 7/27/2023 | $811.46 |
| Intuit Payroll | Payroll & Related Services | 7/27/2023 | $150.00 |
| Intuit Payroll | Payroll & Related Services | 7/27/2023 | $121.45 |
| Intuit Payroll | Payroll & Related Services | 7/27/2023 | $8.75 |
| Intuit Payroll | Payroll & Related Services | 7/28/2023 | $850.34 |
| Intuit Payroll | Payroll & Related Services | 8/2/2023 | $6,501.51 |
| Intuit Payroll | Payroll & Related Services | 8/4/2023 | $12,760.00 |
| Intuit Payroll | Payroll & Related Services | 8/4/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 8/9/2023 | $4,358.13 |
| Intuit Payroll | Payroll & Related Services | 8/9/2023 | $662.48 |
| Intuit Payroll | Payroll & Related Services | 8/9/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 8/9/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 8/10/2023 | $69,053.48 |
| Intuit Payroll | Payroll & Related Services | 8/10/2023 | $2,027.50 |
| Intuit Payroll | Payroll & Related Services | 8/10/2023 | $987.50 |
| Intuit Payroll | Payroll & Related Services | 8/10/2023 | $383.54 |
| Intuit Payroll | Payroll & Related Services | 8/10/2023 | $210.26 |
| Intuit Payroll | Payroll & Related Services | 8/10/2023 | $150.00 |
| Intuit Payroll | Payroll & Related Services | 8/10/2023 | $8.75 |
| Intuit Payroll | Payroll & Related Services | 8/14/2023 | $865.40 |
| Intuit Payroll | Payroll & Related Services | 8/14/2023 | $865.40 |
| Intuit Payroll | Payroll & Related Services | 8/15/2023 | $1,675.50 |
| Intuit Payroll | Payroll & Related Services | 8/16/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 8/18/2023 | $2,727.99 |
| Intuit Payroll | Payroll & Related Services | 8/21/2023 | $5.25 |
| Intuit Payroll | Payroll & Related Services | 8/21/2023 | $3.50 |
| Intuit Payroll | Payroll & Related Services | 8/22/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 8/22/2023 | $21,701.58 |
| Intuit Payroll | Payroll & Related Services | 8/24/2023 | $615.42 |
| Intuit Payroll | Payroll & Related Services | 8/25/2023 | $77,103.22 |
| Intuit Payroll | Payroll & Related Services | 8/28/2023 | $7.00 |
| Intuit Payroll | Payroll & Related Services | 8/29/2023 | $2,271.43 |
| Intuit Payroll | Payroll & Related Services | 8/30/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 8/30/2023 | $3.50 |
| Intuit Payroll | Payroll & Related Services | 8/30/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 9/6/2023 | $3.50 |

In re International Longshore and Warehouse Union
Schedule 3
SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| | Reasons for payment or transfer | Dates of Payments | Total Amount |
|---|---|---|---|
| Intuit Payroll | Payroll & Related Services | 9/7/2023 | $5.25 |
| Intuit Payroll | Payroll & Related Services | 9/12/2023 | $5,718.21 |
| Intuit Payroll | Payroll & Related Services | 9/12/2023 | $70,282.73 |
| Intuit Payroll | Payroll & Related Services | 9/13/2023 | $2,271.43 |
| Intuit Payroll | Payroll & Related Services | 9/14/2023 | $999.84 |
| Intuit Payroll | Payroll & Related Services | 9/15/2023 | $8.75 |
| Intuit Payroll | Payroll & Related Services | 9/19/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 9/19/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 9/21/2023 | $12.25 |
| Intuit Payroll | Payroll & Related Services | 9/22/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 9/22/2023 | $7.00 |
| Intuit Payroll | Payroll & Related Services | 9/22/2023 | $8.75 |
| Intuit Payroll | Payroll & Related Services | 9/22/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 9/22/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 9/22/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 9/22/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 9/25/2023 | $10,813.95 |
| Intuit Payroll | Payroll & Related Services | 9/25/2023 | $3.50 |
| Intuit Payroll | Payroll & Related Services | 9/25/2023 | $5.25 |
| Intuit Payroll | Payroll & Related Services | 9/25/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 9/25/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 9/25/2023 | $3.50 |
| Intuit Payroll | Payroll & Related Services | 9/26/2023 | $75,158.81 |
| Intuit Payroll | Payroll & Related Services | 9/26/2023 | $8.75 |
| Intuit Payroll | Payroll & Related Services | 9/26/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 9/26/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 9/26/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 9/26/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 9/26/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 9/26/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 9/26/2023 | $5.25 |
| Intuit Payroll | Payroll & Related Services | 9/26/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 9/27/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 9/27/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 9/27/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 9/27/2023 | $928.25 |
| Intuit Payroll | Payroll & Related Services | 9/27/2023 | $5.25 |
| Intuit Payroll | Payroll & Related Services | 9/27/2023 | $2,028.65 |
| Intuit Payroll | Payroll & Related Services | 9/27/2023 | $5.25 |
| Intuit Payroll | Payroll & Related Services | 9/27/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 9/28/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 9/28/2023 | $1.75 |
| Intuit Payroll | Payroll & Related Services | 9/28/2023 | $1.75 |
| IRS | Payroll Taxes | 7/3/2023 | $41,370.30 |
| IRS | Payroll Taxes | 7/17/2023 | $34,971.76 |
| IRS | Payroll Taxes | 7/31/2023 | $40,282.88 |
| Koppelman & Associates | Production Services | 9/26/2023 | $38,280.00 |
| Leonard Carder, LLP | Legal | 8/22/2023 | $14,000.00 |
| Leonard Carder, LLP | Legal | 8/22/2023 | $5,525.00 |
| Leonard Carder, LLP | Legal | 8/22/2023 | $66.25 |
| Leonard Carder, LLP | Legal | 9/8/2023 | $861.25 |

