SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
GIANNA SEGRETTI, Cal. Bar No. 323645
KORAY ERBASI, Cal. Bar No. 332877
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
Email: okatz@sheppardmullin.com
gsegretti@sheppardmullin.com
kerbasi@sheppardmullin.com

Attorneys for ICTSI Oregon, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>Debtor. | Case No. 23-30662<br><br>Chapter 11 Proceeding<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: October 4, 2023<br>Time: 10:00 a.m.<br>Place: Via Zoom<br><br>The Hon. Hannah L. Blumenstiel |

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Mateo, State of California. My business address is 1540 El Camino Real, Suite 120 Menlo Park, California 94025.

On October 3, 2023, I served copies of the following document(s) described as follows:

**ICTSI OREGON, INC.'S RESPONSE AND RESERVATION OF RIGHTS RE DEBTOR'S FIRST DAY MOTIONS**

**DECLARATION OF MICHAEL GARONE IN SUPPORT OF ICTSI OREGON, INC.'S RESPONSE AND RESERVATION OF RIGHTS RE DEBTOR'S FIRST DAY MOTIONS**

on the interested parties in this action as follows:

SMRH:4867-4741-8244.1                                                    CERTIFICATE OF SERVICE

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

- Jared A. Day, jared.a.day@usdoj.gov
- Christina Lauren Goebelsmann, christina.goebelsmann@usdoj.gov
- Debra I. Grassgreen, dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Jolene Kramer, jkramer@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Office of the U.S. Trustee / SF, USTPRegion17.SF.ECF@usdoj.gov
- Jason Rosell, jrosell@pszjlaw.com, mrenck@pszjlaw.com
- Mark M. Sharf, mark@sharflaw.com, sharf00@gmail.com;sharf1000@gmail.com; C188@ecfcbis.com; msharf00@gmail.com; 2180473420@filings.docketbird.com
- Phillip John Shine, phillip.shine@usdoj.gov

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address egarcia@sheppardmullin.com or to the persons at the e-mail addresses listed in the Service List. Except as noted below, I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY MAIL:** On October 4, 2023 I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

**Responsible Individual**
William E. Adams
1188 Franklin St., 4th Fl.
San Francisco, CA 94109

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 4, 2023 at Gilroy, California.

/s/ Elizabeth S. Garcia
Elizabeth Sierra Garcia