In re:  Case No. 23-30662-HLB

International Longshore and Warehouse Un  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-3      User: admin      Page 1 of 3

Date Rcvd: Oct 02, 2023      Form ID: STC11V      Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | International Longshore and Warehouse Union, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6898 |
| rspi | + | William E. Adams, 1188 Franklin St., 4th Fl., San Francisco, CA 94109-6800 |
| 15545865 | + | AT&T, PO Box 5075, Carol Stream, IL 60197-5075 |
| 15545863 | + | Alexandra Jurczak, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15545864 | + | Angelica Ayala, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15545866 | + | Bobby Olvera, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15545867 | + | Bridget Wack, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15545868 | + | California Advocacy, Marvin Pineda, 943 Chestnut Lane, Davis, CA 95616-2411 |
| 15545869 | | Carlos Cordon, 1188 Franklin Street, 4th Street, San Francisco, CA 94109 |
| 15545870 | | Century Link, PO Box 91155, Bainbridge Island, WA 98110 |
| 15545871 | + | Clarissa Hernando Avila, c/o Gillian Thomas, 125 Broad Street, New York, NY 10004-2400 |
| 15545872 | + | Debra Keith, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15545873 | + | Donna Walden, 3939 Old Pali Road, Honolulu, HI 96817-1001 |
| 15545874 | + | Edwin Ferris, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15545875 | + | Endanicha Bragg, c/o Gillian Thomas, 125 Broad Street, New York, NY 10004-2400 |
| 15545876 | | Evan McLaughlin, 1188 Franklin Street, 4th Street, San Francisco, CA 94109 |
| 15545877 | | Hei Mitchell, 1153 Orcas Avenue, Sylmar, CA 91342 |
| 15545878 | + | Heidi Merriman, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15545879 | + | Holiday Inn Golden Gateway, 1500 Van Ness Avenue, San Francisco, CA 94109-4606 |
| 15545880 | | IAM District Lodge 160, c/o David A. Rosenfeld, 13755 55th Street, Emeryville, CA 94608 |
| 15545881 | + | ICTSI Oregon, Inc., c/o Jeffrey S. Eden, 1211 SW 5th Avenue, Suite 1900, Portland, OR 97204-3719 |
| 15545900 | + | ILWU-Local 5, 917 SW Oak Street, Suite 206, Portland, OR 97205-2805 |
| 15545914 | | International Association of Machinist, & Aerospace Workers, c/o David A. Rosenfeld, 13755 55th Street, Emeryville, CA 94608 |
| 15545915 | + | Jonathan Brier, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15545916 | + | Kaiaunna Smith, c/o Gillian Thomas, 125 Broad Street, New York, NY 10004-2400 |
| 15545918 | + | Leon Belaustegui, c/o Derek Anderson, 1901 First Avenue, Suite 216, San Diego, CA 92101-2382 |
| 15545919 | + | Lindsay Nicholas, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15545920 | | Local Lodge 289, c/o David A. Rosenfeld, 13755 55th Street, Emeryville, CA 94608 |
| 15546052 | + | Marisol Romero, c/o Gillian Thomas, 125 Broad Street, New York, NY 10004-2400 |
| 15546053 | | Martin J. Walsh, Secretary of Labor, c/o Kenneth Brakehill, 450 Golden Gate Ave, Box 36055, San Diego, CA 92101 |
| 15546073 | + | Matthew Yamamoto, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15546074 | + | Megan Russo-Kahn, c/o Gillian Thomas, 125 Broad Street, New York, NY 10004-2400 |
| 15546075 | + | Merlita Crespin, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15546076 | + | Nick Rous, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15546077 | + | Northwest Technologies, 222 Front Street, Suite 400, San Francisco, CA 94111-4420 |
| 15546078 | + | Office & Professional Employee, International Union (OPEIU), Local 29, 7677 Oakport Street, Suite 480, Oakland, CA 94621-1929 |
| 15546082 | + | PLMA, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15546079 | + | Pacific Maritime Association, 555 Market Street, San Francisco, CA 94105-5801 |
| 15546080 | + | Pacific Media Workers Guild, CWA Local 39521, 433 Natoma Street, Suite 250, San Francisco, CA 94103-2940 |
| 15546081 | + | Paul Sam Kreutz, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15546083 | | Rebecca Contreras, 1188 Franklin Street, 4th Street, San Francisco, CA 94109 |
| 15546084 | + | Robin Walker, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15546085 | | Roy San Fillippo, 1188 Franklin Street, 4th Street, San Francisco, CA 94109 |
| 15546086 | + | Royalene Awa, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15546087 | + | Ryan Dowling, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15546088 | | Ryan Takas, 1188 Franklin Street, 4th Street, San Francisco, CA 94109 |
| 15546089 | + | Sentinel-XAOM, 3030 Bridgeway, Suite 232, Sausalito, CA 94965-3813 |
| 15546091 | + | The Seattle Labor Temple, Inc., 5030 1st Avenue S, Seattle, WA 98134-2422 |

