PACHULSKI STANG ZIEHL & JONES LLP
Debra I. Grassgreen (CA Bar No. 169978)
Jason H. Rosell (CA Bar No. 269126)
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
jrosell@pszjlaw.com

[Proposed] Counsel to the Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>INTERNATIONAL LONGSHORE<br>AND WAREHOUSE UNION,<br><br>Debtor. | Case No. 23-30662 (HLB)<br><br>Chapter 11<br><br>**NOTICE OF SECOND HEARING ON DEBTOR'S FIRST DAY MOTIONS**<br><br>Hearing Date:<br><br>Date: November 9, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom / Telephonic<br>Judge: Hon. Hannah L. Blumenstiel |

**PLEASE TAKE NOTICE** that the second hearing to consider the relief requested in the Employee Motion [Docket No. 7] and Cash Management Motion [Docket No. 8] (together, the "First Day Motions")[1] filed by the above-captioned debtor (the "Debtor") will be held on **November 9, 2023 at 10:00 a.m. (Pacific Time)** (the "Second Day Hearing"), or as soon thereafter as the matter may be heard, before the Honorable Hannah L. Blumenstiel, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that each interested party opposing or responding to the First Day Motions must file and serve their response no later than **November 2, 2023**. Failure to timely object may be deemed by the Court to constitute consent to the relief requested in the First Day Motions. No opposition shall exceed 10 pages, absent prior leave of the Court. This page limit

---

[1] A capitalized term used but not defined herein shall have the meaning ascribed to it in the First Day Motions.

shall not apply to declarations or requests for judicial notice that might be filed in support of any opposition. Absent good cause, any untimely opposition will not be considered.

**PLEASE TAKE FURTHER NOTICE** that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by Zoom video or telephone. All interested parties should consult the Bankruptcy Court's website (https://www.canb.uscourts.gov/) for information explaining how to arrange an appearance at a video/telephonic hearing. If you have questions about how to appear at the court hearing and participate in the video hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Court's website.

Dated:   October 5, 2023            **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Jason Rosell*
Debra I. Grassgreen
Jason H. Rosell

*[Proposed] Counsel to the Debtor*