# REQUEST TO RECEIVE NOTICE
# OF ELECTRONIC FILING (NEF)

**Name**:

**Mailing Address** (required):

**Telephone Number**:

**Email Address** (to receive NEF, required):

NEFs are requested for the following Bankruptcy Case

**Name of Debtor**                                **Case Number**

**Type of NEF Email** (select one, required):

   Daily Summary (one email per day with a summary of filed documents in a case or AP)

   Separate Email (one email for each filed document in a case or AP)

Date:

Signature