Debra I. Grassgreen (CA Bar No. 169978)
Jason H. Rosell (CA Bar No. 269126)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
jrosell@pszjlaw.com

[Proposed] Counsel for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>Debtor. | Case No. 23-30662-HLB<br><br>Chapter 11<br><br>**SUPPLEMENTAL DECLARATION OF LANCE MILLER IN SUPPORT OF APPLICATION TO EMPLOY PALADIN MANAGEMENT GROUP, LLC AS FINANCIAL ADVISOR FOR THE DEBTOR *NUNC PRO TUNC* TO THE PETITION DATE**<br><br>[No Hearing Required] |

Lance Miller, being duly sworn, deposes and says:

1. I make this supplemental declaration in support of the application (the "Application")[1] filed by the above-captioned debtor and debtor in possession (the "Debtor") to employ Paladin Management Group, LLC ("Paladin") as financial advisor, effective as of the Petition Date.

2. Paladin was retained by the Debtor and ILWU Coast Longshore Division ("Coast") through an original retention agreement dated July 27, 2023 (the "Original Engagement Agreement"). The Original Engagement Agreement required payment of a retainer equal to $50,000 (the "Original Retainer"), which was paid by Coast on July 31, 2023. Paladin commenced providing services under the Original Engagement Agreement following receipt of the Original Retainer.

---
[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

3. On September 8, 2023, Paladin and the Debtor entered into a revised and restated Engagement Agreement (the "Revised Engagement Agreement") which, among other things, restated the scope of Paladin's services and removed Coast as a client. The Revised Engagement Agreement required payment of a total retainer equal to $150,000. The Debtor and Coast directed Paladin to apply the Original Retainer towards this obligation, and on September 12, 2023, the Debtor paid an additional $100,000 to Paladin bringing the total retainer to $150,000 as required under the Revised Engagement Agreement.

4. On September 13, 2023, Paladin delivered an invoice to the Debtor for services rendered between July 27, 2023 and August 31, 2023, totaling $82,378. The invoice applied the retainer balance towards the invoiced amounts, leaving a retainer balance of $67,622.

5. On September 25, 2023, the Debtor paid Paladin an additional retainer totaling $150,000, increasing the retainer balance to $217,622.

6. On September 29, 2023 – one day before the Petition Date – Paladin delivered an invoice to the Debtor for services rendered between September 1, 2023 and September 29, 2023, totaling $190,883. The invoice applied the retainer balance towards the invoiced amounts, leaving a retainer balance of $26,738.

7. The table below summarizes the transactions discussed above.

| Date | Description | Credit | Debit | Net Amt. |
|---|---|---|---|---|
| 07/31/2023 | Retainer | 50,000 | | 50,000 |
| 09/12/2023 | Retainer | 100,000 | | 150,000 |
| 09/13/2023 | Invoice No. 100749 re Professional Fees from 7/27/23 - 8/31/23 | | (82,378) | 67,622 |
| 09/25/2023 | Retainer | 150,000 | | 217,622 |
| 09/29/2023 | Invoice No. 100772 re Professional Fees from 9/1/23 - 9/29/23 | | (190,883) | 26,738 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 5th day of October, 2023, at Los Angeles, California.

*Lance Miller*