In re:                                                                                          Case No. 23-30662-HLB

International Longshore and Warehouse Un                                                        Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-3                                                      User: admin                                                     Page 1 of 3

Date Rcvd: Oct 03, 2023                                      Form ID: 309F2                                    Total Noticed: 66

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | International Longshore and Warehouse Union, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6898 |
| aty | + | Christina Lauren Goebelsmann, Department of Justice, 450 Golden Gate Ave., 5th Floor, Ste 05-0153 San Francisco, CA 94102-3431 |
| aty | + | Debra I. Grassgreen, Pachulski Stang Ziehl & Jones LLP, One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4448 |
| aty | + | Jolene Kramer, Weinberg Roger & Rosenfeld, 1375 55th Street, Emeryville, CA 94608-2609 |
| aty | + | Phillip John Shine, DOJ-Ust, 280 South First St., Suite 268, San Jose, CA 95113-3004 |
| rspi | + | William E. Adams, 1188 Franklin St., 4th Fl., San Francisco, CA 94109-6800 |
| 15545865 | + | AT&T, PO Box 5075, Carol Stream, IL 60197-5075 |
| 15545863 | + | Alexandra Jurczak, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15545864 | + | Angelica Ayala, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15545866 | + | Bobby Olvera, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15545867 | + | Bridget Wack, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15545868 | + | California Advocacy, Marvin Pineda, 943 Chestnut Lane, Davis, CA 95616-2411 |
| 15545869 | | Carlos Cordon, 1188 Franklin Street, 4th Street, San Francisco, CA 94109 |
| 15545870 | | Century Link, PO Box 91155, Bainbridge Island, WA 98110 |
| 15545871 | + | Clarissa Hernando Avila, c/o Gillian Thomas, 125 Broad Street, New York, NY 10004-2400 |
| 15545872 | + | Debra Keith, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15545873 | + | Donna Walden, 3939 Old Pali Road, Honolulu, HI 96817-1001 |
| 15545874 | + | Edwin Ferris, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15545875 | + | Endanicha Bragg, c/o Gillian Thomas, 125 Broad Street, New York, NY 10004-2400 |
| 15545876 | | Evan McLaughlin, 1188 Franklin Street, 4th Street, San Francisco, CA 94109 |
| 15545877 | | Hei Mitchell, 1153 Orcas Avenue, Sylmar, CA 91342 |
| 15545878 | + | Heidi Merriman, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15545879 | + | Holiday Inn Golden Gateway, 1500 Van Ness Avenue, San Francisco, CA 94109-4606 |
| 15545880 | | IAM District Lodge 160, c/o David A. Rosenfeld, 13755 55th Street, Emeryville, CA 94608 |
| 15545881 | + | ICTSI Oregon, Inc., c/o Jeffrey S. Eden, 1211 SW 5th Avenue, Suite 1900, Portland, OR 97204-3719 |
| 15545900 | + | ILWU-Local 5, 917 SW Oak Street, Suite 206, Portland, OR 97205-2805 |
| 15545914 | | International Association of Machinist, & Aerospace Workers, c/o David A. Rosenfeld, 13755 55th Street, Emeryville, CA 94608 |
| 15545915 | + | Jonathan Brier, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15545916 | + | Kaiaunna Smith, c/o Gillian Thomas, 125 Broad Street, New York, NY 10004-2400 |
| 15546233 | + | Koppelman & Associates, 2419 Jefferson Avenue, Berkeley, CA 94703-1621 |
| 15545918 | + | Leon Belaustegui, c/o Derek Anderson, 1901 First Avenue, Suite 216, San Diego, CA 92101-2382 |
| 15545919 | + | Lindsay Nicholas, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15545920 | | Local Lodge 289, c/o David A. Rosenfeld, 13755 55th Street, Emeryville, CA 94608 |
| 15546052 | + | Marisol Romero, c/o Gillian Thomas, 125 Broad Street, New York, NY 10004-2400 |
| 15546053 | | Martin J. Walsh, Secretary of Labor, c/o Kenneth Brakehill, 450 Golden Gate Ave, Box 36055, San Diego, CA 92101 |
| 15546073 | + | Matthew Yamamoto, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15546074 | + | Megan Russo-Kahn, c/o Gillian Thomas, 125 Broad Street, New York, NY 10004-2400 |
| 15546075 | + | Merlita Crespin, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15546076 | + | Nick Rous, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15546077 | + | Northwest Technologies, 222 Front Street, Suite 400, San Francisco, CA 94111-4420 |
| 15546078 | + | Office & Professional Employee, International Union (OPEIU), Local 29, 7677 Oakport Street, Suite 480, Oakland, CA 94621-1929 |
| 15546082 | + | PLMA, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15546079 | + | Pacific Maritime Association, 555 Market Street, San Francisco, CA 94105-5801 |
| 15546080 | + | Pacific Media Workers Guild, CWA Local 39521, 433 Natoma Street, Suite 250, San Francisco, CA 94103-2940 |
| 15546081 | + | Paul Sam Kreutz, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15546083 | | Rebecca Contreras, 1188 Franklin Street, 4th Street, San Francisco, CA 94109 |
| 15546084 | + | Robin Walker, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15546085 | | Roy San Fillippo, 1188 Franklin Street, 4th Street, San Francisco, CA 94109 |

