PACHULSKI STANG ZIEHL & JONES LLP
Debra I. Grassgreen (CA Bar No. 169978)
Jason H. Rosell (CA Bar No. 269126)
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
jrosell@pszjlaw.com

*[Proposed] Counsel to the Debtor*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA,
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>INTERNATIONAL LONGSHORE<br>AND WAREHOUSE UNION,<br><br>Debtor. | Case No. 23-30662 (HLB)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON DEBTOR'S MOTION FOR ENTRY OF ORDER (I) AUTHORIZING EMPLOYMENT AND PAYMENT OF PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS AND (II) GRANTING RELATED RELIEF**<br><br>Hearing Date:<br><br>Date: November 9, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom / Telephonic<br>Judge: Hon. Hannah L. Blumenstiel |

**PLEASE TAKE NOTICE** that, on October 7, 2023, the International Longshore and Warehouse Union ("ILWU" or "Debtor"), the above-captioned debtor and debtor in possession, filed its *Motion for Entry of Order (I) Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 47] (the "OCP Motion").

**PLEASE TAKE NOTICE** that, on November 9, 2023, at 10:00 a.m., or as soon thereafter as the matter may be heard, the Honorable Hannah L. Blumenstiel, United States Bankruptcy Judge, will conduct a hearing on the OCP Motion. The OCP Motion seeks the entry of an order (a)

authorizing, but not directing, the Debtor to employ and pay its ordinary course professionals without the necessity of a separate, formal retention application approved by this Court for each ordinary course professional; and (b) authorizing, but not directing, the Debtor to pay the ordinary course professionals for post-petition services rendered and expenses incurred without the necessity of additional court approval.

**PLEASE TAKE FURTHER NOTICE** that each interested party opposing or responding to the OCP Motion must file and serve their response no later than **November 2, 2023**. Failure to timely object may be deemed by the Court to constitute consent to the relief requested in the OCP Motion.

**PLEASE TAKE FURTHER NOTICE** that copies of the OCP Motion can be obtained by contacting the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website (https://www.canb.uscourts.gov/) for information explaining how to arrange an appearance at a video/telephonic hearing. If you have questions about how to appear at the court hearing and participate in the video hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Court's website.

Dated: October 7, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Jason Rosell*
Debra I. Grassgreen
Jason H. Rosell

*[Proposed] Counsel to the Debtor*