

Signed and Filed: October 11, 2023

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

PACHULSKI STANG ZIEHL & JONES LLP
Debra I. Grassgreen (CA Bar No. 169978)
Jason H. Rosell (CA Bar No. 269126)
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
jrosell@pszjlaw.com

[Proposed] Counsel to the Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>Debtor. | Case No. 23-30662-HLB<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE DEBTOR EFFECTIVE AS OF SEPTEMBER 30, 2023**<br><br>[No Hearing Required] |

On October 3, 2023, Debtor filed an *Application to Employ Pachulski Stang Ziehl & Jones LLP as Counsel to the Debtor* (the "Application") [Docket No. 29]. There being no opposition, and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED**.

2. Debtor is authorized to employ Pachulski Stang Ziehl & Jones LLP ("Counsel") as general bankruptcy counsel, effective as of September 30, 2023.

3. Counsel shall place the unearned balance of any initial retainer in Counsel's trust account. Notwithstanding any agreement to the contrary, fees may not be considered earned until work is performed at Counsel's normal hourly rate. Counsel may draw funds out of the trust account as they are earned for services benefitting the estate only. No order of Court is necessary.

4. Counsel shall accept no further funds from Debtor beyond the initial retainer without an authorizing court order.

5. All funds paid to Counsel in connection with the representation approved pursuant to this order are subject to review and final approval by the Court.

6. Any terms contained in Counsel's engagement agreement with the Debtor that are contrary to the Bankruptcy Code or Rules are void.

7. Counsel shall file applications for approval of fees and expenses in accordance with 11 U.S.C. §§ 326-331 (as applicable); Fed. R. Bankr. Proc. 2016(a), 2002(a), (c), and (k); B.L.R. 9014-1(b)(1); and the Northern District's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees (available on the court website at http://www.canb.uscourts.gov/). Fee applications that do not comply with the foregoing authority may be denied.

8. The terms of this order may be modified only upon notice to all creditors and the U.S. Trustee, and only after an actual hearing, regardless of whether there is any opposition.

** END OF ORDER **