PACHULSKI STANG ZIEHL & JONES LLP
Debra I. Grassgreen (CA Bar No. 169978)
Jason H. Rosell (CA Bar No. 269126)
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
jrosell@pszjlaw.com

*Counsel to the Debtor*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>Debtor. | Case No. 23-30662 (HLB)<br><br>Chapter 11<br><br>**NOTICE OF AGREED PROPOSED CONFIRMATION SCHEDULE**<br><br>Scheduling Conference:<br><br>Date: October 19, 2023<br>Time: 1:00 p.m. (Pacific Time)<br>Place: Zoom / Telephonic<br>Judge: Hon. Hannah L. Blumenstiel |

**PLEASE TAKE NOTICE** that, on October 2, 2023, the above-captioned debtor and debtor in possession (the "Debtor") filed its *Plan of Reorganization for Small Business Under Chapter 11* [Docket No. 18] (the "Plan").

**PLEASE TAKE FURTHER NOTICE** that, at a hearing convened on October 4, 2023, the Court (1) set **October 19, 2023 at 1:00 p.m. (Pacific Time)** as a scheduling conference (the "Scheduling Conference") to discuss a date and time for convening a confirmation hearing, deadlines for briefing in advance of the confirmation hearing, and deadlines for conducting any discovery that might be necessary prior to the confirmation hearing (collectively, the "Scheduling Issues"); and (2) ordered the Debtor, ICTSI (Oregon), Inc. ("ICTSI"), the subchapter V trustee Mark Sharf (the "Subchapter V Trustee"), and an attorney from the Office of the United States Trustee

(the "UST" and collectively, the "Scheduling Parties") to meet and confer by telephone or video prior to the Scheduling Conference to discuss the Scheduling Issues.

**PLEASE TAKE FURTHER NOTICE** that, on October 16, 2023, the Scheduling Parties met and conferred via Zoom to discuss the Scheduling Issues. Subsequent to the meet and confer, the Debtor and ICTSI reached agreement on a schedule concerning the confirmation hearing and related discovery and briefing.[1] The agreed proposed confirmation schedule is set forth in the table below.

| Event | Date |
|---|---|
| Deadline to File First Amended Plan | 11/2/2023 |
| Deadline to Serve Plan / Ballots (by email on ICTSI counsel) | 11/3/2023 |
| Deadline to Serve Discovery Requests | 12/1/2023 |
| Deadline to Serve Written Responses to Discovery Requests | 14-days after service |
| Deadline to Begin Rolling Document Production | 14-days after service |
| Deadline to Substantially Complete Document Production | 21-days after service |
| Fact Discovery Deadline | 12/22/2023 |
| Voting Deadline | 1/5/2023 |
| Ballot Summary | 1/9/2024 |
| Plan Objection Deadline | 1/15/2024 |
| Deadline to File Witness and Exhibit Lists | 1/25/2024 |
| Confirmation Brief / Reply | 1/25/2024 |
| Confirmation Hearing | 2/1/2024 |

Dated: October 18, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Jason Rosell*
Debra I. Grassgreen
Jason H. Rosell

*Counsel to the Debtor*

---

[1] The Debtor understands that the UST and Subchapter V Trustee do not take a position with respect to the confirmation schedule.