PACHULSKI STANG ZIEHL & JONES LLP
Debra I. Grassgreen (CA Bar No. 169978)
Jason H. Rosell (CA Bar No. 269126)
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
jrosell@pszjlaw.com

*Counsel to the Debtor*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION<br><br>Debtor. | Case No. 23-30662-HB<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

|     |     |
| --- | --- |
| 1   | STATE OF CALIFORNIA      ) |
| 2   | CITY OF SAN FRANCISCO    ) |

I, Matt Renck, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436.

On October 25, 2023, I caused to be served the following documents in the manner stated below:

- ***Debtor's Motion for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals***

- ***Notice of Hearing on Debtor's Motion for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals***

| | |
|---|---|
| ☒ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On October 2, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☒ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☒ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October 26, 2023 at San Francisco, California.

*/s/ Matt Renck*
*Legal Assistant*

**SERVED VIA NEF**

- **Jared A. Day**   jared.a.day@usdoj.gov
- **Christina Lauren Goebelsmann**   christina.goebelsmann@usdoj.gov
- **Ori Katz**   okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **Jolene Kramer**   jkramer@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Office of the U.S. Trustee / SF**   USTPRegion17.SF.ECF@usdoj.gov
- **Mark M. Sharf**   mark@sharflaw.com, msharf00@gmail.com; sharf1000@gmail.com; C188@ecfcbis.com; msharf00@gmail.com; 2180473420@filings.docketbird.com
- **Phillip John Shine**   phillip.shine@usdoj.gov

**SERVED VIA US MAIL**

| | | |
|---|---|---|
| Alexandra Jurczak<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 | Angelica Ayala<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 | AT&T<br>PO Box 5075<br>Carol Stream, IL 60197 |
| Bobby Olvera<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 | Bridget Wack<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 | California Advocacy<br>Marvin Pineda<br>943 Chestnut Lane<br>Davis, CA 95616 |
| Carlos Cordon<br>1188 Franklin Street, 4th Street<br>San Francisco, CA 94109 | Century Link<br>PO Box 91155<br>Seattle, WA 98111-9255 | ILWU-Local 5<br>917 SW Oak Street, Suite 206<br>Portland, OR 97205 |
| Debra Keith<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 | Donna Walden<br>3939 Old Pali Road<br>Honolulu, HI 96817 | Edwin Ferris<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 |
| Lindsay Nicholas<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 | Evan McLaughlin<br>1188 Franklin Street, 4th Street<br>San Francisco, CA 94109 | Hei Mitchell<br>1153 Orcas Avenue<br>Sylmar, CA 91342 |
| Heidi Merriman<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 | Holiday Inn Golden Gateway<br>1500 Van Ness Avenue<br>San Francisco, CA 94109 | Matthew Yamamoto<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 |
| Jonathan Brier<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 | Westin Bayshore, Vancouver<br>1601 Bayshore Drive<br>Vancouver, British Columbia<br>Canada V6G3E7 | Koppelman & Associates<br>2419 Jefferson Avenue<br>Berkeley, CA 94703 |
| Vital Records Control<br>574 Eccles Avenue<br>South San Francisco, CA 94080 | Merlita Crespin<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 | Nick Rous<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 |
| Northwest Technologies<br>222 Front Street, Suite 400<br>San Francisco, CA 94111 | Office & Professional Employee International Union (OPEIU), Local 29<br>7677 Oakport Street, Suite 480<br>Oakland, CA 94621 | Pacific Maritime Association<br>555 Market Street<br>San Francisco, CA 94105 |

