

Signed and Filed: November 3, 2023

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

PACHULSKI STANG ZIEHL & JONES LLP
Debra I. Grassgreen (CA Bar No. 169978)
Jason H. Rosell (CA Bar No. 269126)
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
jrosell@pszjlaw.com

*Counsel to the Debtor*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>INTERNATIONAL LONGSHORE, AND WAREHOUSE UNION,<br><br>Debtor. | Case No. 23-30662-HLB<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION PURSUANT TO 11 U.S.C. § 362 CONSENTING TO RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO ENDANICHA BRAGG, TRACY PLUMMER, MARISOL ROMERO, KAIAUNNA SMITH, MEGAN RUSSO-KAHN, AND CLARISSA HERNANDO, AVILA ET AL.** |

Upon consideration of the *Stipulation Pursuant to 11 U.S.C. § 362 Consenting to Relief From the Automatic Stay With Respect to Endanicha Bragg, Tracy Plummer, Marisol Romero, Kaiaunna Smith, Megan Russo-Kahn, and Clarissa Hernando Avila, et al.* [Docket No. 63] (the "Stipulation"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and consideration of the Stipulation and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Stipulation having been provided; and the Court having determined that the Stipulation is in the

best interest of the Parties, their creditors and all other parties in interest; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is lifted solely with respect to the Bragg Case.

3. This Order is without prejudice to the Debtor's right to seek to reimpose the automatic stay at a later date.

4. This Order shall be fully effective and enforceable immediately upon its entry. The stay otherwise imposed by Bankruptcy Rule 4001(a)(3) is waived.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**\*\* END OF ORDER \*\***

Court Service List

1. Registered ECF participants.