PACHULSKI STANG ZIEHL & JONES LLP
Debra I. Grassgreen (CA Bar No. 169978)
Jason H. Rosell (CA Bar No. 269126)
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
jrosell@pszjlaw.com

[Proposed] Counsel to the Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION<br><br>Debtor. | Case No.: 23-30662-HB<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: November 9, 2023<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom / Telephonic<br>Judge: Hon. Hannah L. Blumenstiel |

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Matt Renck, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436.

On October 5, 2023, I caused to be served the following documents in the manner stated below:

- *Notice of Second Hearing on Debtor's First Day Motions*

| ☒ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On October 2, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below<br>• **Jared A. Day**  jared.a.day@usdoj.gov<br>• **Office of the U.S. Trustee / SF**  USTPRegion17.SF.ECF@usdoj.gov<br>• **Phillip John Shine**  phillip.shine@usdoj.gov |
|---|---|
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☒ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 8, 2023 at San Francisco, California.

*/s/ Matt Renck*
*Legal Assistant*

**SERVED VIA US MAIL**

| | | |
|---|---|---|
| Alexandra Jurczak<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 | Angelica Ayala<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 | AT&T<br>PO Box 5075<br>Carol Stream, IL 60197 |
| Bobby Olvera<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 | Bridget Wack<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 | California Advocacy<br>Marvin Pineda<br>943 Chestnut Lane<br>Davis, CA 95616 |
| Carlos Cordon<br>1188 Franklin Street, 4th Street<br>San Francisco, CA 94109 | Century Link<br>PO Box 91155<br>Bainbridge Island, WA 98110 | Clarissa Hernando Avila<br>c/o Gillian Thomas<br>125 Broad Street<br>New York, NY 10004 |
| Debra Keith<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 | Donna Walden<br>3939 Old Pali Road<br>Honolulu, HI 96817 | Edwin Ferris<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 |
| Endanicha Bragg<br>c/o Gillian Thomas<br>125 Broad Street<br>New York, NY 10004 | Evan McLaughlin<br>1188 Franklin Street, 4th Street<br>San Francisco, CA 94109 | Hei Mitchell<br>1153 Orcas Avenue<br>Sylmar, CA 91342 |
| Heidi Merriman<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 | Holiday Inn Golden Gateway<br>1500 Van Ness Avenue<br>San Francisco, CA 94109 | IAM District Lodge 160<br>c/o David A. Rosenfeld<br>1375 55th Street<br>Emeryville, CA 94608 |
| ICTSI Oregon, Inc.<br>c/o Jeffrey S. Eden<br>1211 SW 5th Avenue, Suite 1900<br>Portland, OR 97204 | ILWU-Local 5<br>917 SW Oak Street, Suite 206<br>Portland, OR 97205 | International Association of<br>Machinist & Aerospace Workers<br>c/o David A. Rosenfeld<br>1375 55th Street<br>Emeryville, CA 94608 |
| Jonathan Brier<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 | Kaiaunna Smith<br>c/o Gillian Thomas<br>125 Broad Street<br>New York, NY 10004 | Koppelman & Associates<br>2419 Jeffreson Avenue<br>Berkeley, CA 94703 |
| Leon Belaustegui<br>c/o Derek Anderson<br>1901 First Avenue, Suite 216<br>San Diego, CA 92101 | Lindsay Nicholas<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 | Local Lodge 289<br>c/o David A. Rosenfeld<br>1375 55th Street<br>Emeryville, CA 94608 |
| Marisol Romero<br>c/o Gillian Thomas<br>125 Broad Street<br>New York, NY 10004 | Martin J. Walsh, Secretary of Labor<br>c/o Kenneth Brakehill<br>450 Golden Gate Ave<br>Box 36055<br>San Diego, CA 92101 | Matthew Yamamoto<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 |
| Megan Russo-Kahn<br>c/o Gillian Thomas<br>|125 Broad Street<br>New York, NY 10004 | Merlita Crespin<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 | Nick Rous<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 |

| | | |
|---|---|---|
| Northwest Technologies<br>222 Front Street, Suite 400<br>San Francisco, CA 94111 | Office & Professional Employee International Union (OPEIU), Local 29<br>7677 Oakport Street, Suite 480<br>Oakland, CA 94621 | Pacific Maritime Association<br>555 Market Street<br>San Francisco, CA 94105 |
| Pacific Media Workers Guild<br>CWA Local 39521<br>433 Natoma Street, Suite 250<br>San Francisco, CA 94103 | Paul Sam Kreutz<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 941 | PLMA<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 |
| Rebecca Contreras<br>1188 Franklin Street, 4th Street<br>San Francisco, CA 94109 | Robin Walker<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 | Roy San Fillippo<br>1188 Franklin Street, 4th Street<br>San Francisco, CA 94109 |
| Royalene Awa<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 | Ryan Dowling<br>1188 Franklin Street, 4th Floor<br>San Francisco, CA 94109 | Ryan Takas<br>1188 Franklin Street, 4th Street<br>San Francisco, CA 94109 |
| Sentinel-XAOM<br>3030 Bridgeway, Suite 232<br>Sausalito, CA 94965 | Southern California Edison<br>2244 Walnut Grove Avenue<br>Rosemead, CA 91770 | The Seattle Labor Temple, Inc.<br>5030 1st Avenue S<br>Seattle, WA 98134 |
| Tracy Plummer<br>c/o Gillian Thomas<br>125 Broad Street<br>New York, NY 10004 | Vital Records Control<br>574 Eccles Avenue<br>South San Francisco, CA 94080 | Westin Bayshore, Vancouver<br>1601 Bayshore Drive<br>Vancouver, British Columbia<br>Canada V6G3E7 |
| Wil Chang<br>1188 Franklin Street, 4th Street<br>San Francisco, CA 94109 | IRS P.O. Box 7346<br>Philadelphia, PA 19101−7346 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880 Sacramento, CA 94280−0001 |
| CA Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812−2952 | United Business Bank<br>2 Harrison Street, Suite 158<br>San Francisco, CA 94105 | Community Bank of the Bay<br>180 Grand Avenue<br>Suite 120/1550<br>Oakland, CA 94612 |
| William E. Adams<br>1188 Franklin St., 4th Fl.<br>San Francisco, CA 94109 | | |