# UNITED STATES BANKRUPTCY COURT
Northern District of California San Francisco

| | |
|---|---|
| In re:<br>　International Longshore and Warehouse Union,<br>　　　Debtor(s). | Case No.: 23-30662<br>Chapter: 11 |

## PROOF OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 11/09/2023, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

---

UNITED STATES TRUSTEE'S OPPOSITION TO DEBTOR'SCOMPENSATION PROCEDURES MOTION AND RESERVATION OF RIGHTS

---

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

11/09/2023

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

# Exhibit A - Certificate of Service
# International Longshore and Warehouse Union 23-30662

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 11892 | Alaska Longshore Division , P.O. Box 241054, Douglas, AK, 99824-1054 | First Class |
| 11892 | American Radio Association , 1400 Chapel Street #43, Santa Clara, UT, 84765-7002 | First Class |
| 11892 | Federated Auxiliaries 01 , 2064 Sheridan Ave, North Bend, OR, 97459-3303 | First Class |
| 11892 | Federated Auxiliaries 02 , 2120 Herbig Ave, Aberdeen, WA, 98520-1249 | First Class |
| 11892 | Federated Auxiliaries 03 , 1021 32nd St NW, Puyallup, WA, 98371-1934 | First Class |
| 11892 | Federated Auxiliaries 04 , 3922 Autumn Way, Mt Vernon, WA, 98273-9155 | First Class |
| 11892 | Federated Auxiliaries 05 , 2435 NW Front Ave, Portland, OR, 97209-1825 | First Class |
| 11892 | Federated Auxiliaries 08 , P.O. Box 1044, Wilmington, CA, 90748-1044 | First Class |
| 11892 | Federated Auxiliaries 14 , 617 14th Ave, Longview, WA, 98632-1603 | First Class |
| 11892 | Federated Auxiliaries 17 , 1523 Kirkwood Ave, San Francisco, CA, 94124-2110 | First Class |
| 11892 | Federated Auxiliaries 35 , 1306 Alexander Avener, E, Fife, WA, 98424-1150 | First Class |
| 11892 | Federated Auxiliaries 38 , 1706 Alder St SE, Olympia, WA, 98503-2735 | First Class |
| 11892 | Federated Auxiliaries 41 , P.O. Box 87, Wofford Heights, CA, 93285-0087 | First Class |
| 11892 | Federated Auxiliaries Northern California Ar, 1306 Alexander Ave East, Fife, WA, 98424-1150 | First Class |
| 11892 | Federated Auxiliaries Oregon Area , 94831 Haynes Way Ln, North Bend, OR, 97459-8544 | First Class |
| 11892 | Federated Auxiliaries Southern California Ar, P.O. Box 6391, San Pedro, CA, 90734-6391 | First Class |
| 11892 | Federated Auxiliaries Washington Area , 1306 Alexander Ave East, Fife, WA, 98424-1150 | First Class |
| 11892 | Grain Workers Union Local 333 , 1033989 Henning Dr, Burnaby,, BC, V5C 6P8, Canada | First Class |
| 11892 | ILWU Local 04 , 1205 Ingalls St, Vancouver, WA, 98660-2722 | First Class |
| 11892 | ILWU Local 06 , 99 Hegenberger Rd, Oakland, CA, 94621-1405 | First Class |
| 11892 | ILWU Local 07 , 807 North State St, Bellingham, WA, 98225-5018 | First Class |
| 11892 | ILWU Local 08 , P.O. Box 98926, Des Moines, WA, 98198-0926 | First Class |
| 11892 | ILWU Local 09 , P.O. Box 98926, Des Moines, WA, 98198-0926 | First Class |
