## United States Bankruptcy Court
### Northern District of California

In re   **International Longshore and Warehouse Union**   Case No.   **23-30662-HLB**
Debtor(s)   Chapter   **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Summary of Assets and Liabilities**
**Schedule A/B: Assets - Real and Personal Property**

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:   **November 9, 2023**

/s/ Jason H. Rosell
**Jason H. Rosell**
Attorney for Debtor(s)
**Pachulski Stang Ziehl & Jones LLP**
**One Sansome Street, Suite 3420**
**San Francisco, CA 94104**
**415-263-7000 Fax:415-263-7010**
**jrosell@pszjlaw.com**

| Fill in this information to identify the case: |
|---|
| Debtor name  **International Longshore and Warehouse Union** |
| United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known)  **23-30662-HLB** |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals         12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................................  $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................................................................  $ **9,537,392.26**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................................  $ **9,537,392.26**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................  $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................  $ **191,670.68**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ **0.00**

4. **Total liabilities** ................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                                $ **191,670.68**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **International Longshore and Warehouse Union** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **23-30662-HLB** |

■ Check if this is an amended filing

Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:** Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $200.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **United Business Bank** | **Checking** | 0034 | $401,400.09 |
| 3.2. | **United Business Bank** | **Money Market** | 0045 | $8,088,931.31 |
| 3.3. | **United Business Bank** | **Savings** | 4001 | $5,196.32 |
| 3.4. | **United Business Bank** | **CD** | 5554 | $337,613.56 |
| 3.5. | **Community Bank of the Bay** | **CD** | 3735 | $54,478.66 |
| 3.6. | **Community Bank of the Bay** | **Savings** | 3735 | $4,505.20 |

Debtor **International Longshore and Warehouse Union**     Case number (If known) **23-30662-HLB**
Name

| | | | | |
|---|---|---|---|---|
| 3.7. | United Business Bank | Business | 0009 | $134,364.82 |

4. **Other cash equivalents** *(Identify all)*

   4.1. **N/A**     $0.00

5. **Total of Part 1.**     $9,026,689.96
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:   Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1. **The Westin Bayshore Convention Hotel Deposit**     $78,005.76

   7.2. **Donna Walden Hawaii Office Security Deposit**     $9,000.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   8.1. **See Schedule 8**     $157,644.11

9. **Total of Part 2.**     $244,649.87
   Add lines 7 through 8. Copy the total to line 81.

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:   **24,249.66**  -  **0.00** = ....   $24,249.66
                                 face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:   **241,802.77**  -  **0.00** = ....   $241,802.77
                             face amount       doubtful or uncollectible accounts

Debtor **International Longshore and Warehouse Union**  Case number *(If known)* **23-30662-HLB**
Name

| 12. | **Total of Part 3.** | | | | $266,052.43 |
|---|---|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | | | |

### Part 4:   Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | **General description** | **Date of the last physical inventory** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Cards, Buttons & Pins** | 9/27/2023 | $63,291.98 | Book Value | Unknown |
| | **Safety Vests & Jackets** | 9/27/2023 | $70,903.40 | Book Value | Unknown |
| | **Books & DVD's** | 9/27/2023 | $126,363.50 | Book Value | Unknown |

| 20. | **Work in progress** | | | | |
|---|---|---|---|---|---|
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |
| 23. | **Total of Part 5.** | | | | Unknown |
| | Add lines 19 through 22.  Copy the total to line 84. | | | | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property                page 3

Debtor **International Longshore and Warehouse Union**  Case number *(If known)* **23-30662-HLB**
         Name

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** See Schedule 39 | $0.00 | | Unknown |
| 40. **Office fixtures** See Schedule 39 | $0.00 | | Unknown |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computer Servers | $3,034.00 | Book Value | Unknown |
| Camera | $2,728.00 | Book Value | Unknown |
| Office Furniture | $6,074.00 | Book Value | Unknown |
| Xerox Machine | $18,606.00 | Book Value | Unknown |
| Xerox Machine | $9,768.00 | Book Value | Unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**      Unknown
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No. Go to Part 9.
    ☐ Yes Fill in the information below.

