

**Signed and Filed: November 10, 2023**

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 23-30662 HLB |
| | ) |
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, | ) Chapter 11 |
| | ) |
| Debtor. | ) |

### ORDER DENYING DEBTOR'S MOTION FOR AUTHORITY TO ESTABLISH PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS

  This case is scheduled to come before the court on November 16, 2023 for a hearing on Debtor International Longshore and Warehouse Union's Motion for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals.[1]  The Motion has drawn opposition from the United States Trustee[2] and from case trustee Mr. Mark Sharf.[3]  The court has reviewed the Motion and the opposition thereto and will exercise its discretion under B.L.R. 9013-2(a) and will adjudicate the Motion without oral argument.

_____

[1] Dkt. 56 (the "Motion").

[2] Dkt. 76.

[3] Dkt. 85.

The Motion seeks court approval of procedures that would govern interim compensation of estate-retained professionals. These procedures are similar, if not identical, to those approved and utilized by the court in one prior case.[4]  The procedures approved in <u>Levandowski</u> proved cumbersome and unwieldy, and imposed an undue burden on the court.

Accordingly, the court **ORDERS** as follows:

**1.**	The Motion is hereby **DENIED**.

**2.**	Any estate-retained professional that desires interim compensation shall present any such request in accordance with 11 U.S.C. § 331.

**3.**	Estate-retained professionals seeking interim compensation shall make their best effort to set interim fee applications for hearing on the same date.

**4.**	The November 16 hearing is hereby **VACATED**.

**\*\*END OF ORDER\*\***

---

[4] <u>In re Anthony Levandowski</u>, Ch. 11 Case No. 20-30242 (Bankr. N.D. Cal.).

## Court Service List