PACHULSKI STANG ZIEHL & JONES LLP
Debra I. Grassgreen (CA Bar No. 169978)
Jason H. Rosell (CA Bar No. 269126)
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone:     (415) 263-7000
Facsimile:     (415) 263-7010
E-mail:        dgrassgreen@pszjlaw.com
               jrosell@pszjlaw.com

*Counsel to the Debtor*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 23-30662-HB |
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

STATE OF CALIFORNIA        )
                          )
CITY OF SAN FRANCISCO      )

I, Matt Renck, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436.

On November 10, 2023, I caused to be served the following documents in the manner stated below:

- ***Amended Schedule A/B [Docket No 82]***

| | |
|---|---|
| ☒ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On October 2, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☒ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 10, 2023 at San Francisco, California.

/s/ Matt Renck
Legal Assistant

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**SERVED VIA NEF**

- **Lori Butler**    butler.lori@pbgc.gov
- **Jared A. Day**    jared.a.day@usdoj.gov
- **Paula De Felice**    defelicealejandro.paula@pbgc.gov
- **Daniel I. Forman**    dforman@willkie.com
- **Christina Lauren Goebelsmann**    christina.goebelsmann@usdoj.gov
- **Ori Katz**    okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **Jolene Kramer**    jkramer@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Office of the U.S. Trustee / SF**    USTPRegion17.SF.ECF@usdoj.gov
- **Jonathan Alan Patchen**    jpatchen@willkie.com
- **Mai Lan G. Rodgers**    rodgers.mailan@pbgc.gov
- **Mark M. Sharf**    mark@sharflaw.com, msharf00@gmail.com;sharf1000@gmail.com;C188@ecfcbis.com;msharf00@gmail.com;2180473420@filings.docketbird.com
- **Phillip John Shine**    phillip.shine@usdoj.gov

**SERVED VIA US MAIL**

| Hyatt Regency<br>c/o Hyatt Hotel Corp.<br>150 N. Riverside Drive, Floor 8<br>Chicago, IL 60606-1598 | | |
|---|---|---|

3