| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | PACHULSKI STANG ZIEHL & JONES LLP<br>Debra I. Grassgreen (CA Bar No. 169978)<br>Jason H. Rosell (CA Bar No. 269126)<br>One Sansome Street, Suite 3430<br>San Francisco, California 94104<br>Telephone: (415) 263-7000<br>Facsimile: (415) 263-7010<br>E-mail: dgrassgreen@pszjlaw.com<br>jrosell@pszjlaw.com |
| 6 | *Counsel to the Debtor* |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>INTERNATIONAL LONGSHORE AND<br>WAREHOUSE UNION<br><br>Debtor. | Case No. 23-30662-HB<br><br>Chapter 11<br><br>**SUPPLEMENTAL CERTIFICATE OF SERVICE** |

STATE OF CALIFORNIA            )
                               )
CITY OF SAN FRANCISCO          )

I, Matt Renck, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436.

On November 10, 2023, I caused to be served the following documents in the manner stated below:

- NOTICE OF APPLICATION FOR THE ENTRY OF AN ORDER PROVIDING THAT THE AUTOMATIC STAY DOES NOT APPLY TO A PENDING APPEAL INVOLVING A PREPETITION REGULATORY DECISION [Doc. No. 80]

- *EX PARTE* APPLICATION FOR THE ENTRY OF AN ORDER PROVIDING THAT THE AUTOMATIC STAY DOES NOT APPLY TO A PENDING APPEAL INVOLVING A PREPETITION REGULATORY DECISION [Doc. No. 72]

- DECLARATION OF ELEANOR MORTON IN SUPPORT OF DEBTOR'S EX PARTE APPLICATION FOR ENTRY OF AN ORDER PROVIDNG THAT THE AUTOMATIC STAY DOES NOT APPLY TO PENDING APPEAL INVOLVING PREPETITION REGULATORY DECISION [Doc. No. 73]

| | |
|---|---|
| ☐ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On October 2, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☒ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 10,2023 at San Francisco, California.

*/s/ Matt Renck*
*Legal Assistant*

**SERVED VIA FIRST CLASS MAIL**

| Regional Director Ronald K. Hooks<br>Helena A. Fioranti<br>NATIONAL LABOR RELATIONS BOARD, REGION 19<br>915 2nd Ave., Room 2948<br>Seattle, WA 98174 | Ruth E. Burdick<br>Deputy Associate General Counsel<br>NATIONAL LABOR RELATIONS BOARD<br>1015 Half Street, SE<br>Washington, DC 20570 | Geoffrey J. Rosenthal<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br><br>Counsel for Pacific Maritime Association |
| --- | --- | --- |
| Jonathan C. Fritts<br>Michael E. Kenneally<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br><br>Counsel for Pacific Maritime Association | LEONARD CARDER LLP<br>Eleanor Morton<br>Emily M. Maglio<br>1188 Franklin Street, Suite 201<br>San Francisco, CA 94109<br><br>Counsel for International Longshore And Warehouse Union, Local 19 | |