

Signed and Filed: November 16, 2023

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 23-30662 HLB |
| INTERNATIONAL LONGSHORE and WAREHOUSE UNION, | ) Chapter 11 |
| Debtor. | ) |

**ORDER REGARDING DISCOVERY DISPUTE**

On November 9, 2023, and consistent with the court's expedited procedures for addressing discovery disputes, the court received correspondence from counsel for Debtor International Longshore and Warehouse Union ("ILWU"), requesting the court's assistance with a discovery dispute that has arisen between ILWU and creditor ICTSI Oregon, Inc. ("ICTSI"). ILWU asks for a ruling that the relevant period for purposes of discovery leading up to a contested confirmation hearing be limited to January 1, 2019 – September 30, 2023.[1]

On November 15, 2023, ICTSI responded to ILWU's letter. ICTSI argues that a longer relevant period is justified, given ILWU's potential claims for substantive consolidation, avoidance of fraudulent transfers, and breach of fiduciary

---

[1] ILWU filed its voluntary petition for relief under Subchapter V of Chapter 11 on September 30, 2023 (the "Petition Date").

duty, and the fact that the value of such claims is relevant to issues such as whether ILWU's plan satisfies 11 U.S.C. § 1129(a)(7)(A) (the "best interest test") and whether ILWU filed its plan in good faith as required by 11 U.S.C. § 1129(a)(3). Among other things, ICTSI points out that the statutes of limitation applicable to fraudulent transfer claims can extend as far back as seven years prior to the Petition Date, and that courts considering "claims" for substantive consolidation have considered facts dating from nine years pre-petition. ICTSI contends that the relevant period for purposes of its discovery should extend back to 2010 as to certain of its written discovery requests and to January 1, 2012 as to some of its other requests.

Other than as to its point about the statutes of limitation applicable to fraudulent transfer claims, the court finds ICTSI's arguments largely unpersuasive. Accordingly, the court **ORDERS** that the relevant period for purposes of discovery in advance of the anticipated contested confirmation hearing shall be **September 30, 2016 – Petition Date.**

**\*\*END OF ORDER\*\***

## Court Service List

[None]