In re: )  Bankruptcy No.:23-30662 (HLB)
) R.S. No.: 1
    INTERNATIONAL LONGSHORE ) Hearing Date: December 7, 2023
    AND WAREHOUSE UNION, ) Time: 1:00 pm PST
Debtor(s) )
_____ )

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A)     Date Petition Filed:     Sept 30, 2023     Chapter: 11
         Prior hearings on this obligation:     None     Last Day to File §523/§727 Complaints:

(B)     Description of personal property collateral (e.g. 1983 Ford Taurus):

         Secured Creditor [ ] or lessor [ ]
         Fair market value: $_____    Source of value: _____
         Contract Balance: $_____    Pre-Petition Default: $_____
         Monthly Payment: $_____    No. of months: _____
         Insurance Advance: $_____    Post-Petition Default: $_____
         No. of months: _____

(C)     Description of real property collateral (e.g. Single family residence, Oakland, CA):

         Fair market value: $_____ Source of value: _____ If appraisal, date: _____

         Moving Party's position (first trust deed, second, abstract, etc.):

         Approx. Bal. $_____    Pre-Petition Default: $_____
         As of (date): _____    No. of months: _____
         Mo. payment: $_____    Post-Petition Default: $_____
         Notice of Default (date): _____    No. of months: _____
         Notice of Trustee's Sale: _____    Advances Senior Liens: $_____

         Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $ | $ | $ |
| 2nd Trust Deed: _____ | $ | $ | $ |
| _____ : | | | |
| _____ : | | | |
| _____ : | | | |
| (Total) | $ | $ | $ |

Other pertinent information: The Debtor's Ex Parte Application filed on November 7, 2023 [Dkt 72] and subsequently noticed for hearing [Dkt 80] seeks an order that its appeal of an adverse decision issued by the National Labor Relations Board, dated April 6, 2023, falls within the ambit of 11 U.S.C. § 362(b)(4) and is not subject to the automatic stay.

Dated:    November 17, 2023                    /s/ Jason Rosell
                                                                            Signature

                                                                            Jason Rosell
                                                                       Print or Type Name

                                                                 Attorney for Debtor