PACHULSKI STANG ZIEHL & JONES LLP
Debra I. Grassgreen (CA Bar No. 169978)
Jason H. Rosell (CA Bar No. 269126)
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone:     (415) 263-7000
Facsimile:      (415) 263-7010
E-mail:         dgrassgreen@pszjlaw.com
               jrosell@pszjlaw.com

*Counsel to the Debtor*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| In re: | Case No. 23-30662-HB |
|---|---|
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

1  STATE OF CALIFORNIA                )
                                      )
2  CITY OF SAN FRANCISCO              )

3        I, Oliver Carpio, am employed in the city and county of San Francisco, State of California.
   I am over the age of 18 and not a party to the within action; my business address is One Sansome
4  Street, 34th Floor, Suite 3430, San Francisco, CA  94104-4436.

5        On November 17, 2023, I caused to be served the following documents in the manner stated
   below:

6        •      **RELIEF FROM STAY COVER SHEET**

7

| | |
|---|---|
| ☒ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):  Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document.   On November 17, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☒ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

        I declare under penalty of perjury, under the laws of the State of California and the United
States of America that the foregoing is true and correct.

        Executed on November 17,2023 at San Francisco, California.


                                        */s/ Oliver Carpio*
                                        *Legal Assistant*

## ECF SERVICE LIST

- Lori Butler     butler.lori@pbgc.gov
- Jared A. Day     jared.a.day@usdoj.gov
- Paula De Felice     defelicealejandro.paula@pbgc.gov
- Daniel I. Forman     dforman@willkie.com
- Christina Lauren Goebelsmann     christina.goebelsmann@usdoj.gov
- Debra I. Grassgreen     dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Ori Katz     okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- Jolene Kramer     jkramer@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Beth E Levine     blevine@pszjlaw.com
- Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
- Jonathan Alan Patchen     jpatchen@willkie.com
- Mai Lan G. Rodgers     rodgers.mailan@pbgc.gov, efile@pbgc.gov
- Jason Rosell     jrosell@pszjlaw.com, mrenck@pszjlaw.com
- Mark M. Sharf     mark@sharflaw.com, msharf00@gmail.com;sharf1000@gmail.com;C188@ecfcbis.com;msharf00@gmail.com;2180473420@filings.docketbird.com
- Phillip John Shine     phillip.shine@usdoj.gov

## SERVED VIA FIRST CLASS MAIL

| | | |
|---|---|---|
| Mark M. Scharf, Trustee<br>6080 Center Dr., #600<br>Los Angeles, CA 90045 | David A. Rosenfeld,<br>Weinberg, Roger & Rosenfeld<br>1375 55th Street<br>Emeryville, CA 94608<br><br>Attorneys for International<br>Association of Machinists &<br>Aerospace Workers, District Lodge<br>No. 160, Local Lodge 289 | Clarissa Hernando Avila<br>Endanicha Bragg<br>Kaiaunna Smith<br>Marisol Romero<br>Megan Russo-Kahn<br>Tracy Plummer<br>c/o Gillian Thomas, Esq.<br>125 Broad Street<br>New York, NY 10004 |
| ICTSI Oregon, Inc.<br>c/o Jeffrey S. Eden, Esq.<br>1211 SW 5th Avenue<br>Suite 1900<br>Portland, OR 97204 | Leon Belaustegui<br>c/o Derek Anderson, Esq.<br>1901 First Avenue, Suite 216<br>San Diego, CA 92101 | Martin J. Walsh, Secretary of Labor<br>United States Department of Labor<br>c/o Kenneth Brakehill, Esq.<br>450 Golden Gate Ave., Box 36055<br>San Francisco, CA 92101 |
| Regional Director Ronald K. Hooks<br>Helena A. Fioranti<br>NATIONAL LABOR RELATIONS<br>BOARD, REGION 19<br>915 2nd Ave., Room 2948<br>Seattle, WA 98174 | Ruth E. Burdick<br>Deputy Associate General Counsel<br>NATIONAL LABOR RELATIONS<br>BOARD<br>1015 Half Street, SE<br>Washington, DC 20570 | Geoffrey J. Rosenthal<br>MORGAN, LEWIS & BOCKIUS<br>LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br><br>Counsel for Pacific Maritime<br>Association |
| Jonathan C. Fritts<br>Michael E. Kenneally<br>MORGAN, LEWIS & BOCKIUS<br>LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br><br>Counsel for Pacific Maritime<br>Association | LEONARD CARDER LLP<br>Eleanor Morton<br>Emily M. Maglio<br>1188 Franklin Street, Suite 201<br>San Francisco, CA 94109<br><br>Counsel for International Longshore<br>And Warehouse Union, Local 19 | |