Matheus Teixeira (Georgia Bar Number 389779)
Trial Attorney
National Labor Relations Board
Contempt, Compliance, and Special Litigation Branch
1015 Half St. SE, 4th Floor
Washington, D.C. 20003
Telephone (202) 273-2959
Fax (202) 273-4244
E-Mail: Matheus.Teixeira@nlrb.gov
ccslb@nlrb.gov
Counsel for the National Labor Relations Board

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In Re<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>Debtor. | Case No. 23-30662-HLB<br>Chapter 11 |

**NOTICE OF APPEARANCE OF INTERESTED PARTY**

**PLEASE TAKE NOTICE** that pursuant to Rule 11-2 of the Civil Local Rules for the Northern District of California, the undersigned attorney hereby appears for the National Labor Relations Board, an administrative agency of the United States Government, as an interested party for the *limited purpose* of addressing the issues raised in the Debtor's *Ex Parte* Motion for Relief of Stay [ECF 72].

Respectfully submitted,

Dated: December 5, 2023
in Washington, D.C.

**NATIONAL LABOR RELATIONS BOARD**

/s/ Matheus Teixeira
MATHEUS TEIXEIRA
*Trial Attorney*
National Labor Relations Board

1