PACHULSKI STANG ZIEHL & JONES LLP
Debra I. Grassgreen (CA Bar No. 169978)
Jason H. Rosell (CA Bar No. 269126)
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
jrosell@pszjlaw.com

Counsel to the Debtor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>Debtor. | Case No. 23-30662 (HLB)<br><br>Chapter 11<br><br>**NOTICE OF (I) AGREEMENT TO ATTEND A MEDIATION AND (II) PROPOSED AMENDED ORDER SETTING SCHEDULE IN CONNECTION WITH PLAN CONFIRMATION PROCESS AND RELATED DEADLINES** |

**PLEASE TAKE NOTICE THAT**, on October 26, 2023, the Court entered an *Order Setting Schedule in Connection With Plan Confirmation Process and Related Deadlines* [Docket No. 59] (the "Confirmation Scheduling Order").

**PLEASE TAKE FURTHER NOTICE THAT**, on November 2, 2023, the above-captioned debtor and debtor in possession (the "Debtor") filed its amended *Plan of Reorganization for Small Business Under Chapter 11* [Docket No. 60] (the "Plan").

**PLEASE TAKE FURTHER NOTICE THAT** the Confirmation Scheduling Order established various deadlines in connection with confirmation of the Plan, including setting (a) December 1, 2023 (the "Discovery Service Deadline") as the deadline for any party to serve discovery requests and (b) December 22, 2023 ("Fact Discovery Deadline") as the deadline for fact discovery to be completed.

**PLEASE TAKE FURTHER NOTICE THAT** ICTSI Oregon, Inc. ("ICTSI") was the only party to serve discovery requests on the Debtor by the Discovery Service Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtor and ICTSI have met and conferred and have agreed in principle to attend a mediation in early January in an effort to consensually resolve their issues. The parameters and details of the mediation are attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtor and ICTSI have agreed to, among other things, adjourn the depositions previously scheduled to take place in December to late January, but otherwise adhere to the Fact Discovery Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as Exhibit B is a proposed amended Confirmation Scheduling Order (the "Amended Confirmation Scheduling Order") designed to accommodate the mediation. The form of the Amended Confirmation Scheduling Order has been approved by ICTSI.

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as Exhibit C is a comparison of the Amended Confirmation Scheduling Order to the Confirmation Scheduling Order.

Dated: December 5, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Jason H. Rosell*
Debra I. Grassgreen
Jason H. Rosell

*Counsel to the Debtor*

# EXHIBIT A

## Terms of Mediation

# ILWU / ICTSI — Proposed Mediation Terms

1. Client representatives with settlement authority are present for each of ILWU, CLD and PLMA, along with counsel for each entity. ICTSI will of course have a client representative with authority present, along with counsel.

2. Mediation will occur after document discovery is concluded (i.e., after December 22). Document discovery deadline remains in place. Parties will make themselves available for a mediation to take place the first week of January, subject to delay only as a result of mediator's calendar and availability.

3. Depositions continued, but must be completed by January 31 (including third party depositions), unless otherwise agreed to by the parties. Parties will meet and confer and agree to specific deposition dates before mediation. Target last 3 weeks of January to conduct all depositions. Parties will request the confirmation hearing to take place between March 11 and March 15, subject to adjustment based only on the court's calendar and availability.

4. Parties to immediately work together in good faith to agree on the selection of the mediator, provided mediator shall be a sitting or former bankruptcy judge. Parties will simultaneously exchange list of 5 acceptable mediators on 12/5 at Noon PT. Selection will be from any cross-overs. If no cross-overs, parties will meet and confer immediately and work in good faith to select a mediator.

5. Mediation will occur at neutral site in SF (or location of mediator if necessary).

6. All parties reserve all rights with respect to discovery, including the right to contest the adequacy of discovery responses (document production/subpoena compliance) and the right to interpose objections to discovery. However, parties must continue to raise issues in a timely manner to be resolved by the court if necessary.

