SHEPPARD, MULLIN, RICHTER & HAMPTON llp
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
GIANNA SEGRETTI, Cal. Bar No. 323645
KORAY ERBASI, Cal. Bar No. 332877
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
Email:   okatz@sheppardmullin.com
         gsegretti@sheppardmullin.com
         kerbasi@sheppardmullin.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

INTERNATIONAL LONGSHORE AND WAREHOUSE UNION

Debtor(s).

Case No. 23-30662 HLB
Chapter 11

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Michael T. Garone, an active member in good standing of the bar of Oregon, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing ICTSI Oregon, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I have been granted *pro hac vice* admission by the Court 0 times in the 12 months preceding this application.

3. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

4. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

   Ori Katz, Cal. Bar No. 209561
   Sheppard, Mullin, Richter & Hampton
   Four Embarcadero Center, 17th Floor, San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/6/23                              s/Michael T. Garone



# Certificate of Good Standing

State of Oregon            )
                           )  ss.
County of Washington       )

I, Troy Wood, do hereby certify that I am Regulatory Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**MICHAEL T. GARONE, BAR NO. 802341**

was admitted to practice law in the State of Oregon by Examination and became an active member of the Oregon State Bar on September 12, 1980.

There are no grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Garone is an Active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 21st day of November, 2023.

_____
Troy Wood
Regulatory Counsel
Oregon State Bar

*This certificate expires 60 days from the date of issuance*

16037 SW Upper Boones Ferry Road, PO Box 231935, Tigard, Oregon 97281-1935
(503) 620-0222   toll-free in Oregon (800) 452-8260   fax (503) 684-1366                                ww.osbar.org

Case: 23-30662    Doc# 110    Filed: 12/06/23    Entered: 12/06/23 08:25:22    Page 2 of 2