```
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
  A Limited Liability Partnership
  Including Professional
  Corporations
ORI KATZ
      Cal. Bar No. 209561
GIANNA SEGRETTI
      Cal. Bar No. 323645
KORAY ERBASI
      Cal. Bar No. 332877
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email: okatz@sheppardmullin.com
       gsegretti@sheppardmullin.com
       kerbasi@sheppardmullin.com
```

Attorneys for ICTSI Oregon, Inc.

Entered on Docket
December 06, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: December 6, 2023

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**



# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>Debtor. | Case No. 23-30662 HLB<br><br>Chapter 11 Proceeding<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>[No Hearing Required]<br><br>The Hon. Hannah L. Blumenstiel |

Andrew J. Lee, an active member in good standing of the bar of the State of Oregon, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing ICTSI Oregon, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

**\*\*END OF ORDER\*\***

**Court Service List**