# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971−3 | User: admin | | Date Created: 12/7/2023 |
| Case: 23−30662 | Form ID: pdfeoc | | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| intp | National Labor Relations Board | Contempt Compliance and Special Lit | 1015 Half St. SE, 4th Fl | Washington, DC 20003 |
| | National Labor Relations Board | Contempt, Compliance, and Special Litigation Branch | Attn: Matheus Teixeira / Aaron D. Samsel | 1015 Half St., SE 4th Fl. Washington, DC 20003 |

TOTAL: 2