SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
GIANNA SEGRETTI, Cal. Bar No. 323645
KORAY ERBASI, Cal. Bar No. 332877
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:     415.434.3947
Email          okatz@sheppardmullin.com
               gsegretti@sheppardmullin.com
               kerbasi@sheppardmullin.com

Attorneys for ICTSI Oregon, Inc.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>Debtor. | Case No. 23-30662 HLB<br><br>Chapter 11 Proceeding<br><br>**STIPULATION TO CONTINUE DEPOSITION DEADLINE AND OTHER DATES IN CONNECTION WITH PLAN CONFIRMATION PROCESS**<br><br>[No Hearing Required]<br><br>The Hon. Hannah L. Blumenstiel |

**TO THE HONORABLE HANNAH L. BLUMENSTIEL, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE FOR REGION 17, MARK SHARF, SUBCHAPTER V TRUSTEE, AND ALL OTHER PARTIES IN INTEREST:**

This stipulation ("Stipulation") is hereby entered into by and among International Longshore and Warehouse Union, the above-captioned debtor and debtor in possession (the "Debtor") in the above-referenced chapter 11 case (this "Chapter 11 Case"), and ICTSI Oregon, Inc. ("ICTSI," and together with the Debtor, the "Parties"). In support of this Stipulation, the Parties refer to the following recitals:

**RECITALS**

WHEREAS, on November 2, 2023, the Debtor filed its first amended *Plan of Reorganization for Small Business Under Chapter 11* [Docket No. 60] (the "Plan").

WHEREAS, on October 26, 2023, the Court entered an *Order Setting Schedule in Connection with Plan Confirmation Process and Related Deadlines* [Docket No. 59] (the "Scheduling Order").

WHEREAS, on December 5, 2023, the Debtor filed its *Notice of (I) Agreement to Attend a Mediation and (II) Proposed Amended Order Setting Schedule in Connection with Plan Confirmation Process and Related Deadlines* [Docket No. 108] (the "Mediation Notice").

WHEREAS, on December 6, 2023, the Court entered an *Amended Order Setting Schedule in Connection with Plan Confirmation Process and Related Deadlines* [Docket No. 116] (the "Amended Scheduling Order"). The Amended Scheduling Order established various deadlines in connection with confirmation of the Plan, including setting (a) January 31, 2024 as the deadline to complete depositions that were timely noticed and served in accordance with the Amended Scheduling Order (the "Deposition Deadline"), (b) February 15, 2024 at 10:00 a.m. (Pacific Time) as the date on which the Court will hold a pre-trial status conference in connection with confirmation of the Plan (the "Pre-Trial Conference"), and (c) February 13, 2024 as the deadline for ICTSI and all other parties in interest to file and serve written objections to the Plan (the "Plan Objection Deadline").

WHEREAS, the Parties have agreed, subject to the Court's approval, to continue the Deposition Deadline, the Pre-Trial Conference, and the Plan Objection Deadline as set forth in this Stipulation.

**ACCORDINGLY, AND SUBJECT TO THE COURT'S APPROVAL, IT IS HEREBY STIPULATED THAT:**

1. The Deposition Deadline shall be continued to **February 9, 2024**.

2. The Pre-Trial Conference shall be continued to **February 22, 2024 at 10:00 a.m. (Pacific Time)**.

3. The Plan Objection Deadline solely with respect to ICTSI shall be continued to **February 20, 2024**.

4. This Stipulation shall become effective upon approval by the Court.

Dated: December 21, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ *Ori Katz*
ORI KATZ
GIANNA SEGRETTI
KORAY ERBASI

Attorneys for ICTSI Oregon, Inc.

Dated: December 21, 2023

PACHULSKI STANG ZIEHL & JONES LLP

By  /s/ *Jason H. Rosell*
Debra I. Grassgreen
Jason H. Rosell

Counsel to the Debtor