**Entered on Docket**
**December 21, 2023**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Signed and Filed: December 21, 2023**

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
GIANNA SEGRETTI, Cal. Bar No. 323
KORAY ERBASI, Cal. Bar No. 332877
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
Email okatz@sheppardmullin.com
gsegretti@sheppardmullin.com
kerbasi@sheppardmullin.com

Attorneys for ICTSI Oregon, Inc.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>Debtor. | Case No. 23-30662<br><br>Chapter 11 Proceeding<br><br>**ORDER APPROVING STIPULATION TO CONTINUE DEPOSITION DEADLINE AND OTHER DATES IN CONNECTION WITH PLAN CONFIRMATION PROCESS**<br><br>[No Hearing Required]<br><br>The Hon. Hannah L. Blumenstiel |

Case: 23-30662 Doc# 134 Filed: 12/21/23 Entered: 12/21/23 14:39:35 Page 1 of 3

The Court, having considered the *Stipulation to Continue Deposition Deadline and Other Dates in Connection with Plan Confirmation Process* (the "Stipulation") filed on December 21, 2023 and entered into by and between International Longshore and Warehouse Union, the above-captioned debtor and debtor in possession (the "Debtor"), and ICTSI Oregon, Inc. ("ICTSI," and together with the Debtor, the "Parties"), and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is APPROVED.

2. The Deposition Deadline is continued to **February 9, 2024**.

3. The Pre-Trial Conference is continued to **February 22, 2024 at 10:00 a.m. (Pacific Time)**.

4. The Plan Objection Deadline solely with respect to ICTSI is continued to **February 20, 2024**.

**** END OF ORDER ****

Case: 23-30662 Doc# 134 Filed: 12/21/23 Entered: 12/21/23 14:39:35 Page 2 of 3

**Court Service List**

Registered ECF participants.