SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
GIANNA SEGRETTI, Cal. Bar No. 323645
KORAY ERBASI, Cal. Bar No. 332877
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email      okatz@sheppardmullin.com
          gsegretti@sheppardmullin.com
          kerbasi@sheppardmullin.com

Attorneys for ICTSI Oregon, Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30662 HLB |
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, | Chapter 11 |
| Debtor. | **DECLARATION OF PAUL NAVID IN SUPPORT OF ICTSI OREGON, INC.'S MOTION FOR ENTRY OF AN ORDER COMPELLING PRODUCTION OF DOCUMENTS** |
| | Requested Hearing |
| | Date:    [to be set]<br>Time:    [to be set]<br>Judge:   Hon. Hannah L. Blumenstiel<br>Place:   Zoom.Gov |

I, Paul Navid, hereby state and declare as follows:

1.     I am a Managing Director with Province, LLC ("Province"), a financial advisory firm with its principal office located at 2360 Corporate Circle, Suite 340, Henderson, Nevada 89074. Province also has offices in the Baltimore, Greenwich, Los Angeles, Miami, and New York metro areas.  The matters stated herein are true and correct and are within my personal knowledge or information, and if called upon to testify as a witness, I could and would testify competently thereto.

2.     This Declaration is made in support of *ICTSI Oregon, Inc.'s Motion for Entry of an Order Compelling Production of Documents* (the "Motion").

3.     All critical financial records, including the financial statements, transactions between ILWU and its related entities, general ledgers, and trial balances, reside within QuickBooks, the accounting system used by the ILWU.  While ILWU can produce certain reports from QuickBooks, direct access to the QuickBooks system is imperative for a thorough review and scrutiny, ensuring the accuracy and reliability of the financial reporting.  The production of the QuickBooks data and other requested financial information will clarify ILWU's valuation, support or not support the Debtor's liquidation analysis, assess if Debtor funds have been commingled with other entities, determine if assets have been improperly transferred out of the estate, whether claims exist against the related entities, and verify if the Debtor operates as an independent entity with financial autonomy.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct to the best of my personal knowledge.

Dated:  January 2, 2024
        Los Angeles, California

By: *Navid*
    Paul Navid

Case: 23-30662    Doc# 138    Filed: 01/02/24    Entered: 01/02/24 17:55:47    Page 2 of 2