SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
GIANNA SEGRETTI, Cal. Bar No. 323645
KORAY ERBASI, Cal. Bar No. 332877
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email         okatz@sheppardmullin.com
              gsegretti@sheppardmullin.com
              kerbasi@sheppardmullin.com

Attorneys for ICTSI Oregon, Inc.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>Debtor. | Case No. 23-30662 HLB<br><br>Chapter 11<br><br>**ICTSI OREGON, INC.'S STATEMENT REGARDING STATUS CONFERENCE HEARING ON JANUARY 18, 2024**<br><br><u>Status Conference Hearing</u><br><br>Date:    January 18, 2024<br>Time:    10:00 a.m. (Pacific Time)<br>Judge:   Hon. Hannah L. Blumenstiel<br>Place:   Zoom.Gov |

# STATEMENT

ICTSI Oregon, Inc. ("ICTSI"), as creditor in the above-captioned chapter 11 case of International Longshore and Warehouse Union (the "Debtor"), files this Statement to apprise the Court of recent developments in this case in advance of the status conference hearing scheduled for January 18, 2024 (the "Status Conference").

**A.    Mediation.**

ICTSI, the Debtor, ILWU Coast Longshore Division ("CLD"), and Pacific Longshoremen's Memorial Association ("PLMA") participated in two full days of in-person mediation in San Francisco on January 5 and January 8 before the Honorable Judge Neil W. Bason.  The parties have scheduled a third mediation session for January 12, which will take place via remote videoconference.

**B.    Motion to Compel.**

On January 2, 2024, ICTSI filed a motion [Docket No. 136] (the "Motion to Compel") seeking the entry of an order: (a) compelling the Debtor to produce non-privileged financial documents responsive to ICTSI's RFP No. 67, including the Debtor's QuickBooks accounting records, general ledger, and bank reconciliations, in native format; and (b) compelling the Debtor to produce a privilege log.

ICTSI did not set the Motion to Compel for hearing because, in the course of discussing a convenient date for a hearing, the Debtor agreed to produce additional financial documents in response to ICTSI's RFP No. 67, as well as a privilege log.  ICTSI is in the process of reviewing the newly produced documents and anticipates such production will resolve the Motion to Compel.

**C.    Discovery Served on ICTSI.**

The Debtor served discovery on ICTSI.  Because the Debtor was already in possession of the non-objectionable documents requested, ICTSI did not have any additional documents to produce, and relatedly explained to the Debtor why a privilege log was unnecessary.

Dated: January 11, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ *Ori Katz*
ORI KATZ
GIANNA SEGRETTI
KORAY ERBASI

*Attorneys for ICTSI Oregon, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2024, I served by electronic mail a true and accurate copy of the foregoing to all counsel of record.

/s/ *Ori Katz*
ORI KATZ