In re International Longshore and Warehouse Union
Schedule 3
SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

|  | Reasons for payment or transfer | Dates of Payments | Total Amount |
|---|---|---|---|
| Leonard Carder, LLP | Legal | 9/8/2023 | $14,000.00 |
| Leonard Carder, LLP | Legal | 9/8/2023 | $5,000.00 |
| Leonard Carder, LLP | Legal | 9/28/2023 | $5,101.58 |
| Leonard Carder, LLP | Legal | 9/28/2023 | $14,000.00 |
| Leonard Carder, LLP | Legal | 9/28/2023 | $7,695.97 |
| Northwest Technologies LLC | Information Technologies | 8/24/2023 | $62,220.94 |
| Northwest Technologies LLC | Information Technologies | 8/25/2023 | $1,675.00 |
| Northwest Technologies LLC | Information Technologies | 8/29/2023 | $45.28 |
| Northwest Technologies LLC | Information Technologies | 9/25/2023 | $15,473.43 |
| Northwest Technologies LLC | Information Technologies | 9/27/2023 | $63,941.22 |
| PLMA | Rent | 7/7/2023 | $14,825.87 |
| PLMA | Rent | 8/14/2023 | $14,712.15 |
| PLMA | Rent | 9/25/2023 | $14,712.15 |
| PMA | Health & Welfare | 7/31/2023 | $9,465.15 |
| PMA | Health & Welfare | 8/15/2023 | $9,474.60 |
| PMA | Health & Welfare | 9/7/2023 | $9,474.60 |
| PMA | Health & Welfare | 9/26/2023 | $9,474.60 |
| PMA - Supplemental Disability | Health & Welfare | 9/21/2023 | $348.63 |
| Principal Mutual Life Ins. Co. | Insurance | 7/7/2023 | $149,892.05 |
| Principal Mutual Life Ins. Co. | Insurance | 9/22/2023 | $162,642.75 |
| Ryan Dowling | Expense Reimbursement | 9/22/2023 | $17,433.08 |
| Ryan Dowling | Expense Reimbursement | 9/27/2023 | $2,852.99 |
| SIC - Welfare Benefit Plan | Welfare Plans | 7/13/2023 | $3,563.80 |
| SIC - Welfare Benefit Plan | Welfare Plans | 8/8/2023 | $3,970.35 |
| SIC - Welfare Benefit Plan | Welfare Plans | 8/24/2023 | $3,970.35 |
| Southern California Edison | Utility | 9/4/2023 | $117.50 |
| The Westin Bayshore | Convention Deposit | 9/18/2023 | $16,181.51 |
| U.S. Postal Service - P&DC Station | Postage & Shipping | 7/31/2023 | $20,000.00 |
| U.S. Postal Service - P&DC Station | Postage & Shipping | 9/20/2023 | $20,000.00 |
| U.S. Postal Service  Pine st. Station | Postage & Shipping | 9/20/2023 | $600.00 |
| UNUM Life Insurance Co. | Insurance | 7/31/2023 | $3,806.97 |
| UNUM Life Insurance Co. | Insurance | 8/25/2023 | $2,397.10 |
| UNUM Life Insurance Co. | Insurance | 9/18/2023 | $3,605.56 |