| | | |
|---|---|---|
| 15546092 | + | Tracy Plummer, c/o Gillian Thomas, 125 Broad Street, New York, NY 10004-2400 |
| 15546093 | + | Vital Records Control, 574 Eccles Avenue, South San Francisco, CA 94080-1905 |
| 15546094 | | Westin Bayshore, Vancouver, 1601 Bayshore Drive, Vancouver, British Columbia, Canada V6G3E7 |
| 15546095 | | Wil Chang, 1188 Franklin Street, 4th Street, San Francisco, CA 94109 |

TOTAL: 52

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15546090 | Email/Text: bankruptcygroup@sce.com | Oct 03 2023 01:12:00 | Southern California Edison, 2244 Walnut Grove Avenue, Rosemead, CA 91770 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | International Association of Machinists |
| cr | | Machinists District Lodge 160 |
| cr | | Machinists District Lodge 190 |
| cr | | Machinists Local Lodge 289 |
| 15545917 | *+ | Kaiaunna Smith, c/o Gillian Thomas, 125 Broad Street, New York, NY 10004-2400 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Debra I. Grassgreen | on behalf of Debtor International Longshore and Warehouse Union dgrassgreen@pszjlaw.com hphan@pszjlaw.com |
| Jared A. Day | on behalf of U.S. Trustee Office of the U.S. Trustee / SF jared.a.day@usdoj.gov |
| Jason Rosell | on behalf of Debtor International Longshore and Warehouse Union jrosell@pszjlaw.com mrenck@pszjlaw.com |
| Jolene Kramer | on behalf of Creditor International Association of Machinists jkramer@unioncounsel.net bankruptcycourtnotices@unioncounsel.net |
| Mark M. Sharf | mark@sharflaw.com msharf00@gmail.com;sharf1000@gmail.com;C188@ecfcbis.com;msharf00@gmail.com;2180473420@filings.docketbird.com |

Office of the U.S. Trustee / SF  USTPRegion17.SF.ECF@usdoj.gov

Phillip John Shine  on behalf of U.S. Trustee Office of the U.S. Trustee / SF phillip.shine@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re:    International Longshore and Warehouse Union | Case No.: 23−30662 HLB 11 |
|    dba ILWU | Chapter: 11 |
|       Debtor(s) | |

**ORDER SETTING (A) STATUS CONFERENCE; (B) CLAIMS BAR DATE;
(C) DEADLINE FOR ELECTION UNDER 11 U.S.C. § 1111(b)(2);
AND (D) OTHER DEADLINES
(FOR USE ONLY IN CASES UNDER SUBCHAPTER V OF CHAPTER 11)**

. In accordance with Subchapter V of Chapter 11 of Title 11 of the United States Code, the court hereby **ORDERS** as follows:

1. The court will convene a status conference on **November 16, 2023** at **10:00 AM** at **Via Tele/Videoconference, www.canb.uscourts.gov/calendars** Debtor and Debtor's counsel shall appear. To arrange a telephonic appearance (where permitted by the presiding judge), please consult the court's Policy and Procedure for Appearances by Telephone, which is available on the court's website.