| | | |
|---|---|---|
| 15546086 | + | Royalene Awa, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15546087 | + | Ryan Dowling, 1188 Franklin Street, 4th Floor, San Francisco, CA 94109-6800 |
| 15546088 | | Ryan Takas, 1188 Franklin Street, 4th Street, San Francisco, CA 94109 |
| 15546089 | + | Sentinel-XAOM, 3030 Bridgeway, Suite 232, Sausalito, CA 94965-3813 |
| 15546091 | + | The Seattle Labor Temple, Inc., 5030 1st Avenue S, Seattle, WA 98134-2422 |
| 15546092 | + | Tracy Plummer, c/o Gillian Thomas, 125 Broad Street, New York, NY 10004-2400 |
| 15546093 | + | Vital Records Control, 574 Eccles Avenue, South San Francisco, CA 94080-1905 |
| 15546094 | | Westin Bayshore, Vancouver, 1601 Bayshore Drive, Vancouver, British Columbia, Canada V6G3E7 |
| 15546095 | | Wil Chang, 1188 Franklin Street, 4th Street, San Francisco, CA 94109 |

TOTAL: 57

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: jared.a.day@usdoj.gov | Oct 04 2023 01:32:00 | Jared A. Day, Office of the U.S. Trustee, 300 Booth St. #3009, Reno, NV 89509-1362 |
| aty | | Email/Text: jrosell@pszjlaw.com | Oct 04 2023 01:27:00 | Jason Rosell, Pachulski Stang Ziehl & Jones LLP, One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436 |
| tr | | Email/Text: mark@sharflaw.com | Oct 04 2023 01:27:00 | Mark M. Sharf, 6080 Center Dr., #600, Los Angeles, CA 90045 |
| smg | | Email/Text: itcdbg@edd.ca.gov | Oct 04 2023 01:33:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Oct 04 2023 01:33:00 | CA Franchise Tax Board, Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | + | Email/Text: itcdbg@edd.ca.gov | Oct 04 2023 01:33:00 | Chief Tax Collection Section, Employment Development Section, P.O. Box 826203, Sacramento, CA 94230-0001 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 04 2023 01:33:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Oct 04 2023 01:33:00 | Office of the U.S. Trustee / SF, Phillip J. Burton Federal Building, 450 Golden Gate Ave. 5th Fl., #05-0153, San Francisco, CA 94102-3402 |
| 15546090 | | Email/Text: bankruptcygroup@sce.com | Oct 04 2023 01:33:00 | Southern California Edison, 2244 Walnut Grove Avenue, Rosemead, CA 91770 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | International Association of Machinists |
| cr | | Machinists District Lodge 160 |
| cr | | Machinists District Lodge 190 |
| cr | | Machinists Local Lodge 289 |
| 15545917 | *+ | Kaiaunna Smith, c/o Gillian Thomas, 125 Broad Street, New York, NY 10004-2400 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2023                                       Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Christina Lauren Goebelsmann | on behalf of U.S. Trustee Office of the U.S. Trustee / SF christina.goebelsmann@usdoj.gov |
| Debra I. Grassgreen | on behalf of Debtor International Longshore and Warehouse Union dgrassgreen@pszjlaw.com hphan@pszjlaw.com |
| Jared A. Day | on behalf of U.S. Trustee Office of the U.S. Trustee / SF jared.a.day@usdoj.gov |
| Jason Rosell | on behalf of Debtor International Longshore and Warehouse Union jrosell@pszjlaw.com mrenck@pszjlaw.com |
| Jolene Kramer | on behalf of Creditor International Association of Machinists jkramer@unioncounsel.net bankruptcycourtnotices@unioncounsel.net |
| Mark M. Sharf | mark@sharflaw.com msharf00@gmail.com;sharf1000@gmail.com;C188@ecfcbis.com;msharf00@gmail.com;2180473420@filings.docketbird.com |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| Phillip John Shine | on behalf of U.S. Trustee Office of the U.S. Trustee / SF phillip.shine@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | International Longshore and Warehouse Union <br> Name | EIN: | 94–0577594 |
| United States Bankruptcy Court | California Northern Bankruptcy Court | Date case filed for chapter: | 11  9/30/23 |
| Case number: | 23–30662 | | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