| | | |
|---|---|---|
| Pacific Media Workers Guild<br>CWA Local 39521<br>433 Natoma Street, Suite 250<br>San Francisco, CA 94103 | Paul Sam Kreutz<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 941 | PLMA<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 |
| Rebecca Contreras<br>1188 Franklin Street, 4th Street<br>San Francisco, CA 94109 | Robin Walker<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 | Roy San Fillippo<br>1188 Franklin Street, 4th Street<br>San Francisco, CA 94109 |
| Royalene Awa<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 | Ryan Dowling<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 | Ryan Takas<br>1188 Franklin Street, 4th Street<br>San Francisco, CA 94109 |
| Sentinel-XAOM<br>3030 Bridgeway, Suite 232<br>Sausalito, CA 94965 | Southern California Edison<br>2244 Walnut Grove Avenue<br>Rosemead, CA 91770 | The Seattle Labor Temple, Inc.<br>5030 1st Avenue S<br>Seattle, WA 98134 |
| Wil Chang<br>1188 Franklin Street, 4th Street<br>San Francisco, CA 94109 | IRS P.O. Box 7346<br>Philadelphia, PA 19101−7346 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880 Sacramento, CA 94280−0001 |
| CA Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812−2952 | United Business Bank<br>2 Harrison Street, Suite 158<br>San Francisco, CA 94105 | Community Bank of the Bay<br>180 Grand Avenue<br>Suite 120/1550<br>Oakland, CA 94612 |
| William E. Adams<br>1188 Franklin St., 4th Fl.<br>San Francisco, CA 94109 | Alaska Longshore Division<br>P.O. Box 241054<br>Douglas, AK 99824 | American Radio Association<br>1400 Chapel Street #43<br>Santa Clara, UT 84765 |
| Federated Auxiliaries 01<br>2064 Sheridan Ave<br>Monroe, OR 97456 | Federated Auxiliaries 02<br>2120 Herbig Ave<br>Aberdeen, WA 98520 | Federated Auxiliaries 03<br>1021 32nd St NW<br>Puyallup, WA 98371 |
| Federated Auxiliaries 04<br>3922 Autumn Way<br>Mount Vernon, WA 98273 | Federated Auxiliaries 05<br>2435 NW Front Ave<br>Portland, OR 97209 | Federated Auxiliaries 08<br>P.O. Box 1044<br>Wilmington, CA 90748 |
| Federated Auxiliaries 14<br>617 14th Ave<br>Longview, WA 98632 | Federated Auxiliaries 17<br>1523 Kirkwood Ave<br>San Francisco, CA 94124 | Federated Auxiliaries 35<br>1306 Alexander Avener, E<br>Tacoma, WA 98424 |
| Federated Auxiliaries 38<br>1706 Alder St SE<br>Lacey, WA 98503 | Federated Auxiliaries 41<br>PO Box 87<br>Wofford Heights, CA 93285 | Federated Auxiliaries Northern CA Area<br>1306 Alexander Ave East<br>Tacoma, WA 98424 |
| Federated Auxiliaries Oregon Area<br>94831 Haynes Way Ln<br>North Bend, OR 97459 | Federated Auxiliaries Southern CA Area<br>PO Box 6391<br>San Pedro, CA 90734 | Federated Auxiliaries Washington Area<br>1306 Alexander Ave East<br>Tacoma, WA 98424 |

4

| | | |
|---|---|---|
| Grain Workers Union Local 333<br>103-3989 Henning Dr<br>Burnaby, B.C. V5C 6P8 | ILWU 517<br>P.O. Box 28164, RPO West Pender<br>Vancouver, B.C. V6C 3T7 | ILWU Local 04<br>1205 Ingalls St<br>Vancouver, WA 98660 |
| ILWU Local 06<br>99 Hegenberger Rd<br>Oakland, CA 94621 | ILWU Local 07<br>807 North State St<br>Bellingham, WA 98225 | ILWU Local 08<br>P.O. Box 98926<br>Seattle, WA 98198 |
| ILWU Local 09<br>P.O. Box 98926<br>Seattle, WA 98198 | ILWU Local 10<br>400 North Point St<br>San Francisco, CA 94133 | ILWU Local 100<br>451 Atkinson Dr.<br>Honolulu, HI 96814 |
| ILWU Local 1000<br>99-079 Kauhale Street<br>Aiea, HI 96701 | ILWU Local 12<br>2064 Sheridan Ave<br>Coos Bay, OR 97420 | ILWU Local 1222<br>P.O. Box 33074<br>Juneau, AK 99803 |
| ILWU Local 13<br>630 S Centre St<br>San Pedro, CA 90731 | ILWU Local 14<br>1126 5th St<br>Eureka, CA 95501 | ILWU Local 142<br>451 Atkinson Dr<br>Honolulu, HI 96814 |
| ILWU Local 160<br>P.O. Box 17387<br>Honolulu, HI 96817 | ILWU Local 18<br>P.O. Box 980068<br>West Sacramento, CA 95798 | ILWU Local 19<br>3440 E Marginal Way South<br>Seattle, WA 98134 |
| ILWU Local 20<br>300 Falcon St<br>Wilmington, CA 90744 | ILWU Local 200<br>P.O. Box 240674<br>Douglas, AK 99824 | ILWU Local 21<br>617 14th Ave, Suite B<br>Longview, WA 98632 |
| ILWU Local 22<br>P.O. Box 1652<br>Tacoma, WA 98401 | ILWU Local 23<br>1306 Alexander Ave East<br>Tacoma, WA 98424 | ILWU Local 24<br>3105 John Stevens Way<br>Hoquiam, WA 98550 |
| ILWU Local 25<br>P.O. Box 157<br>Anacortes, WA 98221 | ILWU Local 26<br>5625 So Figueroa St<br>Los Angeles, CA 90037 | ILWU Local 27<br>608 Marine Dr<br>Port Angeles, WA 98363 |
| ILWU Local 28<br>2435 NW Front Ave<br>Portland, OR 97209 | ILWU Local 29<br>1000 Bay Marina Dr, Suite 102<br>National City, CA 91950 | ILWU Local 30<br>24001 Chaparral Ave<br>Boron, CA 93516 |
| ILWU Local 32<br>1016 Hewitt Ave<br>Everett, WA 98201 | ILWU Local 34<br>4 Berry Street<br>San Francisco, CA 94107 | ILWU Local 40<br>2401 NW 23rd Ave<br>Portland, OR 97210 |
| ILWU Local 400<br>120-111 Victoria Dr.<br>Vancouver, B.C. V5L 4C4 | ILWU Local 46<br>PO Box 100<br>Port Hueneme, CA 93041 | ILWU Local 47<br>P.O. Box 355<br>Olympia, WA 98507 |
| ILWU Local 50<br>491 Industry St<br>Astoria, OR 97103 | ILWU Local 500<br>100-111 Victoria Dr.<br>Vancouver, B.C. V5L 4C4 | ILWU Local 502<br>11828 Tannery Rd<br>Surrey, B.C. V3V 3W7 |
| ILWU Local 505<br>PO Box 505<br>Prince Rupert, B.C. V8J 3R2 | ILWU Local 508<br>PO Box 179<br>Chemainus, B.C. V0R 1K0 | ILWU Local 51<br>P.O. Box 125<br>Port Gamble, WA 98364 |