| 11892 | ILWU Local 10 , 400 North Point Street, San Francisco, CA, 94133-1494 | First Class |
| 11892 | ILWU Local 100 , 451 Atkinson Dr., Honolulu, HI, 96814-4796 | First Class |
| 11892 | ILWU Local 1000 , 99079 Kauhale Street, Aiea, HI, 96701-4108 | First Class |
| 11892 | ILWU Local 12 , 2064 Sheridan Ave, North Bend, OR, 97459-3303 | First Class |
| 11892 | ILWU Local 1222 , P.O. Box 33074, Juneau, AK, 99803-3074 | First Class |
| 11892 | ILWU Local 13 , 630 S Centre St, San Pedro, CA, 90731-3328 | First Class |
| 11892 | ILWU Local 14 , 1126 5th St, Eureka, CA, 95501-1125 | First Class |
| 11892 | ILWU Local 142 , 451 Atkinson Dr., Honolulu, HI, 96814-4796 | First Class |
| 11892 | ILWU Local 160 , P.O. Box 17387, Honolulu, HI, 96817-0387 | First Class |
| 11892 | ILWU Local 18 , P.O. Box 980068, W Sacramento, CA, 95798-0068 | First Class |
| 11892 | ILWU Local 19 , 3440 E Marginal Way South, Seattle, WA, 98134-1132 | First Class |
| 11892 | ILWU Local 20 , 300 Falcon St, Wilmington, CA, 90744-6407 | First Class |
| 11892 | ILWU Local 200 , P.O. Box 240674, Douglas, AK, 99824-0674 | First Class |
| 11892 | ILWU Local 21 , 617 14th Ave, Suite B, Longview, WA, 98632-1603 | First Class |
| 11892 | ILWU Local 22 , P.O. Box 1652, Tacoma, WA, 98401-1652 | First Class |
| 11892 | ILWU Local 23 , 1306 Alexander Ave East, Fife, WA, 98424-1150 | First Class |
| 11892 | ILWU Local 24 , 3105 John Stevens Way, Hoquiam, WA, 98550-4240 | First Class |
| 11892 | ILWU Local 25 , P.O. Box 157, Anacortes, WA, 98221-0157 | First Class |
| 11892 | ILWU Local 26 , 5625 So Figueroa St, Los Angeles, CA, 90037-4037 | First Class |
| 11892 | ILWU Local 27 , 608 Marine Dr, Port Angeles, WA, 98363-2232 | First Class |
| 11892 | ILWU Local 28 , 2435 NW Front Ave, Portland, OR, 97209-1825 | First Class |
| 11892 | ILWU Local 29 , 1000 Bay Marina Dr, Suite 102, National City, CA, 91950-6302 | First Class |
| 11892 | ILWU Local 30 , 24001 Chaparral Ave, Boron, CA, 93516-1301 | First Class |
| 11892 | ILWU Local 32 , 1016 Hewitt Ave, Everett, WA, 98201-3915 | First Class |
| 11892 | ILWU Local 34 , 4 Berry St, San Francisco, CA, 94107-2103 | First Class |
| 11892 | ILWU Local 40 , 2401 NW 23rd Ave, Portland, OR, 97210-2196 | First Class |
| 11892 | ILWU Local 400 , 120111 Victoria Dr, Vancouver, BC, V5L 4C4, Canada | First Class |
| 11892 | ILWU Local 46 , P.O. Box 100, Port Hueneme, CA, 93044-0100 | First Class |
| 11892 | ILWU Local 47 , P.O. Box 355, Olympia, WA, 98507-0355 | First Class |
| 11892 | ILWU Local 50 , 491 Industry St, Astoria, OR, 97103-6307 | First Class |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 11892 | ILWU Local 500 , 100111 Victoria Dr, Vancouver, BC, V5L 4C4, Canada | **First Class** |
| 11892 | ILWU Local 502 , 11828 Tannery Rd, Surrey,, BC, V3V 3W7, Canada | **First Class** |
| 11892 | ILWU Local 505 , P.O. Box 505, Prince Rupert, BC, V8J 3R2, Canada | **First Class** |
| 11892 | ILWU Local 508 , PO BOX 179, Chemainus, BC , V0R 1K0, Canada | **First Class** |