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 4

Debtor **International Longshore and Warehouse Union**  Case number *(If known)* **23-30662-HLB**
Name

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | Office - 917 SW Oak Street, Suite 206, Portland, OR 97205 | Month to Month Lease | $0.00 | N/A | Unknown |
| 55.2. | Office - 1188 Franklin Street, 4th Floor, San Francisco, CA 94109 | Month to Month Lease | $0.00 | N/A | Unknown |
| 55.3. | Office - 3939 Old Pali Road, Honolulu, HI 96817 | Month to Month Lease | $0.00 | N/A | Unknown |
| 55.4. | Office - 5030 1st Avenue S., Seattle, WA 98134 | Lease | $0.00 | N/A | Unknown |
| 55.5. | Office - 1153 Orcas Avenue, Sylmar, CA 91342 | Month to Month Lease | $0.00 | N/A | Unknown |

56. **Total of Part 9.**  Unknown

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>ILWU Registered Service Mark (Serial #85-623,607) | $0.00 | N/A | Unknown |

Debtor **International Longshore and Warehouse Union**   Case number *(If known)* **23-30662-HLB**
      Name

61. **Internet domain names and websites**
    See Schedule 61                                             $0.00        N/A           Unknown

62. **Licenses, franchises, and royalties**
    AFL-CIO Credit Card Royalty                                 $0.00        N/A           Unknown

63. **Customer lists, mailing lists, or other compilations**
    ILWU Dispatcher Distribution List                           $0.00        N/A           Unknown

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**                                                                  Unknown
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                              **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**
    See Schedule 73                                                                        Unknown

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| Debtor | **International Longshore and Warehouse Union** | Case number (If known) **23-30662-HLB** |
|---|---|---|
| | Name | |

| **East Oakland Stadium Alliance, et al. v. Bay Conservation & Dev. Community Case No. 22-cv-015323** | | Unknown |
|---|---|---|
| Nature of claim | N/A | |
| Amount requested | $0.00 | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**    Unknown
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor: **International Longshore and Warehouse Union**  
Case number (If known) 23-30662-HLB

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,026,689.96 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $244,649.87 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $266,052.43 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,537,392.26 | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $9,537,392.26 |

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 8

# United States Bankruptcy Court
## Northern District of California

In re    International Longshore and Warehouse Union      Case No.   **23-30662-HLB**
Debtor(s)      Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the Labor Organization named as the debtor in this case, declare under penalty of perjury that I have read the foregoing, consisting of **15** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November 9, 2023**       Signature   *William E Adams*
                                                      **William E. Adams**
                                                      **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re International Longshore and Warehouse Union
Schedule 8

Schedule A/B: Part 2, Question 8 - Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Name of Holder of the Prepayment | Description of the Prepayment | Current Value of Debtor's Interest |
|---|---|---|
| Seattle Labor Temple, Inc. | Security Deposit - Puget Sound Office | $ 771.00 |
| ILWU-PMA WFP | October Health & Welfare Costs | $ 104,433.10 |
| Archer Travel | Prepaid Travel | $ 12,322.26 |
| Zurich N.A | Crime Bond | $ 333.32 |
| Liberty Mutual | Umbrella Insurance | $ 1,820.67 |
| Liberty Mutual | Business Insurance | $ 557.83 |
| Liberty Mutual | Liability Insurance | $ 601.33 |
| Liberty Mutual | LM Property RM Select | $ 821.33 |
| Noguchi & Associates | Workers Comp -Local 142 | $ 3,949.00 |
| Andreini & Co | Cyber Liability Insurance | $ 6,664.53 |
| Andreini & Co | PAF Dishonesty Coverage | $ 2,505.00 |
| Andreini & Co | Labor Bond | $ 1,872.76 |
| Milliman | Blanket Accident Insurance Policy | $ 267.09 |
| Donna Walden | Prepaid October Rent - Hawaii Office | $ 10,390.05 |
| San Francisco Tax Collector | Prepaid October Property Tax | $ 234.84 |
| Hei Mitchel | Prepaid October Rent - Southern CA Office | $ 1,100.00 |

Case: 23-30662    Doc# 82    Filed: 11/09/23    Entered: 11/09/23 17:30:00    Page 12 of 15

In re International Longshore and Warehouse Union
Schedule 39
Schedule A/B: Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description | Net Book Value | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Misc. Furniture & Improvements | $0.00 | Book Value | Unknown |
| Misc. Computer Equipment | $0.00 | Book Value | Unknown |
| Computer Servers | $3,034.00 | Book Value | Unknown |
| Camera | $2,728.00 | Book Value | Unknown |
| Office Furniture | $6,074.00 | Book Value | Unknown |
| Xerox Machine | $18,606.00 | Book Value | Unknown |
| Xerox Machine | $9,768.00 | Book Value | Unknown |