7. Parties agree to keep the January 18 status conference.

8. Parties to submit to the court an amended scheduling order consistent with the above on or before December 6, 2023.

# **EXHIBIT B**

## **Amended Confirmation Scheduling Order**

| | |
|---|---|
| 1 | PACHULSKI STANG ZIEHL & JONES LLP |
| | Debra I. Grassgreen (CA Bar No. 169978) |
| 2 | Jason H. Rosell (CA Bar No. 269126) |
| | One Sansome Street, Suite 3430 |
| 3 | San Francisco, California 94104 |
| | Telephone: (415) 263-7000 |
| 4 | Facsimile: (415) 263-7010 |
| | E-mail: dgrassgreen@pszjlaw.com |
| 5 | jrosell@pszjlaw.com |
| 6 | *Counsel to the Debtor* |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>Debtor. | Case No. 23-30662-HLB<br><br>Chapter 11<br><br>**[PROPOSED] AMENDED ORDER SETTING SCHEDULE IN CONNECTION WITH PLAN CONFIRMATION PROCESS AND RELATED DEADLINES**<br><br>Status Conference:<br><br>Date: January 18, 2024<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom / Telephonic<br>Judge: Hon. Hannah L. Blumenstiel |

The Court having held a scheduling conference on October 19, 2023 to discuss (i) a date and time for convening a hearing on confirmation (the "Confirmation Hearing") of the *Plan of Reorganization for Small Business Under Chapter 11* [Docket No. 18] filed by the above-captioned debtor and debtor in possession (the "Debtor"), (ii) deadlines for briefing in advance of the Confirmation Hearing, and (iii) deadlines for conducting any discovery that might be necessary prior to the Confirmation Hearing; and the Debtor having filed and served its amended *Plan of Reorganization for Small Business Under Chapter 11* [Docket No. 60] (the "Plan") on November 2, 2023 and having transmitted via email a form of ballot to counsel to ICTSI Oregon, Inc.;

**IT IS HEREBY ORDERED THAT:**

**Plan Solicitation Deadlines**

1. <u>Status Conference</u>. The Court will hold a status conference on **January 18, 2024 at 10:00 a.m. (Pacific Time)** (the "<u>Status Conference</u>").

2. <u>Pre-Trial Conference</u>. The Court will hold a pre-trial status conference on **February 15, 2024 at 10:00 a.m. (Pacific Time)** (the "<u>Pre-Trial Conference</u>") at which time the Court will (i) set the deadline for the Debtor to file its brief in support of confirmation of the Plan and (ii) schedule the Confirmation Hearing (which hearing will take place, subject to the Court's calendar and availability, the week of March 11, 2024).

3. The Status Conference and Pre-Trial Conference will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website (https://www.canb.uscourts.gov/) for information explaining how to arrange an appearance at a video/telephonic hearing. If you have questions about how to appear at the court hearing and participate in the video hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Court's website.

4. On or before **December 11, 2023**, the Debtor shall serve a copy of this Order on the United States Trustee, the Subchapter V Trustee, and all creditors and other parties in interest. Within seven (7) calendar days of the completion of service of the foregoing, the Debtor shall file a certificate of service demonstrating compliance with this paragraph.

5. On or before **February 5, 2024**, ICTSI Oregon, Inc., and all other creditors and other parties in interest entitled to vote on the Plan shall transmit written notice of their acceptance or rejection of the Plan to counsel to the Debtor.

6. On or before **February 9, 2024**, the Debtor shall file its ballot summary.

7. On or before **February 13, 2024**, ICTSI Oregon, Inc. and all other creditors or other parties in interest that wish to object to confirmation of the Plan must file and serve such written objection.


**Plan Discovery Deadlines**

8. <u>Fact Discovery</u>. Fact discovery (other than depositions) shall be completed by **December 22, 2023** (the "<u>Fact Discovery Deadline</u>"). As to written and production discovery, responses must be due before the Fact Discovery Deadline. The Court will attempt to resolve all discovery disputes on an expedited basis via telephonic conference, which any party may initiate by request to the Court's Courtroom Deputy and notice to the other party after they have met, conferred, and made a good faith effort to resolve the dispute. The party requesting the conference should submit a brief letter explaining the issues to be presented. Notwithstanding the foregoing, as set forth in the Court's *Second Order Regarding Discovery Dispute* [Docket No. 105], any discovery issues initiated by ICTSI Oregon, Inc. shall be done via a motion noticed pursuant to B.L.R. 9014-1(c)(1).