In re International Longshore and Warehouse Union
Schedule 4
SOFA Part 2, Question 4 - Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders

| Insider Name | Address1 | Address2 | City | State | Zip | Relationship to Debtor | Reasons for Payment | Dates of Payments | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 10/14/2022 | $ 6,311.72 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 10/28/2022 | $ 6,311.72 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 11/11/2022 | $ 4,000.00 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | PTO Payout Per Policy | 11/9/2022 | $ 2,828.35 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 11/10/2022 | $ 6,311.72 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 11/16/2022 | $ 6,311.72 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 11/16/2022 | $ 4,000.00 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 12/13/2022 | $ 6,311.72 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 12/20/2022 | $ 6,311.72 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 12/20/2022 | $ 4,000.00 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | PTO Payout Per Policy | 12/20/2022 | $ 2,828.35 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 1/11/2023 | $ 6,311.72 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 1/23/2023 | $ 6,311.72 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 1/23/2023 | $ 4,000.00 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 2/10/2023 | $ 6,311.72 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 2/21/2023 | $ 6,311.72 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 2/21/2023 | $ 4,000.00 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | PTO Payout Per Policy | 2/21/2023 | $ 2,828.35 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 3/8/2023 | $ 6,311.72 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 3/24/2023 | $ 6,311.72 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 3/24/2023 | $ 4,000.00 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 4/11/2023 | $ 6,311.72 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 4/25/2023 | $ 6,311.72 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 4/25/2023 | $ 4,000.00 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | PTO Payout Per Policy | 4/27/2023 | $ 2,828.35 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 5/10/2023 | $ 6,311.72 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 5/24/2023 | $ 6,311.72 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 5/24/2023 | $ 4,000.00 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 6/12/2023 | $ 6,311.72 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 6/28/2023 | $ 6,311.72 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 6/28/2023 | $ 4,000.00 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 7/12/2023 | $ 6,311.72 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 7/27/2023 | $ 6,311.72 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 7/27/2023 | $ 4,000.00 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 8/1/2023 | $ 4,614.25 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 8/11/2023 | $ 6,311.72 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 8/23/2023 | $ 1,909.04 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 8/28/2023 | $ 6,584.44 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 8/28/2023 | $ 4,000.00 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 9/13/2023 | $ 6,584.44 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 9/25/2023 | $ 4,000.00 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 9/27/2023 | $ 6,584.44 |
| William E Adams | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | PTO Payout Per Policy | 9/28/2023 | $ 2,954.35 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 10/14/2022 | $ 6,134.69 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 10/28/2022 | $ 6,134.69 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 10/28/2022 | $ 4,000.00 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 11/14/2022 | $ 6,134.69 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 11/25/2022 | $ 6,134.69 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 11/25/2022 | $ 4,000.00 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 12/13/2022 | $ 6,134.69 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 12/28/2022 | $ 6,134.69 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 12/28/2022 | $ 4,000.00 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 1/12/2023 | $ 6,134.69 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | PTO Payout Per Policy | 1/12/2023 | $ 3,982.86 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 1/27/2023 | $ 6,134.69 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 1/27/2023 | $ 4,000.00 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 2/13/2023 | $ 6,134.69 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 2/27/2023 | $ 6,134.69 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 2/27/2023 | $ 4,000.00 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Expense Reimbursemnt | 3/8/2023 | $ 283.15 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 3/13/2023 | $ 6,134.69 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 3/29/2023 | $ 6,134.69 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 3/29/2023 | $ 4,000.00 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | PTO Payout Per Policy | 4/7/2023 | $ 1,962.00 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 4/13/2023 | $ 6,134.69 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 4/27/2023 | $ 6,134.69 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 4/27/2023 | $ 4,000.00 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 5/12/2023 | $ 6,134.69 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 5/26/2023 | $ 6,134.69 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 5/26/2023 | $ 4,000.00 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | PTO Payout Per Policy | 5/26/2023 | $ 3,668.94 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 6/13/2023 | $ 6,134.69 |