2. At least 14 days prior to the date of the foregoing status conference, Debtor shall file the report required by 11 U.S.C. § 1188(c) and shall serve that report on the case or standing trustee, the United States Trustee, and all parties in interest.

3. Within 14 days following entry of the order for relief, Debtor shall serve notice of the commencement of this case to any entity known to be holding money or property subject to withdrawal or order of the Debtor. Fed. R. Bankr. P. 2015(a)(4).

4. Not later than 90 days following entry of the order for relief, Debtor shall file and serve a plan. 11 U.S.C. § 1189(b). Such plan shall conform to the requirements of 11 U.S.C. §§ 1190 and 1191, along with the applicable provisions of 11 U.S.C. §§ 1123 and 1129. Unless otherwise ordered in specific cases, use of Official Form 425A is mandatory in this district.

5. The court expects compliance with 11 U.S.C. §§ 1187(a), 1116(1)(A), and 1116(1)(B), which require a Debtor in a voluntary case filed under Subchapter V of Title 11 to file and serve the following documents with the petition for relief:

    a. Debtor's most recent balance sheet;
    b. Debtor's most recent statement of operations;
    c. Debtor's cash−flow statement; and
    d. Debtor's most recent federal income tax return.

    If Debtor has not prepared one or more of the foregoing documents or, in the case of a federal income tax return, has not filed such a return, then in lieu of such document(s) and/or return, 11 U.S.C. §§ 1187(a), 1116(1)(A), and 1116(1)(B) require the Debtor to file with the petition for relief a declaration attesting to that fact under penalty of perjury.

6. Any secured creditor that wishes to make an election under 11 U.S.C. § 1111(b)(2) shall do so no later than 10 days following the filing of the plan.

7. Notwithstanding B.L.R. 3003−1, and except as provided in Fed. R. Bankr. P. 3002(c), creditors other than governmental units shall file proof of their claim or interest not later than 70 days following entry of the order for relief. 11 U.S.C. § 502(b)(9) and Fed. R. Bankr. P. 3002(c)(1) shall govern the timing of the filing of proof of claims by governmental units.

8.   Within 14 days following substantial consummation of any confirmed plan, Debtor shall file, and shall serve on the case or standing trustee, the United States Trustee, and all parties in interest a notice of substantial consummation. 11 U.S.C. § 1183(c)(2).

9.   If this case was commenced with the filing of an involuntary petition, then Debtor shall:

    a.   comply with Fed. R. Bankr. P. 1007(d) within 2 days following entry of the order for relief;
    b.   comply with Fed. R. Bankr. P. 1007(a)(2) within 7 days following entry of the order for relief;
    c.   comply with 11 U.S.C. §§ 1187(a), 1116(1)(A), and 1116(1)(B) within 7 days following entry of the order for relief by filing the following documents:

        i.   Debtor's most recent balance sheet;
        ii.   Debtor's statement of operations;
        iii.   Debtor's cash-flow statement; and
        iv.   Debtor's most recent federal income tax return.

If Debtor has not prepared one or more of the foregoing documents or, in the case of a federal income tax return, has not filed such a return, then in lieu of such document(s) and/or return, Debtor shall file and serve within 7 days following entry of the order for relief a declaration attesting to that fact under penalty of perjury; and

    d.   comply with Fed. R. Bankr. P. 1020(a) and 1007(c) within 14 days following entry of the order for relief.

10.   Failure to comply with this order may result in the imposition of sanctions against Debtor or Debtor's counsel. In the court's discretion, these sanctions might include, but are not limited to, conversion or dismissal of this case, appointment of a trustee, and/or monetary sanctions.

Dated: 10/2/23

By the Court:

Hannah L. Blumenstiel
United States Bankruptcy Judge