AMENDED **Notice of Chapter 11 Bankruptcy Case**  10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | International Longshore and Warehouse Union | |
| 2. | **All other names used in the last 8 years** | dba ILWU | |
| 3. | **Address** | 1188 Franklin Street <br> 4th Floor <br> San Francisco, CA 94109 | |
| 4. | **Debtor's attorney** <br> Name and address | Jason Rosell <br> Pachulski Stang Ziehl & Jones LLP <br> One Sansome Street <br> 34th Floor, Suite 3430 <br> San Francisco, CA 94104–4436 | Contact phone  415–263–7000 |
| 5. | **Bankruptcy trustee** <br> Name and address | Mark M. Sharf <br> 6080 Center Dr., #600 <br> Los Angeles, CA 90045 | Contact phone  818–961–7170 <br> Email:  mark@sharflaw.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at "https://pacer.uscourts.gov. | **Mailing Address:** <br> U.S. Bankruptcy Court <br> 450 Golden Gate Avenue, 18th Fl. <br> Mail Box 36099 <br> San Francisco, CA 94102 | Hours open: <br> Monday – Friday 9:00 am to 4:30 pm <br><br> Contact phone  (888) 821–7606 <br><br> Date: 10/3/23 |

**For more information, see page 2**

| 7. | Meeting of creditors | October 24, 2023 at 09:00 AM | **Via Tele/Videoconference** |
|---|---|---|---|
| | The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Mark M. Sharf<br>Call in number/URL: 1−877−991−8832<br>Passcode: 4101242 |
| | **Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government−issued photo identification and proof of social security number to the trustee at the meeting of creditors. **Failure to Appear May Result in the Dismissal of the Case without further notice.** A request for a continuance or to be excused from appearing must be made in writing at least 7 days before the meeting, timely filed with the court at the address above in box 6 and served by mail on the trustee at the address above in box 5. | | |

| 8. | **Proof of claim deadline** | **Deadline for filing proof of claim:** | |
|---|---|---|---|
| | For a bankruptcy case pending in the Northern District of California, a Proof of Claim may be filed electronically online at www.canb.uscourts.gov In the Quick Links section, click on "File an Electronic Proof of Claim." | **For all creditors (except a governmental unit):** | 12/11/23 |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | | Your claim will be allowed in the amount scheduled unless: | |
| | | • your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. | |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | | You may review the schedules at the bankruptcy clerk's office or online at pacer.uscourts.gov. | |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |

| 9. | **Exception to discharge deadline** | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. |
|---|---|---|
| | The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | **Deadline for filing the complaint:** |

| 10. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 11. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. |
|---|---|---|

| 12. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying thefiling fee in the bankruptcy clerk's office by the deadline. |
|---|---|---|

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)            **Notice of Chapter 11 Bankruptcy Case**            page 2

Case: 23-30662    Doc# 46    Filed: 10/05/23    Entered: 10/05/23 21:12:16    Page 5 of 5