| ILWU Local 514<br>4045 First Ave<br>Burnaby, B.C. V5C 3W5 | ILWU Local 519<br>P.O. Box 213<br>Stewart, B.C. V0T 1W0 | ILWU Local 52<br>2414 SW Andover St, Suite E-110<br>Seattle, WA 98106 |
|---|---|---|
| ILWU Local 520<br>1000-1130 West Pender<br>Vancouver, B.C. V6E 4A4 | ILWU Local 522<br>180-111 Victoria Dr<br>Vancouver, B.C. V5L 4C4 | ILWU Local 523<br>PO BOX 523<br>Prince Rupert, B.C. V8J 2Y4 |
| ILWU Local 53<br>606 SW 13th St<br>Newport, OR 97365 | ILWU Local 54<br>22 North Union St<br>Stockton, CA 95205 | ILWU Local 56<br>316 W 7th St<br>San Pedro, CA 90731 |
| ILWU Local 63<br>350 W 5th St, Suite 200<br>San Pedro, CA 90731 | ILWU Local 63 OCU<br>6615 E Pacific Coast Hwy, Suite 250<br>Long Beach, CA 90803 | ILWU Local 65<br>28364 S Western Ave, #451<br>Pacific Palisades, CA 90272 |
| ILWU Local 68<br>P.O. Box 1485<br>San Pedro, CA 90733 | ILWU Local 91<br>1851 Embarcadero Rd<br>Oakland, CA 94606 | ILWU Local 92<br>215 W 12th St, Suite 200<br>Vancouver, WA 98660 |
| ILWU Local 94<br>180 E. Ocean Blvd., Ste 1020<br>Long Beach, CA 90802 | ILWU Local 98<br>22613 Pacific Hwy S, Suite 302,<br>Seattle, WA 98198 | Inlandboatmen's Union of the Pacific<br>5215 Ballard Ave NW, Suite 5<br>Seattle, WA 98107 |
| Northern California District Council<br>1188 Franklin St, Suite 400<br>San Francisco, CA 94109 | Oregon Area District Council<br>2435 NW Front Ave<br>Portland, OR 97209 | ILWU Local 75<br>14 Embarcadero Cove<br>Oakland, CA 94606 |
| Southern California District Council<br>350 W 5th St, Suite 208<br>San Pedro, CA 90731 | Washington Area District Council<br>3440 Marginal Way SSeattle, WA 98134 | |

**SERVED VIA EMAIL**

| Client(s) | Attorney | Email |
|---|---|---|
| Clarissa Hernando Avila<br>Endanicha Bragg<br>Kaiaunna Smith<br>Marisol Romero<br>Megan Russo-Kahn<br>Tracy Plummer | Gillian Thomas | gthomas@aclu.org |
| IAM District Lodge 160<br>International Association of Machinist & Aerospace Workers | David A. Rosenfeld | drosenfeld@unioncounsel.net |

6

| Local Lodge 289 | | |
| --- | --- | --- |
| ICTSI Oregon, Inc. | Jeffrey S. Eden | jeden@schwabe.com |
| Leon Belaustegui | Derek Anderson | anderson_dt@hotmail.com |
| Martin J. Walsh, Secretary of Labor | Kenneth Brakehill | kenneth.brakebill@usdoj.gov |