| 11892 | ILWU Local 51 , P.O. Box 125, Port Gamble, WA, 98364-0125 | **First Class** |
| 11892 | ILWU Local 514 , 4045 First Ave, Burnaby,, BC, V5C 3W5, Canada | **First Class** |
| 11892 | ILWU Local 517 , P.O. Box 28164, RPO West Pender, Vancouver,, BC , V6C 3T7, Canada | **First Class** |
| 11892 | ILWU Local 519 , P.O. Box 213, Stewart, BC , V0T 1W0, Canada | **First Class** |
| 11892 | ILWU Local 52 , 2414 SW Andover St, Suite E110, Seattle, WA, 98106-1165 | **First Class** |
| 11892 | ILWU Local 520 , 10001130 West Pender, Vancouver, , BC,  V6E 4A4, Canada | **First Class** |
| 11892 | ILWU Local 522 , 180111 Victoria Dr, Vancouver, ,  BC,  V5L 4C4, Canada | **First Class** |
| 11892 | ILWU Local 523 , PO BOX 523, Prince Rupert, BC ,  V8J 2Y4, Canada | **First Class** |
| 11892 | ILWU Local 53 , 606 SW 13th St,, Newport, OR, 97365-4704 | **First Class** |
| 11892 | ILWU Local 54 , 22 North Union St, Stockton, CA, 95205-4988 | **First Class** |
| 11892 | ILWU Local 56 , 316 W 7th St, San Pedro, CA, 90731-3324 | **First Class** |
| 11892 | ILWU Local 63 , 350 W 5th St, Suite 200, San Pedro, CA, 90731-2752 | **First Class** |
| 11892 | ILWU Local 63 OCU , 6615 E Pacific Coast Hwy, Suite 250, Long Beach, CA, 90803-4225 | **First Class** |
| 11892 | ILWU Local 65 , 28364 S Western Ave., #451, Rancho Palos Verdes, CA, 90275-1434 | **First Class** |
| 11892 | ILWU Local 68 , P.O. Box 1485, San Pedro, CA, 90733-1485 | **First Class** |
| 11892 | ILWU Local 75 , 14 Embarcadero Cove, Oakland, CA, 94606-5211 | **First Class** |
| 11892 | ILWU Local 91 , 1851 Embarcadero Rd, Oakland, CA, 94606-5224 | **First Class** |
| 11892 | ILWU Local 92 , 215 W 12th St, Suite 200, Vancouver, WA, 98660-2905 | **First Class** |
| 11892 | ILWU Local 94 , 180 E. Ocean Blvd., Ste. 1020, Long Beach, CA, 90802-4710 | **First Class** |
| 11892 | ILWU Local 98 , 22613 Pacific Hwy S, Suite 302, Des Moines, WA, 98198-5110 | **First Class** |
| 11892 | Inlandboatmen's Union of the Pacific , 5215 Ballard Ave. NW, Suite 5, Seattle, WA, 98107-4838 | **First Class** |
| 11892 | Northern California District Council , 1188 Franklin St, Suite 400, San Francisco, CA, 94109-6852 | **First Class** |
| 11892 | Oregon Area District Council , 2435 NW Front Ave, Portland, OR, 97209-1825 | **First Class** |
| 11892 | Pacific Longshoremen's Memorial Associa, 1188 Franklin Street, 4th Floor, San Francisco, CA, 94109-6800 | **First Class** |
| 11892 | Paladin Management Group , 633 W. 5th St. 28th Floor, Los Angeles, CA, 90071-3502 | **First Class** |
| 11892 | Southern California District Council , 350 W 5th St, Suite 208, San Pedro, CA, 90731-2752 | **First Class** |
| 11892 | STATE COMP INS FUND, PO BOX 9102, PLEASANTON, CA, 94566-9102, United States of America | **First Class** |
| 11892 | Washington Area District Council , 3440 Marginal Way S, Seattle, WA, 98134-1132 | **First Class** |
| 11892 | William E. Adams , 1188 Franklin St., 4th Fl., San Francisco, CA, 94109-6800, United States of America | **First Class** |