In re International Longshore and Warehouse Union
Schedule 61
Schedule A/B: Part 10, Questions 60-65 - Intangibles and intellectual property

| General Description | Net Book Value of Debtor's Interest | Current Value of Debtor's Interest |
|---|---|---|
| archive.ilwu.org | $0.00 | Unknown |
| media.ilwu.org | $0.00 | Unknown |
| ilwu.org | $0.00 | Unknown |
| ilwu.xyz | $0.00 | Unknown |
| ilwu.site | $0.00 | Unknown |
| ilwu.info | $0.00 | Unknown |
| ilwu.us.com | $0.00 | Unknown |
| ilwu.tel | $0.00 | Unknown |
| ilwu.tv | $0.00 | Unknown |
| ilwu.net | $0.00 | Unknown |
| ilwu.cc | $0.00 | Unknown |
| ilwu.bz | $0.00 | Unknown |
| ilwu.mobi | $0.00 | Unknown |
| ilwu.us | $0.00 | Unknown |
| ilwu.asia | $0.00 | Unknown |
| ilwu.cn | $0.00 | Unknown |
| ilwu.com.tj | $0.00 | Unknown |
| ilwu.company | $0.00 | Unknown |
| ilwu.enterprises | $0.00 | Unknown |
| ilwu.hk | $0.00 | Unknown |
| ilwu.in | $0.00 | Unknown |
| ilwu.jp | $0.00 | Unknown |
| ilwu.ml | $0.00 | Unknown |
| ilwu.net.cn | $0.00 | Unknown |
| ilwu.org.cn | $0.00 | Unknown |
| ilwu.tw | $0.00 | Unknown |
| ilwuridethecoast.com | $0.00 | Unknown |
| ilwuridethecoast.net | $0.00 | Unknown |
| ilwuridethecoast.org | $0.00 | Unknown |
| ilwuridethecoastforalex.com | $0.00 | Unknown |
| ilwuridethecoastforalex.net | $0.00 | Unknown |
| ilwuridethecoastforalex.org | $0.00 | Unknown |
| ilwuwalkthecoast.biz | $0.00 | Unknown |
| ilwuwalkthecoast.co | $0.00 | Unknown |
| ilwuwalkthecoast.com | $0.00 | Unknown |
| ilwuwalkthecoast.info | $0.00 | Unknown |
| ilwuwalkthecoast.me | $0.00 | Unknown |
| ilwuwalkthecoast.mobi | $0.00 | Unknown |
| ilwuwalkthecoast.net | $0.00 | Unknown |
| ilwuwalkthecoast.org | $0.00 | Unknown |
| ilwuwalkthecoast.us | $0.00 | Unknown |
| ilwuwalktheus.biz | $0.00 | Unknown |
| ilwuwalktheus.co | $0.00 | Unknown |
| ilwuwalktheus.com | $0.00 | Unknown |
| ilwuwalktheus.info | $0.00 | Unknown |
| ilwuwalktheus.me | $0.00 | Unknown |
| ilwuwalktheus.mobi | $0.00 | Unknown |
| ilwuwalktheus.net | $0.00 | Unknown |
| ilwuwalktheus.org | $0.00 | Unknown |
| ilwuwalktheus.us | $0.00 | Unknown |

Case: 23-30662   Doc# 82   Filed: 11/09/23   Entered: 11/09/23 17:30:00   Page 14 of 15

In re International Longshore and Warehouse Union
Schedule 73
Schedule A/B: Part 11, Question 73 - Interests in insurance policies or annuities

| Description | Current Value of Debtor's Interest |
|---|---|
| ILWU Labor Bond | Unknown |
| ILWU 401k Savings Plan Bond | Unknown |
| ILWU Political Action Fund Bond | Unknown |
| ILWU Commercial General Liability Policy | Unknown |
| ILWU Commercial Liability - Umbrella | Unknown |
| ILWU Business Auto Insurance Policy | Unknown |
| ILWU Commercial Package Property Insurance | Unknown |
| ILWU Blanket Accident Insurance Policy | Unknown |
| Cyber Security Insurance Policy | Unknown |