9. <u>Deadline to Serve Discovery Requests</u>. The last day for any party to serve discovery requests is **December 1, 2023**.

10. <u>Responses to Discovery Requests</u>. The deadline to (i) serve written responses to discovery requests and (ii) begin document production shall be 14 calendar days after service of such discovery requests. The deadline to substantially complete document production shall be 21 calendar days after service of discovery requests.

11. <u>Deadline to Complete Depositions</u>. Notwithstanding the Fact Discovery Deadline, depositions that were timely noticed and served in accordance with this Order must, absent mutual agreement of the parties, be completed by **January 31, 2024**. Completion means that depositions must be concluded, although not necessarily transcribed.

12. <u>Expert Discovery and Evidence</u>. Direct evidence must be presented by a declaration that authenticates the report of the expert. See FRCP 26(a)(2)(B), incorporated via Fed. R. Bankr. P. 7026. Each party must file and serve declarations of experts and other documentary evidence related thereto no later than February 16, 2024. A party that intends to offer an expert solely to contradict or rebut evidence on the same subject matter identified by another party must file and serve the disclosures required by Rule 26(a)(2) by March 1, 2024. FRCP 26(a)(2)(D)(ii).

**\*\* END OF ORDER \*\***

**ACKNOWLEDGED AND AGREED TO FORM:**

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

*/s/ Ori Katz*
Ori Katz (California Bar No. 209561)
Gianna Segretti (California Bar No. 323645)
Koray Erbasi (California Bar No. 332877)
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     415.434.9100
Facsimile:     415.434.3947
Email          okatz@sheppardmullin.com
               gsegretti@sheppardmullin.com
               kerbasi@sheppardmullin.com

*Attorneys for ICTSI Oregon, Inc.*

# EXHIBIT C

# Comparison of <u>Amended</u> Confirmation Scheduling Order

# to Confirmation Scheduling Order

PACHULSKI STANG ZIEHL & JONES LLP
Debra I. Grassgreen (CA Bar No. 169978)
Jason H. Rosell (CA Bar No. 269126)
One Sansome Street, Suite 3430
San Francisco, California  94104
Telephone:  (415) 263-7000
Facsimile:  (415) 263-7010
E-mail:  dgrassgreen@pszjlaw.com
jrosell@pszjlaw.com

*Counsel to the Debtor*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>Debtor. | Case No. 23-30662-HLB<br><br>Chapter 11<br><br>**[PROPOSED] AMENDED ORDER SETTING SCHEDULE IN CONNECTION WITH PLAN CONFIRMATION PROCESS AND RELATED DEADLINES**<br><br>~~Pre-Trial~~Status Conference:<br><br>Date: January 18, 2024<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Zoom / Telephonic<br>Judge: Hon. Hannah L. Blumenstiel |

The Court having held a scheduling conference on October 19, 2023 to discuss (i) a date and time for convening a hearing on confirmation (the "Confirmation Hearing") of the *Plan of Reorganization for Small Business Under Chapter 11* [Docket No. 18] ~~(the "Plan")~~ filed by the above-captioned debtor and debtor in possession (the "Debtor"), (ii) deadlines for briefing in advance of the Confirmation Hearing, and (iii) deadlines for conducting any discovery that might be necessary prior to the Confirmation Hearing; and the Debtor having filed and served its amended *Plan of Reorganization for Small Business Under Chapter 11* [Docket No. 60] (the "Plan") on November 2, 2023 and having transmitted via email a form of ballot to counsel to ICTSI Oregon, Inc.;

~~DOCS_LA:351028.4~~LA:4870-3556-0077.6 42339.001

**IT IS HEREBY ORDERED THAT:**

**Plan Solicitation Deadlines**

1. Status Conference.  The Court will hold a ~~pre-trial scheduling~~status conference on **January 18, 2024 at 10:00 a.m.** **(Pacific Time)** (the "Status Conference").