In re International Longshore and Warehouse Union
Schedule 4
SOFA Part 2, Question 4 - Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders

| Insider Name | Address1 | Address2 | City | State | Zip | Relationship to Debtor | Reasons for Payment | Dates of Payments | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 6/28/2023 | $ 6,134.69 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 6/28/2023 | $ 4,000.00 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 7/13/2023 | $ 6,134.69 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 7/27/2023 | $ 6,134.69 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 7/27/2023 | $ 4,000.00 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Expense Reimbursemnt | 8/3/2023 | $ 1,227.45 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 8/11/2023 | $ 6,134.69 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 8/23/2023 | $ 2,016.97 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 8/28/2023 | $ 6,399.52 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 8/28/2023 | $ 4,000.00 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 9/13/2023 | $ 6,399.52 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 9/25/2023 | $ 4,000.00 |
| Edwin R Ferris | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 9/27/2023 | $ 6,399.52 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 10/14/2022 | $ 6,134.69 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 10/28/2022 | $ 6,134.69 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 10/28/2022 | $ 4,000.00 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 11/14/2022 | $ 6,134.69 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 11/25/2022 | $ 6,134.69 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 11/25/2022 | $ 4,000.00 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 12/13/2022 | $ 6,134.69 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | PTO Payout Per Policy | 12/20/2022 | $ 5,493.60 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 12/28/2022 | $ 6,134.69 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 12/28/2022 | $ 4,000.00 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 1/12/2023 | $ 6,134.69 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 1/27/2023 | $ 6,134.69 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 1/27/2023 | $ 4,000.00 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 2/13/2023 | $ 6,134.69 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 2/27/2023 | $ 6,134.69 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 2/27/2023 | $ 4,000.00 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 3/13/2023 | $ 6,134.69 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 3/29/2023 | $ 6,134.69 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 3/29/2023 | $ 4,000.00 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 4/13/2023 | $ 6,134.69 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 4/27/2023 | $ 6,134.69 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 4/27/2023 | $ 4,000.00 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 5/12/2023 | $ 6,134.69 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 5/18/2023 | $ 2,746.80 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 5/26/2023 | $ 6,134.69 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 5/26/2023 | $ 4,000.00 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 6/13/2023 | $ 6,134.69 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | PTO Payout Per Policy | 6/20/2023 | $ 2,746.80 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 6/28/2023 | $ 6,134.69 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 6/28/2023 | $ 4,000.00 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 7/13/2023 | $ 6,134.69 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 7/27/2023 | $ 6,134.69 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 7/27/2023 | $ 4,000.00 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 8/11/2023 | $ 6,134.69 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | PTO Payout Per Policy | 8/16/2023 | $ 2,746.80 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 8/23/2023 | $ 2,220.26 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 8/28/2023 | $ 6,399.52 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 8/28/2023 | $ 4,000.00 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 9/13/2023 | $ 6,399.52 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 9/25/2023 | $ 4,000.00 |
| Paul (Sam) K Kreutz | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 9/27/2023 | $ 6,399.52 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 10/14/2022 | $ 6,134.69 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | PTO Payout Per Policy | 10/21/2022 | $ 10,987.20 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 10/28/2022 | $ 6,134.69 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 10/28/2022 | $ 4,000.00 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 11/14/2022 | $ 6,134.69 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 11/25/2022 | $ 6,134.69 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 11/25/2022 | $ 4,000.00 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 12/13/2022 | $ 6,134.69 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 12/28/2022 | $ 6,134.69 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 12/28/2022 | $ 4,000.00 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 01/12/2023 | $ 6,134.69 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 01/27/2023 | $ 6,134.69 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 01/27/2023 | $ 4,000.00 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 02/13/2023 | $ 6,134.69 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 02/27/2023 | $ 6,134.69 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 02/27/2023 | $ 4,000.00 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 03/13/2023 | $ 6,134.69 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 03/29/2023 | $ 6,134.69 |

In re International Longshore and Warehouse Union
Schedule 4
SOFA Part 2, Question 4 - Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders

| Insider Name | Address1 | Address2 | City | State | Zip | Relationship to Debtor | Reasons for Payment | Dates of Payments | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 03/29/2023 | $ 4,000.00 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 04/13/2023 | $ 6,134.69 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 04/27/2023 | $ 6,134.69 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 04/27/2023 | $ 4,000.00 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 05/12/2023 | $ 6,134.69 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 05/26/2023 | $ 6,134.69 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 05/26/2023 | $ 4,000.00 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 06/13/2023 | $ 6,134.69 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 06/28/2023 | $ 6,134.69 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 06/28/2023 | $ 4,000.00 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 07/13/2023 | $ 6,134.69 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 07/27/2023 | $ 6,134.69 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 07/27/2023 | $ 4,000.00 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | PTO Payout Per Policy | 08/03/2023 | $ 10,987.20 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 08/11/2023 | $ 6,134.69 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 08/23/2023 | $ 2,342.41 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 08/28/2023 | $ 4,000.00 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 08/28/2023 | $ 6,399.52 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 09/13/2023 | $ 6,399.52 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Payroll | 09/27/2023 | $ 6,399.52 |
| Robert Olvera, Jr. | 1188 Franklin Street | 4th Floor | San Francisco | CA | 94109 | Officer | Housing Allowance | 09/25/2023 | $ 4,000.00 |