~~1.~~2. Pre-Trial Conference.  The Court will hold a pre-trial status conference on **February 15, 2024 at 10:00 a.m.** **(Pacific Time)** (the "Pre-Trial Conference") at which time the Court will (i) set the deadline for the Debtor to file its brief in support of confirmation of the Plan and (ii) schedule the Confirmation Hearing~~.~~ (which hearing will take place, subject to the Court's calendar and availability, the week of March 11, 2024).

3. The Status Conference and Pre-Trial Conference will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video.  All interested parties should consult the Bankruptcy Court's website (https://www.canb.uscourts.gov/) for information explaining how to arrange an appearance at a video/telephonic hearing.  If you have questions about how to appear at the court hearing and participate in the video hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Court's website.

~~2.~~4. On or before ~~November 3~~December 11, 2023, the Debtor shall serve a copy of this Order~~, a copy of the Plan (or any amended Plan), and a copy of the notice attached hereto as Exhibit A~~, on the United States Trustee, the Subchapter V Trustee, and all creditors and other parties in interest.  Within seven (7) calendar days of the completion of service of the foregoing, the Debtor shall file a certificate of service demonstrating compliance with this paragraph.

~~3. On or before **November 3, 2023**, the Debtor shall transmit via email a form of ballot to counsel to~~ **February 5, 2024.** ICTSI ~~(~~Oregon~~)~~, Inc~~.~~

~~4.~~5. ~~On or before **January 5, 2024**~~, and all other creditors and other parties in interest entitled to vote on the Plan shall transmit written notice of their acceptance or rejection of the Plan to counsel to the Debtor.

~~5.~~6. On or before ~~January~~**February 9, 2024**, the Debtor shall file its ballot summary.

1    6.7.    On or before **January 15February 13, 2024**, any creditorICTSI Oregon, Inc. and all other creditors or other partyparties in interest that wisheswish to object to confirmation of the Plan must file and serve such written objection.

**Plan Discovery Deadlines**

7.8.    Fact Discovery.  Fact discovery (other than depositions) shall be completed by **December 22, 2023** (the "Fact Discovery Deadline"). Completion means that depositions must be concluded, although not necessarily transcribed. As to written and production discovery, responses must be due before the Fact Discovery Deadline. The Court will attempt to resolve all discovery disputes on an expedited basis via telephonic conference, which any party may initiate by request to the Court's Courtroom Deputy and notice to the other party after they have met, conferred, and made a good faith effort to resolve the dispute. The party requesting the conference should submit a brief letter explaining the issues to be presented. Notwithstanding the foregoing, as set forth in the Court's *Second Order Regarding Discovery Dispute* [Docket No. 105], any discovery issues initiated by ICTSI Oregon, Inc. shall be done via a motion noticed pursuant to B.L.R. 9014-1(c)(1).

8.9.    Deadline to Serve Discovery Requests.  The last day for any party to serve discovery requests is **December 1, 2023**.

9.10.    Responses to Discovery Requests.  The deadline to (i) serve written responses to discovery requests and (ii) begin document production shall be 14 calendar days after service of such discovery requests.  The deadline to substantially complete document production shall be 21 calendar days after service of discovery requests.

11.    Deadline to Complete Depositions.  Notwithstanding the Fact Discovery Deadline, depositions that were timely noticed and served in accordance with this Order must, absent mutual agreement of the parties, be completed by **January 31, 2024**.  Completion means that depositions must be concluded, although not necessarily transcribed.

10.12.    Expert Discovery and Evidence.  Direct evidence must be presented by a declaration that authenticates the report of the expert. See FRCP 26(a)(2)(B), incorporated via Fed. R. Bankr. P. 7026. Each party must file and serve declarations of experts and other documentary evidence related thereto no later December 29, 2023.than February 16, 2024. A party that intends to offer an expert

solely to contradict or rebut evidence on the same subject matter identified by another party must file and serve the disclosures required by Rule 26(a)(2) by ~~January 12~~March 1, 2024. FRCP 26(a)(2)(D)(ii).

**\*\* END OF ORDER \*\***