In re International Longshore and Warehouse Union
Schedule 7
SOFA Part 3, Question 7 - Legal actions, administrative proceedings, etc. to which the debtor is or was a party within one year of commencement of this case

| Case Title and Case Number | Nature of Case | Location | Status of Case |
|---|---|---|---|
| *Belaustegui v. International Longshore and Warehouse Union, et al.* (Case No. 23-55094) | Civil | 9th Cir. | Appeal Pending |
| *Bragg, et al. v. Pacific Maritime Association, et al.* (Case No. 19STCV35714) | Civil | County of Los Angeles Superior Court | Pending |
| *Centerline v. IBU, et al.* (Case No. 1ccv-22-156) | Civil | Haw. Cir. Court | Dismisssed |
| *East Oakland Stadium Alliance, et al. v. Bay Conservation & Dev. Comm'n* (Case No. 22-cv-015323) | Civil | Alameda County Superior Court | Stayed |
| *IAM Dist. Lodge 160 v. International Longshore and Warehouse Union, et al.* (Case No. 21-cv-01288) | Civil | N.D. Cal. | Stayed |
| *IAM Dist. Lodge 160 v. International Longshore and Warehouse Union, et al.* (NLRB Case No. 19-CD-303801) | Civil | NLRB Action | Awaiting Decision |
| *ICTSI Oregon, Inc. v. International Longshore and Warehouse Union, et al.* (Case No. 12-cv-01058) | Civil | Dist. Oregon | Pending |
| *International Longshore and Warehouse Union, et al. v. National Labor Relations Board* (Case No. 23-632) | Civil | 9th Cir. | Appeal Pending |
| *Samson Tug and Barge, Co., Inc. v. International Longshore and Warehouse Union, et al.* (Case No. 20-cv-00108) | Civil | Dist. Alaska | Dismisssed |
| *Walsh v. International Longshore and Warehouse Union* (Case No. 19-cv-02103) | Civil | N.D. Cal. | Pending |

| Recipient's Name | Description of the Gifts or Contributions | Date of Gift | Value |
|---|---|---|---|
| Maritime Union of Australia | Donation to Australian Wildfire Support Fund | 1/8/2020 | $ 10,697 |
| UMWA 2021 Strike Fund | Donation in support of their Unfair Labor Practice Strike against Warrior Met Coal in Alabama | 6/3/2021 | $ 5,000 |
| ILWU Local 6 | Donation in support of Lockout at Stratas Foods in Fresno, CA | 6/3/2021 | $ 10,000 |
| Global Health Partners | Gift for Syringes sent to Cuba and End the Embargo | 7/26/2021 | $ 10,000 |
| Western Union Business Solutions | Financial Support for Dockworkers Fremantle Qube Australia - MUA | 9/8/2021 | $ 10,000 |
| Coast Longshore Division | International Portion of 2020 Sponsorship Event - Alex's Lemonade Stand Foundation | 1/20/2021 | $ 2,500 |
| Seal Members of IDC | ULB - Wire Transfer to SEAL - in support of their Crisis (Portugal Dock Workers) | 2/9/2021 | $ 18,781 |
| Coast Longshore Division | Sponsorship Donation Millers Children's Hospital half the Cost | 6/9/2021 | $ 5,000 |
| ILWU GOLF | Four (4) Tickets in Charitable Golf Tournament | 6/9/2021 | $ 1,100 |
| International Seafarers Center | Maritime Industry Salute Dinner Benefiting the Seafarers | 8/27/2021 | $ 1,500 |
| Labor Community Services | Donation: Dolores Huerta Virtual Spirit Award | 9/8/2021 | $ 3,000 |
| Coast Longshore Division | International's Portion of 2021 Sponsorship Event - Alex's Lemonade Stand Foundation | 12/8/2021 | $ 2,500 |
| Library Program | 280 Constitutions for Library program | 12/31/2021 | $ 1,467 |
| Kings Cathedral | Donation for Maui Wildfires | 8/10/2023 | $ 10,000 |
| Maui Fire Sufferers | Donations purchased at Costco for Maui Wildfires | 8/10/2023 | $ 10,685 |
| ILWU Local 142 | Donation for the Maui Fire Fund 2023 | 8/14/2023 | $ 50,000 |
| ILWU Local 1222 Members | Gift for 50 New Charter Members | 9/4/2023 | $ 12,000 |
| Labor Community Services | Donation for Dolores Huerta Spirit Awards | 9/29/2023 | $ 6,000 |